# Form 1040 — U.S. Individual Income Tax Return (2022)

Department of the Treasury—Internal Revenue Service
OMB No. 1545-0074
IRS Use Only—Do not write or staple in this space.

**Filing Status** — Check only one box.
[X] Single  [ ] Married filing jointly  [ ] Married filing separately (MFS)  [ ] Head of household (HOH)  [ ] Qualifying surviving spouse (QSS)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QSS box, enter the child's name if the qualifying person is a child but not your dependent:

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| JEREMY | HALES | XXXXXXX (redacted) |

| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |
|---|---|---|
|  |  |  |

Home address (number and street). If you have a P.O. box, see instructions.
2436 WEST STREETSBORO RD    Apt. no.

City, town, or post office: PENINSULA    State: OH    ZIP code: 44264

Foreign country name / Foreign province/state/county / Foreign postal code

**Presidential Election Campaign** — Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.
[ ] You  [ ] Spouse

**Digital Assets**: At any time during 2022, did you: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, gift, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? (See instructions.)  [ ] Yes  [X] No

**Standard Deduction**
Someone can claim: [ ] You as a dependent  [ ] Your spouse as a dependent
[ ] Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness**  You: [ ] Were born before January 2, 1958  [ ] Are blind   Spouse: [ ] Was born before January 2, 1958  [ ] Is blind

**Dependents** (see instructions):
If more than four dependents, see instructions and check here [ ]

| (1) First name   Last name | (2) Social security number | (3) Relationship to you | (4) Check the box if qualifies for (see instructions): Child tax credit / Credit for other dependents |
|---|---|---|---|
|  |  |  |  |

## Income

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld. If you did not get a Form W-2, see instructions.

| Line | Description | Amount |
|---|---|---|
| 1a | Total amount from Form(s) W-2, box 1 (see instructions) | (redacted) |
| 1b | Household employee wages not reported on Form(s) W-2 |  |
| 1c | Tip income not reported on line 1a (see instructions) |  |
| 1d | Medicaid waiver payments not reported on Form(s) W-2 (see instructions) |  |
| 1e | Taxable dependent care benefits from Form 2441, line 26 |  |
| 1f | Employer-provided adoption benefits from Form 8839, line 29 |  |
| 1g | Wages from Form 8919, line 6 |  |
| 1h | Other earned income (see instructions) | 0. |
| 1i | Nontaxable combat pay election (see instructions) |  |
| 1z | Add lines 1a through 1h | (redacted) |
| 2a | Tax-exempt interest |  |
| 2b | Taxable interest | XXXX. (redacted) |
| 3a | Qualified dividends |  |
| 3b | Ordinary dividends |  |
| 4a | IRA distributions |  |
| 4b | Taxable amount |  |
| 5a | Pensions and annuities |  |
| 5b | Taxable amount |  |
| 6a | Social security benefits |  |
| 6b | Taxable amount |  |
| 6c | If you elect to use the lump-sum election method, check here (see instructions) [ ] |  |
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here [ ] |  |
| 8 | Other income from Schedule 1, line 10 | (redacted) |
| 9 | Add lines 1z, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** | (redacted) |
| 10 | Adjustments to income from Schedule 1, line 26 |  |
| 11 | Subtract line 10 from line 9. This is your **adjusted gross income** | (redacted) |
| 12 | Standard deduction or itemized deductions (from Schedule A) | (redacted) |
| 13 | Qualified business income deduction from Form 8995 or Form 8995-A |  |
| 14 | Add lines 12 and 13 | (redacted) |
| 15 | Subtract line 14 from line 11. If zero or less, enter -0-. This is your **taxable income** | (redacted) |

Standard Deduction for—
- Single or Married filing separately, $12,950
- Married filing jointly or Qualifying surviving spouse, $25,900
- Head of household, $19,400
- If you checked any box under Standard Deduction, see instructions.

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.    Form **1040** (2022)