

**REPUBLIC SERVICES**

2800 South Erie Street
Massillon OH 44646-791515

Customer Service  (800) 247-3644
RepublicServices.com/Support

**Important Information**
Thanks for being a loyal customer and for trusting us to handle your recycling and waste needs responsibly while protecting our Blue Planet.

| Account Number | XXXXX385 |
|---|---|
| Invoice Number | 0870-005577831 |
| Invoice Date | January 18, 2024 |
| Previous Balance | $41.12 |
| Payments/Adjustments | -$41.12 |
| Current Invoice Charges | $55.56 |

| Autopayment | Payment Due Date |
|---|---|
| $55.56 | February 07, 2024 |

### PAYMENTS/ADJUSTMENTS

| Description | Reference | Amount |
|---|---|---|
| Payment - Thank You 11/07 | 1 | -$41.12 |

### CURRENT INVOICE CHARGES

| Description | Reference | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| Jeremy Hales  2436 Main St Peninsula, OH  Contract: 9223015 (C3) 1 Trash Cart 95/96 Gal, 1 Lift Per Week | | | | |
| Residential Service  02/01-04/30 | | | $55.56 | $55.56 |
| CURRENT INVOICE CHARGES, AutoPayment due on February 07, 2024 | | | | $55.56 |

Simple account access at your fingertips.

Download the Republic Services app or visit RepublicServices.com today.



---



**REPUBLIC SERVICES**

2800 South Erie Street
Massillon OH 44646-791515

Do not Pay
* Thank You For Your Automatic Payment *

| Autopayment | $55.56 |
|---|---|
| Payment Due Date | February 07, 2024 |
| Account Number | 3-XXXXX385 |
| Invoice Number | 0870-005577831 |

☐ For Billing Address Changes Check Box and Complete Reverse.

Return Service Requested





JEREMY HALES
2436 MAIN ST
PENINSULA OH 44264-9645

Make Checks Payable To:

REPUBLIC SERVICES #870
FOR RS OHIO HAULING, LLC
PO BOX 9001099
LOUISVILLE KY 40290-1099

3 0870 0101385 000000557783 1 00005556 00005556 7