## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

| | |
|---|---|
| **JEREMY B. HALES**, | ) |
| Plaintiff, | ) |
| | ) Case No. |
| vs. | ) 1:24-cv-00045-AW-ZCB |
| | ) |
| **LYNETTE MICHELLE LACEY ALEXIS PRESTON** | ) |
| and | ) |
| **JOHN COOK**, | ) |
| Defendants. | ) |

## AFFIDAVIT OF JEREMY B. HALES

BEFORE ME, the undersigned Notary Public, personally came and appeared **Jeremy B. Hales**, who states I, Jeremy B. Hales, being duly sworn, hereby depose and say:

1. To my knowledge, all of the facts stated in this affidavit are true and correct.

2. I am over 18 years of age. I am fully competent to make this affidavit and I have personal knowledge of the facts stated in this affidavit.

3. I am the Plaintiff in this lawsuit.

4. This Affidavit is submitted in support of the Memorandum in Opposition to Defendants' Motion to Dismiss based on Fed. R. Civ. P. 12(b)(l).

5. I am one of the fortunate people who has been able to use the internet to craft a living for myself with over 700,000 subscribers to my YouTube Channel "What the Hales" (https://www.youtube.com/@WhatTheHales/community).

6. I have always had my domicile in Ohio, and Ohio is where I have my permanent home. I have always lived in Ohio – it is the state where I was born in 1977. I intend to keep an Ohio domicile. My children live in Ohio.

7. In December 2020, I purchased a non-homestead property in Otter Creek, Florida for business purposes. This location has better weather during the winter months than exist in Ohio, and I don't have to shut down a significant part of my business during the winter months given that I have this Florida location for my business.

8. Thus, since 2021 my YouTube Channel has afforded me the ability to split my work time between Otter Creek, Florida and Peninsula, Ohio.

9. On occasion I use my platforms to benefit charities and to do various giveaways to help deserving people. Part of my internet fame has also led to negative attention from people who claim to be "fans."

10. Defendants Mr. Cook and Ms. Preston are people who had started off as fans but are now stalking me and my partner.

11. Ms. Preston has had her own YouTube channel since 2020 and seeks donations from the public on an almost constant basis, through PayPal, Venmo, and her private Facebook pages.

12. Mr. Cook also has many Facebook pages. Ms. Preston and Mr. Cook claim to run a sanctuary for tortoises. However, in October 2021, they moved and bought property that is directly across the road from the Florida winter location for my business.

13. Initially I believed Mr. Cook and Ms. Preston were fans, but they continued to ask for financial help with their "nonprofit," despite having moved it into a less habitable place for their animals. As I continued to say no to their requests, beginning in February-March, 2023, their behavior became more and more tortuous, unstable and dangerous.

14. In April 2023, Mr. Cook posted online a large collection of sex toys and stated that I was selling my items. Mr. Cook also made threats about posting pictures of his penis in my partner's mouth.

15. In May 2023 my attorneys in Florida sent Mr. Cook and Ms. Preston cease and desist letters, a copy of one being attached to my Complaint - but this did little or nothing to curb their behavior.

16. In May - June 2023, as outlined in my complaint, Ms. Preston posted signs all over Otter Creek, Florida calling me an "**Ohio** rapist" etc., defaming me and asking for others to run me and my partner back to Ohio.

17. Since May 2023 to date, Mr. Cook and Ms. Preston have created and maintain multiple online groups dedicated to hating me and Mr. Cook made sexually explicit posts about my partner and me.

18. In August 2023, Ms. Preston went so far as to email the mayor of Peninsula, Ohio (who knows me very well) to complain specifically about me and my partner and threaten us.

19. Mr. Cook's and Ms. Preston's online posts calling me a child predator are constant and ongoing to this day. Their behavior is escalating, and they are harassing me in Ohio and in Florida.

20. As a result, in September, 2023, in the Court of Common Pleas in Summit County, Ohio, I filed civil lawsuits against Ms. Preston and Mr. Cook.

21. On October 10, 2023, a final Civil Stalking Protection Order was entered in Ohio in my favor and against and Ms. Preston (CV2023 09 3595) Mr. Cook (CV2023 09 3594), **see attached Orders from the Court of Common Pleas in Summit County, Ohio Exhibit "1" and Exhibit "2."**

22. After a full evidentiary hearing the Ohio Court issued two Final Orders of protection, the Court of Common Pleas in Summit County, Ohio (hereinafter, the

"Ohio Court") and made factual findings that Ms. Preston and/or Mr. Cook have knowingly engaged in a pattern of contact that cause me to believe that Ms. Preston and/or Mr. Cook will cause me physical harm or cause (or have caused) me mental distress. *See* **Exhibits "1" and "2."**

23. In the two Final Orders of Protection, the Ohio Court ordered Ms. Preston and Mr. Cook to not initiate or have any contact with me or my residences, businesses, places of employment, schools, daycare centers, or childcare providers. Contact includes, but is not limited to, landline, cordless, cellular or digital telephone; text; instant messaging; fax; email; voicemail; delivery service; social media; blogging; writings; electronic communication; posting a message; or communications by any other means directly or through another person." *See* **Exhibits "1" and "2."**

24. Also, the Ohio Court told Ms. Preston and Mr. Cook that they may not violate the order even with my permission, nor shall Ms. Preston and Mr. Cook encourage any person to do any act prohibited by the Ohio Court. *See* **Exhibits "1" and "2."**

25. Obtaining these Ohio orders of protection was very important to me and remains so as I have never intended to remain in Florida indefinitely. I have no family in Florida. I do intend to remain in Ohio indefinitely.

26. Ohio is my true, fixed, and permanent home and state of principal business establishment. My primary business LLCs are both incorporated in Ohio. I intend to return to Ohio whenever I am absent therefrom.

27. My Ohio drivers' license is the only driver license I have ever had. My current Ohio home address is on this license. *See* **Exhibit "3."**

28. My Ohio property tax bill for my Ohio domicile is attached as **Exhibit "4."**

29. I have never voted in any other state but Ohio. I did want to vote in the local elections of Otter Creek Florida as Ms. Preston herself was a candidate for town council and I believed she would use this position to further cause me physical harm or mental distress. However, Ms. Preston is no longer a candidate so I rescinded any such request to vote in the local Otter Creek elections.

30. My vehicles are and have always been registered in Ohio. *See* **Exhibit "5."**

31. I file my federal income taxes every year in Ohio. *See* **Exhibit "6.**

32. My current Ohio utility bills are attached hereto as **Exhibit "7."**

**AFFIANT SAYETH FURTHER NAUGHT.**

Jeremy B. Hales

STATE OF FLORIDA
COUNTY OF ___LEVY___

The foregoing instrument was acknowledged before me this 26th day of March, 2024 by Jeremy B. Hales, who is personally known to me or who has produced _____ as identification.

(Notary seal)



Printed name: Belinda Standridge / BELINDA STANDRIDGE
My Commission expires: 10/23/2024
My Commission No.: HH051565