

KRISTEN M. SCALISE CPA, CFE
FISCAL OFFICER, COUNTY OF SUMMIT
175 S. MAIN STREET, STE 320
AKRON, OH 44308-1341



## STATEMENT OF ACCOUNT

| REAL ESTATE TAXES FOR | STUB NO. | PARCEL NO. |
|---|---|---|
| 1ST HALF 2023 | 6129247 | 06-00207 |

**MESSAGE**

You may make your payment at the following Summit County bank branches:
Apple Creek Banking Co.    Westfield Bank    Key Bank

Tax bills can be paid online or by phone. If paying by debit/credit card, a nominal service fee is charged by ACI. If paying by electronic check, $1 fee. To pay taxes online go to
https://fiscaloffice.summitoh.net/index.php/on-line-tax-payments.
Taxpayers will need their parcel number to pay by phone. Call 1-800-272-9829 and follow the prompts. Jurisdiction code is 4596.

PARCEL NO.  06-00207

28327  2 MA 0.543
HALES JEREMY B    100 152
2436 W STREETSBORO RD
PENINSULA OH  44264

*NOTICE: IF THE TAXES ARE NOT PAID WITHIN SIXTY DAYS FROM THE DATE THEY ARE CERTIFIED DELINQUENT, THIS PROPERTY IS SUBJECT TO FORECLOSURE FOR TAX DELINQUENCY.*

Email: summittreas@summitoh.net
Website: https://fiscaloffice.summitoh.net/
Phone: 330-643-2587  Toll Free: 1-888-388-5613
Office Hours: Monday Through Friday 7:30 A.M. to 4:00 P.M.

### TAX DISTRICT AND DESCRIPTION

06 BOSTON TWP-WOODRIDGE LSD
TR 2 LOT 1 S S S OF STREETSBOR RD 3.46AC
HALES JEREMY B
2436   STREETSBORO RD

|  | Taxable | Appraised |
|---|---|---|
| LAND VALUE: | 28,190 | 80,540 |
| BLD VALUE: | 221,020 | 631,490 |
| TOTAL VALUE: | 249,210 | 712,030 |

TAX RATE:                              94.900000
**EFFECTIVE TAX RATE:**                67.037062
REDUCTION FACTOR:                      0.293603
Non Business Credit Factor:            0.075294
Owner Occupied Credit Factor:          0.018823



| | |
|---|---|
| SUMMIT COUNTY-AKRON ZOO 21RI | 87.33 |
| SUMMIT COUNTY-BD OF DEV DISABILITI | 322.18 |
| SUMMIT COUNTY-BOND RETIREMENT | 64.41 |
| SUMMIT COUNTY-CHILD SER 19RI | 161.09 |
| SUMMIT COUNTY-CHILDREN SERVICES BO | 76.91 |
| SUMMIT COUNTY-GENERAL | 184.18 |
| SUMMIT COUNTY-MENTAL HEALTH 20R | 211.20 |
| BOSTON TWP | 595.85 |
| WOODRIDGE LSD | 4,766.02 |
| SUMMIT METRO PARKS-GENERAL 21RI | 150.84 |
| AKRON SUMMIT LIBRARY | 135.76 |
| VALLEY FIRE DISTRICT | 705.92 |
| UNION CEM ASSOC. OF BOSTON TWP | 112.98 |

### SUMMARY OF CHARGES

| | |
|---|---|
| *Current Net Taxes and Asmts (Year)* | 15,149.34 |
| Gross Taxes | 11,825.02 |
| Reduction Factor | -3,471.86 |
| Subtotal | 8,353.16 |
| Non Business Credit | -628.95 |
| Owner Occupancy Credit | -149.54 |
| Current Net Taxes | 7,574.67 |

1ST HALF 2023

| *DUE DATE | TOTAL TAXES DUE |
|---|---|
| 02/29/2024 | 7,574.67 |

*TO AVOID LATE PENALTY, ENVELOPE MUST BE U.S. MAIL POSTMARKED BY THE DUE DATE.
See reverse side for payment instructions