# Financial Responsibility Identification Card



**Erie Insurance Company**
NAIC Code: 26263

Coverage provided by:
**Erie Insurance Company**
100 Erie Insurance Place Erie, PA 16530

**Named Insured**
JEREMY B HALES
2436 W STREETSBORO ROAD
PENINSULA, OH 44264

**Vehicle**
2016 RAM RAM PICKUP

**Policy Number**
[redacted]

**Effective**
09/19/2023 until 09/19/2024

**VIN**
XXXXXXXX2156

**In the event of an accident or loss:**
- Help anyone who is injured. Get names, addresses, auto license plate numbers of involved, including all witnesses.
- Protect your auto and property from further damage.
- If injury, extensive damage, theft, or out-of-state accident, call police promptly. If "hit-and-run" accident, report to police within 24 hours.
- Notify your Agent or ERIE.
- Only discuss accident details with police or an ERIE representative.

Examine policy exclusions carefully. This form does not constitute any part of your insurance policy. See reverse side for Agent and claims reporting information. **Keep this card in vehicle listed above.**

DP80 OH 06/12

---

## OHIO BMV REGISTRATION CARD APPLICATION NO. 888992KH

| LICENSE NO. | AGENCY NO. | ISSUE DATE | EXPIRATION DATE | WEIGHT | REG CODE (1) CLASS / TYPE |
|---|---|---|---|---|---|
| JOH2808 | 9982 | 05/06/2023 | 03/30/2028 | 0001[redacted] | NC / D |

| VEH. SERIAL NO. | VEH. YEAR | MAKE | VEH. TYPE | REG YEARS | CODE (2) / CODE (3) |
|---|---|---|---|---|---|
| XXXXXXX4683 | 2022 | RAM | [redacted] | 5 | NR / S |

| TITLE | DATE PURCH'D | SPECIAL PLATE | | SEATING CAP. |
|---|---|---|---|---|
| 8501360223 | 12/02/202[1] | | | |

| OWNER NAME | | SPECIAL FEE | [PLA]TE FEE | REG. FEE |
|---|---|---|---|---|
| JEREMY HALES | | 0.00 | 0.00 | 6.50 |

| ADDITIONAL NAME | TAXING DISTRICT | LOCAL TAX | TOTAL FEE |
|---|---|---|---|
| | 8573 | 0.00 | 6.50 |

| OWNER ADDRESS | COUNTY | LEASE / TAX I.D. NO. |
|---|---|---|
| 8001 BLOUGH RD | WA85 | |

| CITY / TOWNSHIP | POST OFFICE | STATE | ZIP | CONTROL NO. |
|---|---|---|---|---|
| GREEN | STERLING | OH | 44276-9734 | 9982237504257004 |

| OLD APPLICATION | OLD PLATE |
|---|---|
| 767797KG | JOH2808 |

*** E/CHECK IS REQUIRED DURING THE MULTI-YEAR REGISTRATION PERIOD FOR QUALIFYING VEHICLES ***

```
JOH2808    85   000082   0    00002   **
JEREMY HALES
2436 W STREETSBORO RD
PENINSULA    OH 44264
```

Form OHCURR - BMV 4621 06/11   48958 - 2 WAYNE

---

## OHIO BMV REGISTRATION CARD APPLICATION NO. 888992KH

| LICENSE NO. | AGENCY NO. | ISSUE DATE | EXPIRATION DATE | WEIGHT | REG CODE (1) CLASS / TYPE |
|---|---|---|---|---|---|
| JOH2808 | 9982 | 05/06/2023 | 03/30/2028 | 001500 | NC / D |

| VEH. SERIAL NO. | VEH. YEAR | MAKE | VEH. TYPE | REG YEARS | |
|---|---|---|---|---|---|
| XXXXXXX683 | 2022 | RAM | TK | 5 | XXXXXXX / NH / S |

| TITLE | DATE PURCHASED | SPECIAL PLATE | | SEATING CAP. |
|---|---|---|---|---|
| 8501360223 | 12/02/2021 | | | |

| OWNER NAME | | SPECIAL FEE | PLATE FEE | REG. FEE |
|---|---|---|---|---|
| JEREMY HALES | | 0.00 | 0.00 | 6.50 |

| ADDITIONAL NAME | | LOCAL TAX | TOTAL FEE |
|---|---|---|---|
| | | 0.00 | 6.50 |

| LEASE / TAX I.D. NO. | CONTROL NO. | OLD APPLICATION | OLD PLATE |
|---|---|---|---|
| | 9982237504257004 | 767797KG | JOH2808 |

**INSTRUCTIONS FOR APPLYING PLATE DECALS:**
1) Verify plate number and decal match.
2) Do not moisten decal or apply at temperature less than 0 degrees F.
3) Clean and dry plate or previous decal before affixing new decal.
4) Remove decal by bending corner of card under decal along dotted line.
5) Next, lift up corner of decal where card is creased.
6) Decal is fragile, peel decal off slowly.
7) Place decal in lower right corner of rear plate. If plate has a previous decal attached, place new decal to cover old decal.
8) Rub or press firmly around edges of decal after applying.
9) See back side for further instructions.



PEEL HERE