# Form 1040 — U.S. Individual Income Tax Return (2022)

Department of the Treasury—Internal Revenue Service
OMB No. 1545-0074
IRS Use Only—Do not write or staple in this space.

**Filing Status** (Check only one box.): ☒ Single ☐ Married filing jointly ☐ Married filing separately (MFS) ☐ Head of household (HOH) ☐ Qualifying surviving spouse (QSS)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QSS box, enter the child's name if the qualifying person is a child but not your dependent:

Your first name and middle initial: **JEREMY**
Last name: **HALES**
Your social security number: [redacted]

If joint return, spouse's first name and middle initial:
Last name:
Spouse's social security number:

Home address (number and street): **2436 WEST STREETSBORO RD**
Apt. no.:
City, town, or post office: **PENINSULA**
State: **OH**
ZIP code: **44264**

Foreign country name:
Foreign province/state/county:
Foreign postal code:

**Presidential Election Campaign:** ☐ You ☐ Spouse

**Digital Assets:** At any time during 2022, did you: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, gift, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? ☐ Yes ☒ No

**Standard Deduction** — Someone can claim: ☐ You as a dependent ☐ Your spouse as a dependent ☐ Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness**: You: ☐ Were born before January 2, 1958 ☐ Are blind  Spouse: ☐ Was born before January 2, 1958 ☐ Is blind

## Dependents

| (1) First name  Last name | (2) Social security number | (3) Relationship to you | (4) Child tax credit | Credit for other dependents |
|---|---|---|---|---|
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |

## Income

| Line | Description | Amount |
|---|---|---|
| 1a | Total amount from Form(s) W-2, box 1 | [redacted] |
| 1b | Household employee wages not reported on Form(s) W-2 | |
| 1c | Tip income not reported on line 1a | |
| 1d | Medicaid waiver payments not reported on Form(s) W-2 | |
| 1e | Taxable dependent care benefits from Form 2441, line 26 | |
| 1f | Employer-provided adoption benefits from Form 8839, line 29 | |
| 1g | Wages from Form 8919, line 6 | |
| 1h | Other earned income | 0. |
| 1i | Nontaxable combat pay election | |
| 1z | Add lines 1a through 1h | [redacted] |
| 2a | Tax-exempt interest | |
| 2b | Taxable interest | XXXX. |
| 3a | Qualified dividends | |
| 3b | Ordinary dividends | |
| 4a | IRA distributions | |
| 4b | Taxable amount | |
| 5a | Pensions and annuities | |
| 5b | Taxable amount | |
| 6a | Social security benefits | |
| 6b | Taxable amount | |
| 6c | If you elect to use the lump-sum election method, check here ☐ | |
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ☐ | |
| 8 | Other income from Schedule 1, line 10 | |
| 9 | Add lines 1z, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** | [redacted] |
| 10 | Adjustments to income from Schedule 1, line 26 | |
| 11 | Subtract line 10 from line 9. This is your **adjusted gross income** | [redacted] |
| 12 | Standard deduction or itemized deductions (from Schedule A) | [redacted] |
| 13 | Qualified business income deduction from Form 8995 or Form 8995-A | |
| 14 | Add lines 12 and 13 | [redacted] |
| 15 | Subtract line 14 from line 11. If zero or less, enter -0-. This is your **taxable income** | [redacted] |

Standard Deduction for—
- Single or Married filing separately, $12,950
- Married filing jointly or Qualifying surviving spouse, $25,900
- Head of household, $19,400
- If you checked any box under Standard Deduction, see instructions.

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.

Form **1040** (2022)