

| | |
|---|---|
| **REPUBLIC SERVICES** 2800 South Erie Street<br>Massillon OH 44646-791515 | Account Number　　　XXXXX385<br>Invoice Number　　　0870-005577831<br>Invoice Date　　　　　January 18, 2024<br>Previous Balance　　　　　　$41.12<br>Payments/Adjustments　　　-$41.12<br>Current Invoice Charges　　　$55.56 |
| Customer Service　(800) 247-3644<br>RepublicServices.com/Support | |
| **Important Information**<br>Thanks for being a loyal customer and for trusting us to handle your recycling and waste needs responsibly while protecting our Blue Planet. | **Autopayment**　**Payment Due Date**<br>**$55.56**　　　**February 07, 2024** |

### PAYMENTS/ADJUSTMENTS

| Description | Reference | Amount |
|---|---|---|
| Payment - Thank You 11/07 | 1 | -$41.12 |

### CURRENT INVOICE CHARGES

| Description | Reference | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| **Jeremy Hales  2436 Main St Peninsula, OH  Contract: 9223015 (C3)** | | | | |
| **1 Trash Cart 95/96 Gal, 1 Lift Per Week** | | | | |
| Residential Service  02/01-04/30 | | | $55.56 | $55.56 |
| CURRENT INVOICE CHARGES, AutoPayment due on February 07, 2024 | | | | $55.56 |

## Simple account access at your fingertips.

Download the Republic Services app or visit RepublicServices.com today.



---



**REPUBLIC SERVICES**
2800 South Erie Street
Massillon OH 44646-791515

Do not Pay
* Thank You For Your Automatic Payment *

| | |
|---|---|
| Autopayment | $55.56 |
| Payment Due Date | February 07, 2024 |
| Account Number | 3-XXXXX385 |
| Invoice Number | 0870-005577831 |

☐ For Billing Address Changes, Check Box and Complete Reverse.

Return Service Requested

Make Checks Payable To:



JEREMY HALES
2436 MAIN ST
PENINSULA OH 44264-9645

REPUBLIC SERVICES #870
FOR RS OHIO HAULING, LLC
PO BOX 9001099
LOUISVILLE KY 40290-1099

30870010138500000055778310000555600000555567