UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
Gainesville ☒ _____ DIVISION

Jeremy Hailes,

(Name of Plaintiff/Petitioner)

vs.                                                                    CASE NO: 1:24-CV-00045-AW-ZCB

John Cook and
Lynette Preston,

_____.

(Name of Defendant/Respondent)

Lynette Preston              /

## MOTION REQUESTING APPOINTMENT OF COUNSEL

I, the above named ~~Plaintiff/Petitioner~~ Defendant, do hereby swear that I am unable to pay the costs of said proceeding or give security therefor, that I believe I am entitled to redress, and that I am unable to litigate this case on my own behalf because (please explain) See Attached + a fund raiser was started But its Going No Where Due To Negative Comments by fans of Mr. Hailes and The Horrible Lies Being Told about me. He Has a Successful Go fund me over 24,000 ☐ Raised. I respectfully request the appointment of counsel.

for them.

In support of this motion, Plaintiff/Petitioner states that I have made a diligent effort to employ counsel and contacted the following attorneys:

Florida Barr
I've Called many Attorneys from Google
But the fact Remains I can not Afford
the retainer fees.

FILED USDC FLND GV
APR 3 '24 AM 11:21    AF

☐ In support of this motion, Plaintiff/Petitioner states that I made a diligent effort to obtain the assistance of counsel by contacting the following legal aid organizations, lawyer referral service, or *pro bono* attorneys: Three Rivers Legal Services Community Legal Services Ocala. None of these Programs will help me.

☐ I need a lawyer who can also speak in a language other than English. Please identify which language you speak: English

I am financially unable to hire an attorney because: I am on SSD and SSI I make very limited income.

I understand that making this application does not excuse me from litigating my case, and that it is still my responsibility to move forward in this proceeding.

I declare that my answers to the foregoing are true and correct.

04/3/2024
(Date)

_____
(Signature of Plaintiff/Petitioner)

P.O. Box 27 Otter Creek FL. 32683
151 N. Otter Creek ave.
Otter Creek FL. 32683
(Address)

Revised 07/2011

2

I am a disabled mother raising a disabled child on a very limited income. I took out a protective order in Levy county Fl. on Mr. Hales and finally with the help of friends was able to come up with the retainer fee to hire an attorney for that case. That resulted in Mr. Hales going to Ohio, his home state and getting a retaliatory protection order on me. I couldn't fight that case with any hope of showing the truth being Unrepresented. I had an order placed on me even though I am completely innocent of his charges. I am pleading the courts, I am destitute to the point that I can't finish building my house at this point or care for our daily needs as every penny has to go to my attorney now. Mr.Hales has said he will continue with motions and legal things until I'm financially destroyed. We are involved in three cases now, my TPO in Levy Co his PO in Ohio where he continues to charge myself and John Cook with contempt, I'm unrepresented there and now here in this court. A video was put out this week by Mr. Hales saying he's bringing yet another suit against us. Please I'm begging the court for an appointed attorney because we stand to lose everything we have in this world including my beautiful child and my freedom if I can't fight these fraudulent charges with a attorney who knows far more than I do.

My income is SSD and SSI.

Thank you

Sincerely

Lynette Preston

*L. Pres* (signature)

what the h...



CAUGHT LYING IN FEDERAL COURT Proceedings

What The Hales · 109K views · 14 hours ago



MORE LAWSUITS AGAINST LYING NEIGHBORS

What The Hales · 126K views · 1 day ago

  Shorts   Subscriptions  You

← what the h... ✕ 🎤 📺 ⋮

HALE$ COURT Proceedings

What The Hales · 109K views · 14 hours ago



WHAT THE HALE$ MORE LAWSUITS AGAINST LYING NEIGHBORS

What The Hales · 126K views · 1 day ago

Home  Shorts  +  Subscriptions  You

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
___Gainesville___ DIVISION

CASE NO: 1-24-cv-45-AW/ZCB

## CERTIFICATE OF SERVICE

I, _Lynetto Prest_, do hereby CERTIFY that a true and correct copy of the foregoing has been furnished by _Email_ (manner of service; *i.e.,* U.S. Mail, electronic mail, etc.) on this _3_ day of _April_, 2024, to:

_Email to Attorneys@Counsel.Insur_

_April 3 2024_
(Date)

_[Signature]_
Signature