UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
__Gainesville__ DIVISION

__Jeremy Hales__,
(Name of Plaintiff/Petitioner)

vs.

CASE NO: __1:24-CV-000-45-AW-ZCB__

__John Cook and Lynette Preston__,
(Name of Defendant/Respondent)

__John Cook__,

## MOTION REQUESTING APPOINTMENT OF COUNSEL

I, the above named ~~Plaintiff/Petitioner~~ __Defendant__, do hereby swear that I am unable to pay the costs of said proceeding or give security therefor, that I believe I am entitled to redress, and that I am unable to litigate this case on my own behalf because (please explain) __See attached: friends tried a fundraiser online but His fans make rude nasty comments so no one will donate__. I respectfully request the appointment of counsel.

☐   In support of this motion, Plaintiff/Petitioner states that I have made a diligent effort to employ counsel and contacted the following attorneys:

__Florida Barr many listed on Google. No one will touch it at all and we can't afford Retainer on 3 court cases, on disability income.__

FILED USDC FLND GV
APR 3 '24 AM 11:33   KM

☐   In support of this motion, Plaintiff/Petitioner states that I made a diligent effort to obtain the assistance of counsel by contacting the following legal aid organizations, lawyer referral service, or *pro bono* attorneys:

Three rivers legal services
Legal aide Community services cate
were called so many. No one
will touch this case.

☐   I need a lawyer who can also speak in a language other than English. Please identify which language you speak: English

I am financially unable to hire an attorney because: I'm on desability SSD and have To many Bills on property. and Raising a 4yr old Disabled child.

I understand that making this application does not excuse me from litigating my case, and that it is still my responsibility to move forward in this proceeding.

I declare that my answers to the foregoing are true and correct.

04/3/2024
(Date)

_____
(Signature of Plaintiff/Petitioner)

_____
_____
(Address)

Revised 07/2011

2

I am a disabled man helping Ms. Preston raise her disabled child on a very limited income. Ms. Preston took out a protective order in Levy county Fl. on Mr. Hales and finally with the help of friends was able to come up with the retainer fee to hire an attorney for that case. That resulted in Mr. Hales going to Ohio, his home state and getting a retaliatory protection order on both of us. I couldn't fight that case with any hope of showing the truth being Unrepresented. I had an order placed on me even though I am completely innocent of his charges. I am pleading the courts, I am destitute to the point that I can't finish building our house at this point or care for our daily needs as every penny has to go to Ms. Preston's attorney now. Mr.Hales has said he will continue with motions and legal things until we are financially destroyed. We are involved in three cases now, the TPO in Levy Co. his PO in Ohio where he continues to charge us with contempt. I'm unrepresented there and now here in this court. A video was put out this week by Mr. Hales saying he's bringing yet another suit against us. Please I'm begging the court for an appointed attorney because we stand to lose everything we have in this world including our beautiful child and our freedom and the home we're building for Harley Grace who is 4 if we can't fight these fraudulent charges with a attorney who knows far more than we do.

My income is SSD and it doesn't go far. I've just had my 5 knee replacement, now both have been done in 2 years.

Thank you

Sincerely

John Cook

*[signature]*





He's Bringing more Lawsuits against us.

← what the h... ×  :

**HALE$**  COURT Proceedings

What The Hales · 109K views · 14 hours ago



**WHAT THE HALE$**  MORE LAWSUITS AGAINST LYING NEIGHBORS 

What The Hales · 126K views · 1 day ago

 Home    Shorts       Subscriptions    You

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# _____ DIVISION

CASE NO: _____

## CERTIFICATE OF SERVICE

I, **John Cook**, do hereby CERTIFY that a true and correct copy of the foregoing has been furnished by **Email** (manner of service; *i.e.*, U.S. Mail, electronic mail, etc.) on this **3** day of **April**, 20**24**, to:

**Email to attorneys @ Counsel.insur**

_____

_____

_____

**4-3-24**
(Date)

**John Cook**
Signature