IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JEREMY B. HALES,

    **Plaintiff,**

v.                                                    Case No. 1:24-cv-45-AW-ZCB

LYNETTE MICHELLE LACY ALEXIS
PRESTON and JOHN COOK,

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Both Defendants moved to dismiss for lack of subject-matter jurisdiction. ECF Nos. 5, 6. The magistrate judge issued a report and recommendation, concluding the court should deny the motions. ECF No. 14. There has been no objection to the report and recommendation.

Having carefully considered the matter, I agree with the magistrate judge. I now adopt the report and recommendation (ECF No. 14) and incorporate it into this order. The motions to dismiss (ECF Nos. 5, 6) are DENIED. The magistrate judge will conduct further appropriate proceedings.

SO ORDERED on September 27, 2024.

                                                             s/ *Allen Winsor*
                                                             United States District Judge