# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

JEREMY B. HALES,                               )
                                               )
    Plaintiff,                               )   Case No. 1:24-cv-45AW-ZCB
                                               )
vs.                                            )
                                               )
LYNETTE MICHELLE LACEY                          )
ALEXIS PRESTON                                 )
                                               )
and                                            )
                                               )
JOHN COOK,                                     )
                                               )
    Defendants.                              )
_____/

## AFFIDAVIT OF DIANNE PETERSON

Before me, the undersigned Notary Public, personally appeared Dianne Peterson, who, being personally known to me or having provided proper identification and being duly sworn, stated as follows:

1.    My name is Dianne Peterson. I am over the age of 21 years.

2.    I have personal knowledge of the following facts and, if called upon as a witness, could testify competently thereto.

3.    I am a Court-Qualified Certified Forensic Document Examiner and Handwriting Expert Witness in Alabama, Georgia, Florida, Kentucky, Tennessee, and the Bahamas. My curriculum vitae is attached and incorporated herein for reference.

4.    My first and foremost duty is to remain impartial and objective to assist the judge and or jury (the trier of fact) to matters that fall within my skill, knowledge, education, experience, and training as a forensic document examiner.

5.    I was asked by attorney, Randall Shochet, on 15 January 2024, to examine the suspect's handwriting (Lynette Preston) to determine if she may have written the anonymous writing on the questioned exemplars which were posters.

6.    My Opinion Report is attached and incorporated herein for reference.

7.    The basis for handwriting identification is that writing habits are not instinctive or hereditary but are complex processes that are developed gradually through habit and that handwriting is unique to each individual. Further, the basic axiom is that no one person writes exactly the same way twice and no two people write exactly the same. Thus, writing habits or individual characteristics distinguish one person's handwriting from another.

8.    In order to establish that handwriting was or was not written by a particular person, an examination with known/genuine signatures must show substantial agreement in sufficient handwriting characteristics to identify the maker and eliminate the possibility of another writer. Handwriting characteristics or features that maybe evaluated include the following: line quality, stroke direction, cross strokes, dots, pressure patterns, rhythm, slant, size and proportions, utilization of space and spatial alignment, initial and terminal strokes, writing speed, legibility, skill level, letter forms,

connecting strokes, connectedness or disconnectedness, embellishments, method of construction, pen-lifts, spacing, hesitations, tremor, capitalization, formatting, positioning, and pattern formation.

9.    Significant similarities between the questioned handwriting and the exemplars identify a writer. Any significant unexplainable fundamental difference will be sufficient to eliminate the writer.

10.    I analyzed, compared, and evaluated all the evidence in this case in order to reach a conclusion on the identity of the writer of the anonymous documents. I applied the ANSI/ASB standard for Handwritten Examination1 as appropriate. These standards do not offer a standard operating procedure. They offer guidance on the steps for examining questioned handwriting.

11.    Below are the steps I used to examine the handwriting evidence in this case.

12.    Step 1. The quality and quantity of the exemplars were accepted for the examination. The exemplars were contemporaneous and of the same allograph.

13.    Step 2. The documents were placed in chronological order and stored in a JPEG Format. The documents were identified as originals or photocopies, labeled as questioned or known specimens, and placed in their respective folders.

14.    Step 3. The document images were then opened in Adobe Photoshop 2023, and the similar handwriting exemplars were cropped and extracted. The extraction process removes the background noise such as printed text and other writing.

15.    Background noise or other text or writing can bias the view of the writing causing the examiner's brain to see patterns that do not exist or miss important aspects of the writing.

16.    Step 4. The extracted handwriting exemplars were then placed and proportionally sized and grouped accordingly, in a side-by-side comparison between the questioned and known handwriting exemplars in PowerPoint software by Microsoft Office Suite 365. Proportionally adjusting the width of the extracted handwriting does not change its proportions.

17.    Step 5. An intra-comparison of the known exemplars proved to be consistent with each other, so the known exemplars were used for comparison purposes.

18.    Step 6. All of the collective extracted handwriting exemplars were examined to determine the contributor's handwriting habits and variables. Significant similarities and/or differences were identified and noted in the FDI Modular Method for Handwriting Identification.

19.    Step 7. After the evidence was thoroughly weighed, a conclusion was based accordingly. Conclusions are reported according to SAFE's Guide for Expressing Conclusions and Reporting Opinions for Handwriting Examination.

20.    Step 8. Snagit and PowerPoint Software were used to produce graphic illustrations of the similarities and dissimilarities identified in this case.

21.    Based on the evidence at hand, this identification is made within a reasonable degree of professional certainty. Other than natural variation, which is expected, no unexplainable differences are observed. The known writing compares favorably to the questioned writing. The writing contains substantial similarities, no significant dissimilarities, and there are no limitations associated with the quantity or quality of writing or documentation.

22.    My professional opinion is that the suspect (Lynette Preston) wrote the questioned posters – the **Q1a-Q3b** documents - described in more detail in my attached report.

**AFFIANT SAYETH FURTHER NAUGHT**.

*Dianne Peterson*
Dianne Peterson

STATE OF ___TN___

COUNTY OF ___Putnam___

The foregoing instrument was acknowledged before me this _30th_ day of _September_, 2024 by Dianne Peterson, who is personally known to me or who has produced ___TN driver license___ as identification.

(Notary seal)   *Mollie Cowan*

Printed name: ___Mollie Cowan___

My Commission expires: ___8-3-2027___

My Commission No.: ___N/A___

MOLLIE COWAN
STATE
OF
TENNESSEE
NOTARY
PUBLIC
PUTNAM COUNTY



Dianne Peterson, **CFDE**®
Court-Qualified & Certified
Forensic Document Examiner/Handwriting Expert

# Opinion Report

Prepared for: Shochet Law Group

Style of Case: Lynette M.L.A. Preston vs. Jeremy B. Hales

Case Number: 38-2023-DR-000416

**25 January 2024,**

## Statement of Duty

My first and foremost duty is to remain impartial and objective to assist the judge and or jury (the trier of fact) to matters that fall within my skill, knowledge, education, experience, and training as a forensic document examiner.

## Request of the Client

I was asked by attorney, Randall Shochet, on 15 January 2024, to examine the suspect's handwriting (Lynette Preston) to determine if she may have written the anonymous writing on the questioned exemplars which were posters.

## Basic Theory of Handwriting Identification

The basis for handwriting identification is that writing habits are not instinctive or hereditary but are complex processes that are developed gradually through habit and that handwriting is unique to each individual. Further, the basic axiom is that no one person writes exactly the same way twice and no two people write exactly the same. Thus, writing habits or individual characteristics distinguish one person's handwriting from another.

In order to establish that handwriting was or was not written by a particular person, an examination with known/ genuine signatures must show substantial agreement in sufficient handwriting characteristics to identify the maker and eliminate the possibility of another writer. Handwriting characteristics or features that maybe evaluated include the following: line quality, stroke direction, cross strokes, dots, pressure patterns, rhythm, slant, size and proportions, utilization of space and spatial alignment, initial and terminal strokes, writing speed, legibility, skill level, letter forms, connecting strokes, connectedness or disconnectedness, embellishments, method of construction, pen-lifts, spacing, hesitations, tremor, capitalization, formatting, positioning, and pattern formation.

Significant similarities between the questioned handwriting and the exemplars identify a writer. Any significant unexplainable fundamental difference will be sufficient to eliminate the writer.



## Methodology

I analyzed, compared, and evaluated all the evidence in this case in order to reach a conclusion on the identity of the writer of the anonymous documents. I applied the ANSI/ASB standard for Handwritten Examination[1] as appropriate. These standards do not offer a standard operating procedure. They offer guidance on the steps for examining questioned handwriting. Below are the steps I used to examine the handwriting evidence in this case.

## Methods Applied for Handwriting Identification

**Step 1**. The quality and quantity of the exemplars were accepted for the examination. The exemplars were contemporaneous and of the same allograph.

**Step 2.** The documents were placed in chronological order and stored in a JPEG Format. The documents were identified as originals or photocopies, labeled as questioned or known specimens, and placed in their respective folders.

**Step 3.** The document images were then opened in Adobe Photoshop 2023, and the similar handwriting exemplars were cropped and extracted. The extraction process removes the background noise such as printed text and other writing. Background noise or other text or writing can bias the view of the writing causing the examiner's brain to see patterns that do not exist or miss important aspects of the writing.

**Step 4.** The extracted handwriting exemplars were then placed and proportionally sized and grouped accordingly, in a side-by-side comparison between the questioned and known handwriting exemplars in PowerPoint software by Microsoft Office Suite 365. Proportionally adjusting the width of the extracted handwriting does not change its proportions.

**Step 5**. An intra-comparison of the known exemplars proved to be consistent with each other, so the known exemplars were used for comparison purposes.

**Step 6**. All of the collective extracted handwriting exemplars were examined to determine the contributor's handwriting habits and variables. Significant similarities and/or differences were identified and noted in the FDI Modular Method for Handwriting Identification.

**Step 7**. After the evidence was thoroughly weighed, a conclusion was based accordingly. Conclusions are reported according to SAFE's Guide for Expressing Conclusions and Reporting Opinions for Handwriting Examination[2].

**Step 8.** Snagit and PowerPoint Software were used to produce graphic illustrations of the similarities and dissimilarities identified in this case.



## List of Documents Examined

### Questioned Documents

The documents labeled **Q1a-Q3b**, contain anonymous writing.

| LABEL | TYPE | TITLE OF DOCUMENT | DATE |
|---|---|---|---|
| Q1a FS<br>Lines 1-2 | Photocopy | **Poster 1 front side blue** | **Date Not Present (DNP)** |
| Q1b BS<br>Lines 1-3 | Photocopy | **Poster 1 back side blue** | **DNP** |
| Q2a FS<br>Lines 1-4 | Photocopy | **Poster 2 front side blue** | **DNP** |
| Q2b BS<br>Lines 1-4 | Photocopy | **Poster 2 back side blue** | **DNP** |
| Q3a FS<br>Lines 1-2 | Photocopy | **Poster 3 front side-black** | **DNP** |
| Q3b BS<br>Lines 1-2 | Photocopy | **Poster 3 back side-black** | **DNP** |

### Known Documents of the Handwriting of Suspect, Lynette Preston

The documents labeled **K1-K12** contain the handwriting of the suspect, Lynette Preston.

| LABEL | TYPE | TITLE OF DOCUMENT | DATE |
|---|---|---|---|
| K1<br>Lines 1-2 | Photocopy | **NOTICE OF RELATED CASES** | **09-07-2023** |
| K2<br>Lines 1-11 | Photocopy | **PETITION FOR INJUNCTION FOR PROTECTION AGAINST STALKING** | **09-07-2023** |
| K3<br>Lines 1-23 | Photocopy | **PETITION BY AFFIDAVIT FOR ORDER TO SHOW CAUSE FOR A VIOLATION OF FINAL JUDGMENT OF INJUNCTION FOR PROTECTION AGAINST STALKING** | **12-00-2023** |
| K4<br>Lines 1-2 | Photocopy | **COVER SHEET FOR FAMILY COURT CASES** | **12-06-2023** |
| K5<br>Lines 1-25 | Photocopy | **PETITION BY AFFIDAVIT FOR ORDER TO SHOW CAUSE FOR A VIOLATION OF Temp JUDGEMENT OF INJUNCTION FOR PROTECTION AGAINST** | **12-06-2023** |



Forensic
Document
Investigations

| K6 | Photocopy | NOTICE OF FILING Contempt of Court | 12-27-2023 |
|---|---|---|---|
| Lines 1-11 | | | |
| K7 | Photocopy | NOTICE OF FILING | 12-27-2023 |
| Lines 1-8 | | | |
| K8 | Photocopy | COVER SHEET FOR FAMILY COURT CASES | 12-29-2023 |
| Lines 1-5 | | | |
| K9 | Photocopy | NOTICE OF RELATED CASES | 12-29-2023 |
| Lines 1-8 | | | |
| K10 | Photocopy | SUPPLEMENTAL AFFIDAVIT IN SUPPORT OF PETITION FOR INJUNCTION FOR PROTECTION AGAINST STALKING | 12-04-0000 |
| Lines 1-26 | | | |
| K11 | Photocopy | For cyberstalking, please include a description of all evidence | DNP |
| Lines 1-12 | | | |
| K12 | Photocopy | LEVY COUNTY SHERIFFS OFFICE INFO SHEET | DNP |
| Lines 1-9 & | | | |
| 13-15 | | | |



Forensic
Document
Investigations

Document Images:







Forensic
Document
Investigations





Forensic
Document
Investigations





Forensic
Document
Investigations

IN THE CIRCUIT COURT OF THE _____8th_____ JUDICIAL CIRCUIT,
IN AND FOR _____LEVY_____ COUNTY, FLORIDA

Case No.: 38-_____
Division: _____

1  Lynette m & d Preston
Petitioner,

and

2  Jeremy B Hales
Respondent.

FILED LEVY CLERK OF COURT
'23 SEP 7 AM 11:25

## NOTICE OF RELATED CASES

1.  Petitioner submits this Notice of Related Cases as required by Florida Rule of Judicial Administration
2.545(d). A related case may be an open or closed civil, criminal, guardianship, domestic violence,
juvenile delinquency, juvenile dependency, or domestic relations case. A case is "related" to this
family law case if it involves any of the same parties, children, or issues and it is pending at the time
the party files a family case; if it affects the court's jurisdiction to proceed; if an order in the related
case may conflict with an order on the same issues in the new case; or if an order in the new case
may conflict with an order in the earlier litigation.

[check one only]
___✓ There are no related cases.
___ The following are the related cases (add additional pages if necessary):

Related Case No. 1
Case Name(s): _____
Petitioner _____
Respondent _____
Case No.: _____ Division: _____

Type of Proceeding:  [check all that apply]
____ Dissolution of Marriage          ____ Paternity
____ Custody                          ____ Adoption
____ Child Support                    ____ Modification/Enforcement/Contempt Proceedings
____ Juvenile Dependency              ____ Juvenile Delinquency
____ Termination of Parental Rights   ____ Criminal
____ Domestic/Sexual/Dating/Repeat    ____ Mental Health
      Violence or Stalking Injunctions ____ Other *(specify)*_____

Florida Family Law Rules of Procedure Form 12.900(h), Notice of Related Cases (11/13)

K1



Forensic
Document
Investigations

FILED LEUY CLERK OF COURT
'23 SEP 7 AM 11:22

1   IN THE CIRCUIT COURT OF THE **8** JUDICIAL CIRCUIT,
2   IN AND FOR _Leuy_ COUNTY, FLORIDA

3   Case No.: _38 2023 DR_
    Division: _____

4   _Lynette m. L. A Preston_
    Petitioner,

    and

5   _Jeremy B Hales_
    Respondent.

### PETITION FOR INJUNCTION FOR PROTECTION AGAINST STALKING

6   I, (full legal name) _Lynette michelle lacey Alexis Presta_ being sworn, certify that the
    following statements are true:

**SECTION I. PETITIONER**
(This section is about you. It must be completed; **however, if you require that your address be
confidential for safety reasons, you should complete and file a Request for Confidential Filing of Address,**
Florida Supreme Court Approved Family Law Form 12.980(h), and write confidential in the space provided
on this form for your address and telephone number.)

7   1.  Petitioner resides at the following address: (address, city, state, zip code) _151 N. Otter_
8   _Creek ave. Otter Creek, FL. 32683_
        (indicate if applicable)
        _____Petitioner seeks an injunction for protection on behalf of a minor child. Petitioner is the
        parent or legal guardian of (full legal name)_____
        a minor child who is living at home.

9   2.  Petitioner's attorney's name, address, and telephone number is: _None_
        _____
        (If you do not have an attorney, write "none.")

**SECTION II. RESPONDENT**
(This section is about the person you want to be protected from. It must be completed.)

10  1.  Respondent resides at the following address: (provide last known street address, city, state, and
11      zip code) _2436 W. Streetsboro Rd  Peninsula, OH. 44264_ +a
        _810 N otter creek ave. Otter Creek, FL. 32683_

Florida Supreme Court Approved Family Law Form 12.980(t), Petition for Injunction for Protection Against Stalking
(11/15)

K2



Forensic
Document
Investigations

IN THE CIRCUIT COURT OF THE _____ 8 _____ JUDICIAL CIRCUIT,
IN AND FOR _Levy_ _____ COUNTY, FLORIDA

Case No: 38-2023-DR-000416
Division: _____

Lynette Preston
Petitioner,

and

Jeremy Hales
Respondent,

**PETITION BY AFFIDAVIT FOR ORDER TO SHOW CAUSE FOR A VIOLATION OF FINAL JUDGMENT OF
INJUNCTION FOR PROTECTION AGAINST (  ) DOMESTIC VIOLENCE (  ) REPEAT VIOLENCE (  )
DATING VIOLENCE (  ) SEXUAL VIOLENCE (X) STALKING**

I, {full legal name} _Lynette Preston_ _____, being sworn,
certify that I have actual knowledge of the following facts as set forth and the following statements are
true:

1.    The Court previously issued a {Choose one only}
      a. _____ Final Judgment of Injunction for Protection Against Domestic Violence
      b. _____ Final Judgment of Injunction for Protection Against Repeat Violence
      c. _____ Final Judgment of Injunction for Protection Against Dating Violence
      d. _____ Final Judgment of Injunction for Protection Against Sexual Violence
      e. _____ Final Judgment of Injunction for Protection Against Stalking
      F TPO Temp order
in this case on {date} _____.

2.    The Final Judgment of Injunction for Protection was served on Respondent on
{date} DeC _____.

3.    On (dates) 24, 25, 26 th DeC, at {place and address} ON live Videos
ON YouTube
the following event(s) took place: Jeremy Talked about me in
again Very Negative and Embarrasing and
Humiliating ways. Very Negative about me
Running for a counsel seat Possibley in
Otter Creek. He doesnt name me but
Everyone knows who he's speaking about.
He Even threatens me and others in comments.
Please See all attached information
also I'm Worried about the statement that
he made Saying Hes got People at Town Hall that
are going to Make Sure I dont get in Building
He said watching for people that Cant legally Be there
meaning Me only ~ His ohio order.

Florida Supreme Court Approved Family Law Form 12.980(w), Petition by Affidavit for Order to Show
Cause for a Violation of Final Judgment of Injunction for Protection Against Domestic, Repeat, Dating, or
Sexual Violence, or Stalking (11/15)

K3



Forensic
Document
Investigations

COVER SHEET FOR FAMILY COURT CASES

FILED LEVY CLERK OF COURT
'23 DEC 6 PM3:21

I.  Case Style

IN THE CIRCUIT COURT OF THE _____ JUDICIAL CIRCUIT,
IN AND FOR _____ COUNTY, FLORIDA

Case No.: _____
Judge: _____

**1** Lynette Preston
Petitioner

and

**2** Jeremy Hales
Respondent

II.  Type of Action/Proceeding. Place a check beside the proceeding you are initiating. If you are simultaneously filing more than one type of proceeding against the same opposing party, such as a modification and an enforcement proceeding, complete a separate cover sheet for each action being filed. **If you are reopening a case, choose one of the three options below it.**

(A) ☐ Initial Action/Petition
(B) ☐ Reopening Case
    1. ☐ Modification/Supplemental Petition
    2. ☐ Motion for Civil Contempt/Enforcement
    3. ☐ Other

III.  Type of Case. If the case fits more than one type of case, select the most definitive.

(A) ☐ Simplified Dissolution of Marriage
(B) ☐ Dissolution of Marriage
(C) ☐ Domestic Violence
(D) ☐ Dating Violence
(E) ☐ Repeat Violence
(F) ☐ Sexual Violence
(G) ☐ Stalking
(H) ☐ Support IV-D (Department of Revenue, Child Support Enforcement)
(I) ☐ Support Non-IV-D (**not** Department of Revenue, Child Support Enforcement)
(J) ☐ UIFSA IV-D (Department of Revenue, Child Support Enforcement)
(K) ☐ UIFSA Non-IV-D (**not** Department of Revenue, Child Support Enforcement)
(L) ☐ Other Family Court
(M) ☐ Adoption Arising Out Of Chapter 63
(N) ☐ Name Change

Florida Family Law Rules of Procedure Form 12.928, Cover Sheet for Family Court Cases (11/13)

K4



Forensic
Document
Investigations

1 IN THE CIRCUIT COURT OF THE _____ 8 _____ JUDICIAL CIRCUIT,
2 IN AND FOR _____ Levy _____ COUNTY, FLORIDA
3
4                                          Case No: 38-2023 DR000 416
                                           Division: ___ 84 ___
5 Lynette Preston
              Petitioner,

                                          FILED LEVY CLERK OF COURT
and                                       '23 DEC 6 PM 3:20

6 Jeremy Hales
              Respondent,

7                                                        Temp
     PETITION BY AFFIDAVIT FOR ORDER TO SHOW CAUSE FOR A VIOLATION OF FINAL JUDGMENT OF
     INJUNCTION FOR PROTECTION AGAINST (  ) DOMESTIC VIOLENCE (  ) REPEAT VIOLENCE (  )
                  DATING VIOLENCE (  ) SEXUAL VIOLENCE (  ) STALKING

8 I, (full legal name) Lynette Preston _____, being sworn,
  certify that I have actual knowledge of the following facts as set forth and the following statements are
  true:

  1.     The Court previously issued a (Choose one only)
              a. _____ Final Judgment of Injunction for Protection Against Domestic Violence
              b. _____ Final Judgment of Injunction for Protection Against Repeat Violence
              c. _____ Final Judgment of Injunction for Protection Against Dating Violence
              d. _____ Final Judgment of Injunction for Protection Against Sexual Violence
9             e. _____ Final Judgment of Injunction for Protection Against Stalking
       Temp Order
       in this case on (date) _____.

  2.     The Final Judgment of Injunction for Protection was served on Respondent on
         (date) _____.

10 3.    On (dates) Dec 6th _____, at (place and address) Levy Co Court House
11       at 2:40pm cyprox    MR Hales his Girlfriend
         the following event(s) took place:
12       Martha Risk and his Attorney Walked
13       out of Court House Jeremy + Martha Stood
14       on Ramp of Building facing the Jeep while
15       his attorney walked over to our Jeep
16       Filming us asleep on Passenger side, he went
17       around Back by Jeep and filmed then
18       stopped again on Passengers side Taking
19       Pictures of my Jeep + us & me. His old
20       Chival. O he then Went on Front an
21       took pictures & video of us in
22       Jeep throught Windshield then Walked
23 Back to aprox 40 feet to Join MR Hales + Martha
24     Florida Supreme Court Approved Family Law Form 12.980(w), Petition by Affidavit for Order to Show     Risk
       Cause for a Violation of Final Judgment of Injunction for Protection Against Domestic, Repeat, Dating, or
       Sexual Violence, or Stalking (11/15)

25 then Walked away laughing at me.                                      K5



Forensic
Document
Investigations

IN THE CIRCUIT/COUNTY COURT, EIGHTH JUDICIAL
CIRCUIT IN AND FOR LEVY COUNTY FLORIDA

1   Lynette Preston              38- 2023 DR 416

    vs

2   Jeremy Hales

                    NOTICE OF FILING                 FILED LEVY CLERK OF COURT
                                                     '23 DEC 27 PM 12:17
3           Contempt of Court

4   Jeremy Hales was dishonest about changing

5   Court date in my case. He claimed he had

6   to be in Court to file papers when in fact no

7   papers were filed until Dec. 8th in Ohio. Mr.

8   Hales had to be at a Storage Wars Auction Dec 2nd
    DATED THIS    day of    2023.    see attached.

9                              Lynette Presta

              **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by
            service to:
_____

On this    day of    2023.

_____

10  CC:
11  atty

                                        K6



Forensic
Document
Investigations

IN THE CIRCUIT/COUNTY COURT, EIGHTH JUDICIAL
CIRCUIT IN AND FOR LEVY COUNTY FLORIDA

**1**    Lynette Preston                    38- 2023-DR-000416

vs

**2**    Jeremy Hales                       FILED LEVY CLERK OF COURT
                                           '23 DEC 27 PM12:24

NOTICE OF FILING

**3**                    Proof of Leaving Levy Co
**4**    Dec 19th - 24th

_____

_____

_____

_____

DATED THIS    day of    2023.

**5**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by
service to:

On this    day of    2023.

**6**

**7**

**8**                                                    K7



Forensic
Document
Investigations

FILED LEVY CLERK OF COURT
'23 DEC 29 PM 12:15

## COVER SHEET FOR FAMILY COURT CASES

I.   Case Style

1

2

IN THE CIRCUIT COURT OF THE _8ᵗʰ_ JUDICIAL CIRCUIT,
IN AND FOR _Levy_ COUNTY, FLORIDA

3

Case No.: _38- 2023- DR-000416_
Judge: _1_____

4 _Lynette Preston_
      Petitioner

            and

5 _Jeremy Hales_
      Respondent

II.  Type of Action/Proceeding. Place a check beside the proceeding you are initiating. if you are simultaneously filing more than one type of proceeding against the same opposing party, such as a modification and an enforcement proceeding, complete a separate cover sheet for each action being filed. **If you are reopening a case, choose one of the three options below it.**

(A) __☐__ Initial Action/Petition
(B) __☐__ Reopening Case
       1.  ☐ Modification/Supplemental Petition
       2.  ☐ Motion for Civil Contempt/Enforcement
       3.  ☐ Other

III. Type of Case. If the case fits more than one type of case, select the most definitive.

(A) __☐__ Simplified Dissolution of Marriage
(B) __☐__ Dissolution of Marriage
(C) __☐__ Domestic Violence
(D) __☐__ Dating Violence
(E) __☐__ Repeat Violence
(F) __☐__ Sexual Violence
(G) __☐__ Stalking
(H) __☐__ Support IV-D (Department of Revenue, Child Support Enforcement)
(I) __☐__ Support Non-IV-D (**not** Department of Revenue, Child Support Enforcement)
(J) __☐__ UIFSA IV-D (Department of Revenue, Child Support Enforcement)
(K) __☐__ UIFSA Non-IV-D (**not** Department of Revenue, Child Support Enforcement)
(L) __☐__ Other Family Court
(M) __☐__ Adoption Arising Out Of Chapter 63
(N) __☐__ Name Change

Florida Family Law Rules of Procedure Form 12.928, Cover Sheet for Family Court Cases (11/13)

K8



Forensic
Document
Investigations

FILED LEVY CLERK OF COURT
'23 DEC 29 PM 12:15

1  IN THE CIRCUIT COURT OF THE _8th_____ JUDICIAL CIRCUIT,
2      IN AND FOR _Levy_____ COUNTY, FLORIDA
3                          Case No.: _38-2023-DR-D00416_
                           Division: _____

4  _Lynette Preston_____,
                    Petitioner,
        and

5  _Jeremy Hales_____,
                    Respondent.

## NOTICE OF RELATED CASES

1.  Petitioner submits this Notice of Related Cases as required by Florida Rule of Judicial Administration
    2.545(d). A related case may be an open or closed civil, criminal, guardianship, domestic violence,
    juvenile delinquency, juvenile dependency, or domestic relations case. A case is "related" to this
    family law case if it involves any of the same parties, children, or issues and it is pending at the time
    the party files a family case; if it affects the court's jurisdiction to proceed; if an order in the related
    case may conflict with an order on the same issues in the new case; or if an order in the new case
    may conflict with an order in the earlier litigation.

    [check one only]
    ___ There are no related cases.
    _X_ The following are the related cases (add additional pages if necessary):

    **Related Case No. 1**
    Case Name(s): _____
6   Petitioner _Jeremy Hales_____
7   Respondent _Lynette Preston_____
8   Case No.: _CV-2023-09-359A_____ Division: _____

    Type of Proceeding: [check all that apply]
    ____ Dissolution of Marriage         ____ Paternity
    ____ Custody                         ____ Adoption
    ____ Child Support                   ____ Modification/Enforcement/Contempt Proceedings
    ____ Juvenile Dependency             ____ Juvenile Delinquency
    ____ Termination of Parental Rights  ____ Criminal
    _X_ Domestic/Sexual/Dating/Repeat    ____ Mental Health
        Violence or Stalking Injunctions ____ Other (specify)_____

Florida Family Law Rules of Procedure Form 12.900(h), Notice of Related Cases (11/13)

K9



Forensic
Document
Investigations

1 IN THE CIRCUIT COURT OF THE _____ 8 _____ JUDICIAL CIRCUIT,
2 IN AND FOR ___Levy___ COUNTY, FLORIDA
3

Case No: 38 2023 DR 416
Division: _____

FILED LEVY CLERK OF COURT
'23 DEC 4 PH1:04

4 Lynette Preston
    Petitioner,

and

5 Jeremy Hales
    Respondent,

**SUPPLEMENTAL AFFIDAVIT IN SUPPORT OF PETITION FOR
INJUNCTION FOR PROTECTION AGAINST**
☐ **DOMESTIC VIOLENCE** ☐ **REPEAT VIOLENCE**
☐ **DATING VIOLENCE** ☐ **SEXUAL VIOLENCE** ☒ **STALKING**

6 I, {full legal name} Lynette Preston _____, being sworn,
certify that the following statements are true:
{Please complete all paragraphs that relate to your case}

7 1. On {date} 12/03 or 12/04, at {place and address} Otter Creek Po.
8 #1. Wed Morning before Court Jeremy Drove
    Respondent said or did the following things that hurt me or a member of my immediate family
    and made me afraid for my or my family member's safety:
9 past us while we were Parked infront of Court
10 house he went and made U Turn and came
11 back by us and had camera in Q window
12 Yelling "10F+ 10F+ Your Breaking Th Order
13 Karen Look they are breaking Ordero He did
14 that 2 weeks Prior at Out Home while we
15 measured fence." Then I Drive they I went
16 To Post office in otter creek and Didit Do stare
17 ones of thier Vehicals I thought they were
18 Both in Th as they Said go Nudge they
19 wouldnt be but Th guess M. Riot was in
20 there, they made a Video while I can
21 ☐ Please indicate here if you are attaching additional pages to continue these facts.
22 Plays.

23 They Claim were posting on line
24 Lots of things. I've Showed my phone
25 To Law Enforcement. I Not posted
26 at all.

Florida Supreme Court Approved Family Law Form 12.980(g), Supplemental Affidavit in Support of Petition for
Injunction for Protection Against Domestic, Repeat, Dating, or Sexual Violence, or Stalking (11/15)

K10



Forensic
Document
Investigations

*{For cyberstalking, please include a description of all evidence of contacts and/or threats made
by Respondent in voice messages, texts, emails, or other electronic communication}*

1  MR. HATES IS USING THE OHIO COURTS
2  and Judge as a tool to hurt, harass
3  and further Destroy me + my family.
4  His Goal is to Bankrupt us.

_____ Please indicate here if you are attaching additional pages to continue these facts.

4.  Respondent has willfully violated the Injunction by: *{explain what Respondent did that violated
the Order of Protection}*

5  ~~State attacked~~

6  MR Hates IS Using The Judicial
7  System and Ohio Courts to try
8  and end this case and
9  Destroy our lives.
10 Hes stated many times it isnt
11 about Winning it to about
12 Bankrupting the Person Hes suing.

_____ Please indicate here if you are attaching additional pages to continue these facts.

5.  _____ Please indicate here if you are attaching copies of medical records for treatment you may
have received for injuries referred to in your affidavit, or copies of any police or sheriff reports
concerning incidents of violence involving you and Respondent.

6.  Respondent acted to impair, interfere with, delay, hinder, lessen the authority of, dignity of, and
embarrass the cause of justice in a manner contemptuous of this court.

Florida Supreme Court Approved Family Law Form 12.980(w), Petition by Affidavit for Order to Show
Cause for a Violation of Final Judgment of Injunction for Protection Against Domestic, Repeat, Dating, or
Sexual Violence, or Stalking (11/15)

K11



Forensic
Document
Investigations

## LEVY COUNTY SHERIFF'S OFFICE INFORMATION SHEET

The following information is REQUIRED to help the Sheriff's Office in serving the Respondent as soon as possible. It also alerts the deputy to any potential danger that might be encountered while attempting to serve the paperwork.

****IS YOUR ADDRESS CONFIDENTIAL? _____ YES   OR   X NO****

THIS INFORMATION WILL NOT BE PROVIDED TO THE RESPONDENT

IS AN INTERPRETER NEEDED? (circle one)          YES      (NO)

1 RESPONDENT NAME: Jeremy B Hales

2 ADDRESS: 810 N. Otter Creek ave. Otter Creek FL. 32683
3 2486 W. Streetsboro Rd. Peninsula, OH. 44264
4 PHONE: 330-641-6301          SS#:

5 DATE OF BIRTH: _____ SEX: M    RACE: C

6 HAIR COLOR: Br    EYES: Br    HGT: 6³?    WEIGHT: 265?

7 EMPLOYER: Self          EMPLOYER PHONE:

EMPLOYER ADDRESS: _____ HOURS:

8 VEHICLE MAKE/MODEL: Dodge Ram    YEAR: _____ COLOR: Blue

9 DOES RESPONDENT OWN OR CARRY ANY WEAPONS: Yes    KIND: ? fire arm

10 IF RESPONDENT IS NOT AT HOME OR WORK, WHAT ARE OTHER PLACES THEY CAN BE LOCATED? Respondent
11 possibly will be at the former Arc Schoolhouse on Hwy 24

12 IS RESPONDENT IN JAIL? YES / NO    IF YES, WHICH JAIL? _____ Otter Creek on 10/21

INFORMATION FOR THE SHERIFF'S OFFICE TO CONTACT YOU IF NECESSARY

13 NAME: Lynette Preston          PHONE: 941-249-2195

14 ADDRESS: 151 N. Otter Creek ave Otter Creek FL 32683

15 SEX: F    RACE: C    DATE OF BIRTH ▬▬▬    SS#: ▬▬▬

SOMEONE ELSE TO CONTACT: _____

PHONE: _____ RELATIONSHIP TO YOU: _____

K12



## Assumptions

An assumption made was that this was the best evidence to examine at this time and that the documents presented as known handwriting of Lynette Preston are the true handwriting of Lynette Preston.

## Limitations

The opinions expressed in the report are based on the documents* submitted for the examination.

## Results of Examinations

The comprehensive examination revealed similar and dissimilar handwriting characteristics between the known writing of Lynette Preston and the handwriting on the questioned documents.

The **SIGNIFICANT SIMILAR HANDWRITING CHARACTERISTICS** between the questioned writing, **Q1a-Q3b**, and the known writing of Lynette Preston:

**1. CROSS STROKES/CAPITALIZATION-T**he 'J' has a cross bar stoke at the top of the stem in the Q1a-Q3b and the K7 and K8 documents.

**2. SLANT-** There is a similar vertical slant of the 'L' in 'Levy' is $90^0$-$95^0$ degrees and in the Q1ab, Q2ab documents and in the K3, K5, K7-K9, documents it is $90^0$-$101^0$.

**3. SIZE AND PROPORTIONS**- In the Q1ab-Q3b and the K7-K12 documents the top stroke of the 'r' is higher than second 'e'.

**4. UTILIZATION OF SPACE-**There is similar increase of spacing between the first and last name of "Jeremy Hales" in the Q1a, Q2sb, Q3ab and K3-K12 documents.

There is also a similar increase of spacing between the 'a' and 'l' in last name of 'Hales' in the Q1ab-Q3 and the K3-K12 documents.

**5. INITIAL STROKES-** The initial of the 'H' goes straight down in the Q and K documents.

**6. TERMINAL STROKES-** The terminal stroke of the 'y' is similar in the Q1b, Q2b-Q3b and the K9, is straight down without any curves. After the first short stroke is made, the pen is lifted to make the descending stroke of the 'y'. This also occurs in the work 'Levy' in the Q1ab & Q2ab documents and in the K3, K8, K9 documents.

**7. WRITING SPEED-** The writing speed is similar between the Q and K documents.

8. **LEGIBILITY-** There are not any legibility issues between the Q and K documents, it is similar.

**9. SKILL LEVEL** - There is a similar skill level between the Q and K documents.

**10. LETTER FORMS-** The letter forms of the 'L, e, v, y, C, o, H,a,l,e,s, J,r have a similar method of construction.



The 'o' is closed at the top in the word 'Co' in the Q1a, Q1b, Q2a, Q2b and K5 and K7 documents.

The letter 'e' sits slightly on its side in the Q1a, Q1b, Q2a, Q2b and K8 documents.

The letter 'C' has a short initial downstroke before it curves to the right in the Q1a, Q1b, Q2a, Q2b and K5, K7 document.

**11. SPACING-** The spacing between the letters, names and words is similar in the Q and K documents.

**12. POSITIONING-** In the Q1a, Q1b, Q2b, Q3a, Q3b last name of 'Hales' the terminal stroke of the 'e' is higher than the terminal stroke of the 's', this positioning also occurs in last name of 'Hales' on the K6, K7, K, K8, K9 and K12 documents.

**13. PATTERN FORMATION-** The last name of 'Hales' was written with similar pattern of a capital 'H' and lower-case 'ales' in traditional printed style in the Q and K documents.

Demonstrative Exhibits are attached to this report that provide supporting evidence of my opinions for this case.

## Range of Variation

There is always natural variation present in normal writing. A writer cannot intentionally change habitual subconscious patterns. Unique prevailing characteristics exist in every person's handwriting that distinguishes it from someone else's. The relative heights of the letters, the height to width ratio letters, the relative length of the lower extenders, letter design (capital and small), spacing between the letters, and names, initial and terminal strokes, line quality, slant, crossbars, skill level, legibility was consistent between the anonymous and known writing.


The spacing between letters has value when there are patterns that can be identified. The subconscious nature of writing becomes evident when one considers that writers are unaware of the relationship they unwittingly create between lengths, heights, widths, spacing and other features of writing.[3]

## Conclusion

Based upon the documents examined, my professional opinion is that the writer of the handwriting on the '**K1-K12**' documents *wrote* the questioned handwriting on the **Q1a-Q3b** documents.

## Final Remarks

Please notify my office as soon as you have obtained a court date so it can be placed on the schedule, and I shall be prepared to go into **greater detail.**


## Declaration

I, Dianne Peterson, do solemnly declare under the penalty of perjury that the opinion given in this report is true and correct. **



Forensic
Document
Investigations

Respectfully Submitted,

*Dianne Peterson, CFDE*

**Dianne Peterson,** CFDE®
*Certified Forensic Document Examiner*
*370 South Lowe Ave.*
*Suite A #225*
*Cookeville, TN 38501*
*1.888.763-8881*
*diannefdi@gmail.com,*
*www.ForensicDocumentInvestigations.com*

[1] **(2022) American Academy of Forensic Sciences,** *Standard for Examination of Handwritten Items | American Academy of Forensic Sciences (aafs.org)*
[2] **(2019)** SAFE-Reporting-Opinions-Standard-for-Handwriting-Examination-Final-2019-08-30.pdf (safeforensics.org)
[3] **(1992) Robertson, Edna. W. Fundamental of Document Examination, Nelson-Hall Publishers p145**
**\*** *Photocopies and scans are subject to distortion, appearing smaller, lighter, or darker or skewed on the page well as possibly obtaining artifacts that might have been on the printer glass such as "white out trash" from a previous photocopy.*
**\*\****I reserve the right to re-evaluate my opinion if presented with new or previously unavailable evidence.*

Attachments: CV, Demonstrative Exhibits and Glossary of Handwriting Characteristics



## Levels of Opinion for the Forensic Document Examiner

**Based on the Guide of the Scientific Association of Forensic Examiners for Expressing Handwriting Examination Conclusions \***
Since the observations made by the examiner relate to the product of the human behavior there are a large number of variables that could contribute to limiting the examiner's ability to express an opinion confidently. These factors include the amount, degree of variability, complexity and contemporaneity of the questioned and/or specimen writings. To allow for these limitations a scale is used which has four levels on either side of an inconclusive result. These levels are:

**Identification (the strongest opinion of identity)**-in this case, based on the evidence at hand, identification is made within a reasonable degree of professional certainty. Other than natural variation, which is expected, no unexplainable differences are observed. The known writing compares favorably to the questioned writing. The writing contains substantial similarities, no significant dissimilarities, and there are no limitations associated with the quantity or quality of writing or documentation.

**Strong probability did write**-there are substantial significant similarities in the range of writing and no significant dissimilarities. However, there may be limitations imposed, such as insufficient comparison characters, and /or insufficient quantity of exemplars.

**Probably did write**- there are significant similarities in the range of writing and no significant dissimilarities. There are limitations associated with the examination that preclude a stronger opinion. These limitations may include a lack of appropriate comparison materials.

**Probably did not write**- there are significant dissimilarities in the range of writing and no significant similarities. However, there may limitations imposed, such as insufficient comparison characters and or/insufficient quantity of writing exemplars.

**Strong probability did not write**- there are substantial significant dissimilarities in the range of writing and no significant similarities. However, there may be limitations imposed, such as insufficient comparison characters and/or insufficient quantity of writing exemplars.

**Elimination**-(the strongest opinion of rejection) based on the evidence at hand, the examiner is absolutely certain that the writer of the known writing is not the writer of the questioned writing. The writing contains substantial dissimilarities, no significant similarities, and there are no limitations associated with the quantity or quality of writing.

**Inconclusive**-the range of writing may contain similarities and/or dissimilarities, but they are insufficient to make a determination of authenticity. Additionally, limitations may be placed on the examination due to quality and/or quantity of comparison materials or other constraints.



**Demonstrative Exhibits for
The Anonymous "Hales"
Handwriting Case**
Prepared by Dianne Peterson, CFDE®
370 South Lowe Ave. Suite, A #225,
Cookeville, TN 38501
www.ForensicDocumentInvestigations.com
diannefdi@gmail.com



Illustration 1. Collective Exhibit of the Anonymous/Questioned (Q1a-Q3b) and Known Handwriting Exemplars of Lynette Preston (K1-K12) "Hales".



**Demonstrative Exhibits for
The Anonymous "Hales"
Handwriting Case**
Prepared by Dianne Peterson, CFDE®
370 South Lowe Ave. Suite, A #225,
Cookeville, TN 38501
www.ForensicDocumentInvestigations.com
diannefdi@gmail.com



Illustration 2. Significantly Similar Printed Letterforms and Writing Pattern
1. The **gray rectangles** illustrate the similar capital "H" letter form.
2. The **yellow ovals** illustrate the similar lower-case "a" letter form.
3. The **blue rectangles** illustrate the similar lower-case "l" letter form.
4. The **green circles** illustrate the similar lower case "e" letter form.
5. The **orange ovals** illustrate the similar lower-case "s" letter form.



**Demonstrative Exhibits for
The Anonymous "Hales"
Handwriting Case**
Prepared by Dianne Peterson, CFDE®
370 South Lowe Ave. Suite, A #225,
Cookeville, TN 38501
www.ForensicDocumentInvestigations.com
diannefdi@gmail.com



Illustration 3.  Significantly Similar Letter Proportions and Writing Pattern

1. The **green rectangles** illustrate similar letter proportions the letter 'a' is written straight across or a slightly above the crossbar of the 'H.'

2. The **red lines** illustrate a similar writing pattern, the name of 'Hales' terminal stroke of the 'e' is written above the terminal stroke of the 's' in the Q1a, Q1b, Q2b, Q3a, Q3b, K7, K8, K9, K10 and K12.



Demonstrative Exhibits for
The Anonymous "Hales"
Handwriting Case
Prepared by Dianne Peterson, CFDE®
370 South Lowe Ave. Suite, A #225,
Cookeville, TN 38501
www.ForensicDocumentInvestigations.com
diannefdi@gmail.com



Illustration 4. Significantly Similar Letter Spacing
1. The yellow rectangles and yellow arrows illustrate there is significantly more spacing between the letters 'al' of 'Hales' in
the Q1a-Q3b and the K3-K12 exemplars.



**Demonstrative Exhibits for The Anonymous "Hales" Handwriting Case**
Prepared by Dianne Peterson, CFDE®
370 South Lowe Ave. Suite, A #225,
Cookeville, TN 38501
www.ForensicDocumentInvestigations.com
diannefdi@gmail.com



Illustration 5. Significantly Utilization of Space

1. The **red brackets** illustrate the similar utilization of spacing between the first and last name of "Jeremy Hales" in the Q1a-K10 exemplars.



**Demonstrative Exhibits for The Anonymous "Hales" Handwriting Case**
Prepared by Dianne Peterson, CFDE®
370 South Lowe Ave. Suite, A #225,
Cookeville, TN 38501
www.ForensicDocumentInvestigations.com
diannefdi@gmail.com



Illustration 6. Significantly Similar Method of Construction and Writing Pattern

1. The yellow ovals illustrate that the top bar if the 'J' is made in the Q1a-Q3b and K7 & K8 exemplars.

2. The blue arrows illustrate the top cap (green stroke) of 'r' is higher than the second 'e' (red stroke) in the Q1a-Q3b and K7-K12 exemplars.



**Demonstrative Exhibits for The Anonymous "Hales" Handwriting Case**

Prepared by Dianne Peterson, CFDE®
370 South Lowe Ave. Suite, A #225,
Cookeville, TN 38501
www.ForensicDocumentInvestigations.com
diannefdi@gmail.com



## Illustration 7. Significantly Similar Slant and Letter Forms

1. The **dotted red lines** illustrate that the similar 90⁰-101⁰ vertical slant of the 'L' in 'Levy' in the Q1a-Q2b and K3, K5, K7, K8 and K9 exemplars.

2. The **yellow ovals** illustrate the similar 'e' letter form in the Q1a-Q2b and K3, K5, K7, K8 and K9 exemplars.

3. The **green lines** and **green arrows** illustrate the two stroke 'v' angular shaped pattern of the 'v' and 'y' of 'Levy' in the Q1a-Q2b and K3, K5, K7, K8 andK9 exemplars.

4. The **blue rectangles** illustrate the similar letter form of the 'C' in 'Co', additional stroke is at the top of the 'C' in the Q1a-Q2b and K5 and K7 exemplars.

5. The **blue arrows** illustrate the method of construction the 'o' it is closed off at the top, in the Q1a-Q2b and K5 and K7 exemplars.

## GLOSSARY OF HANDWRITING CHARACTERISTICS

**ALIGNMENT-** arrangement of writing on page.

**ABSENT CHARACTER-** a character or character combination which is present in one body of writing but not present in another body of writing.

**CONNECTORS-** a line that joins letters and sometimes words**.**

**CHARACTER-** any language symbol (letter, numeral, punctuation mark or other sign)

**CHARACTERISTIC-** a feature, quality, attribute, or property of writing.

**DIACRITICS-** accent marks used over letters such as an i-do**t.**

**DISTORTED WRITING-** writing that does not appear to be but may be natural**.**

**EMBELLISHMENT-** a decorative detail or feature added to make the writing more attractive.

**GARLAND-** a sagging dish like connection that joins one letter to another.

**INITIAL STROKE-** beginning stroke or the approach stroke the first stroke that commences a line letter.

**LEGIBILITY-** letters and words distinguishable or not.

**LETTER DESGIN/LETTERFORMS-** the master image of reproductions of letters that a person holds in their head.

**LINE QUALITY-**the character and details of the lines of the writing and is a product of movement, speed, and pressure.

**MASTER PATTERN-** range of writing habits of an individual writer.

**MEDIAL LETTERS-** letters located in the center of a word.

**METHOD OF CONSTRUCTION-** the number of strokes and complexities that form a letter.

**PATCHING-** retouching strokes of writing

**PATTERNS-** the habitual movement of the writing.

**PEN LIFTS-** places where the pen is lifted from the paper.

**PRESSURE-**the quality of the written line caused by the downward force of the pen on the paper**.**

**PROPORTION-** relative size, height, and width of one part of handwriting to another.

**RHYTHM-**harmonious, orderly, and recurrent movements of the writing.

**SKILL LEVEL-** factor of movement, is the high-level of ability, proficiency, and ease of performance that has been gained through repeated practice.

> **High-skill level**- smooth and fast writing

> **Lower-Skill level**- slow writing, clumsy letterforms, irregularity of heights, spacing and sizing of letters, Pen stops and angularity. (Deliberate manner and a conscious attention to the act of writing.

**SLANT/SLOPE-**tilt of the writing to the left or right from the 90° or vertical position.

**SPACING-** the measurement between words, letters, or letter combinations.

**TERMINAL STROKE-**final or ending strokes on a word or letter.

**TREMOR-** loss of muscular control of the writing instrument that results in deviations or discontinuities are frequently found in the quality of the writing strokes.

**UTILIZATION OF SPACE AND SPATIAL ALIGNMENT-**Margin patterns, placement of signatures of the signature line, baseline alignment, arrangement of the writing.

**WRITING SIZE-**reflects the unconscious range of movement of the hand and fingers for each writer. The height of the letters, and especially the small letters, is the usual stand for estimating size of the letters.

**WRITING SPEED-**rapidity of movement in all physical activity.

**VARIATION-**the natural change that occurs in handwriting from the inherent inability of the human hand to write with mechanical precision.



# CURRICULUM VITAE

Forensic examination provided for disputed documents and/or signatures. Including but not limited to wills, checks, contracts, deeds, account ledgers, medical records, and autograph authentication. Investigation and analysis including questioned signatures, suspect documents, forgeries, identity theft, anonymous letters, alterations, obliterations, erasures, typewritten documents, altered medical records, graffiti, handwritten numbers, and computerized and handwritten documents.

## DIANNE PETERSON, CFDE®

*Court-Qualified*

**C**ERTIFIED
**F**ORENSIC
**D**OCUMENT
**E**XAMINER

HANDWRITING EXPERT

370 South Lowe Ave.
Suite A, #225
Cookeville, TN  38501

888.763.8881

ForensicDocumentInvestigations
.com

DianneFDI@gmail.com

CV- updated 06/29/023

## COURT QUALIFIED EXPERT WITNESS TESTIMONY AS A FORENSIC DOCUMENT EXAMINER /HANDWRITING EXPERT

❖ Qualified Expert Testimony in the following Court Rooms:

Chancery, Criminal, General Sessions, Family Court, Municipal,

Probate & Superior

❖ States: Alabama, Georgia, Florida, Kentucky, Tennessee, and Bahamas

## EDUCATION

❖ Bachelor of Science, East Tennessee State University (ETSU), 2013

❖ Forensic Document Examination Course by Kathie Koppenhaver, 2012

❖ International School of Forensic Document Examination (ISFDE), 2007-2009

## PROFESSIONAL AFFILIATIONS/CERTIFICATION/PUBLISHED ARTICLE

❖ Member of Scientific Association of Forensic Examiners (SAFE)

❖ Treasurer of SAFE 2014-Currently

❖ Certification as a Forensic Document Examiner by SAFE, 2017

❖ Journal of Forensic Research Article

  How to Submit Evidence for A Questioned Signature Case, 2018

## CONTINUING EDUCATION/ PROFICIENCY TESTING

❖ Forensic Document Examination Seminar, Edgewood, MD, 2011

❖ Forensic Document Examination Seminar & Workshop, Palm Beach, FL 2014

❖ National Association of Document Examiners (NADE) Seminar,

  Nashville, TN, 2015

❖ Completed Handwriting Document Examination Proficiency Testing Successfully

  by Collaborative Testing Services (CTS) 2015, 2020, 2023

❖ American Academy of Forensic Science (AAFS) Online Conference 2021

❖ Scientific Association of Forensic Examiners (SAFE) International
  Online Conferences: 2015, 2016, 2017, 2018, 2019, 2020, 2021 & 2022

## PARTIAL LIST OF CLIENTS:

| | | | |
|---|---|---|---|
| *Private Citizens* | *Human Resource Departments* | *Physicians* | *Public Defenders* |
| *Immigration Agencies* | *Private Investigators* | *Attorneys* | *Insurance Companies* |
| *Detective Agencies* | *Various Businesses* | *Law Firms* | *Police Departments* |

# Forensic Document Investigations

**FDI**
QUALITY WITH INTEGRITY

## APPEARANCES (Court, Depositions, Arbitrations, Committees)

## OF DIANNE PETERSON, CFDE®

| | Date/ Type of Appearance | Name of Court/Style of Case/Case No. | Location | Judge/ Attorney/Presiding Officer/ Pro Se |
|---|---|---|---|---|
| 1. | 11/17/2010 Court Appearance | *Union City Municipal Court Fulton County* | *Union City, GA* | *Judge A. Allison* *Attorney Clay Collins\** *Attorney Nichole Reynolds* |
| 2. | 12/07/2010 Court Appearance | *General Sessions Court of Rutherford County* | *Murfreesboro, TN* | *Judge- Larry D. Brandon* *Attorney Alisha R. Guertin* *Pro Se- Patrick Phiri\** |
| 3. | 6/01/2011 Court Appearance | *Superior Court of Georgia Fulton County* | *Atlanta, GA* | *Presiding Officer Elimbick* |
| 4. | 8/11/2011 Court Appearance | *Chancery Court of Bradley County Smith vs. Smith No. CV09278 Appeal* | *Cleveland, TN* | *Judge Jerri Bryant* *Attorney Frank Watkins\** *Attorney Bradley Noble Wilson* |
| 5. | 10/2/2014 Court Appearance | *Criminal Court of Sumner County State v. Edward Lamont Hayes No. CR464-2013* | *Gallatin, TN* | *Judge Dee David Gay* *Public Defender Matt Grosland\** *Attorney Thomas Dean* |
| 6. | 11/5/2014 Court Appearance | *Chancery Court of Davidson County Ezebuiro vs. Nancy Cockrill and Maxine Bradley No. 12-13191-I* | *Nashville, TN* | *Judge Ellen Hobbs Lyle* *Attorney Walter Stover\** *Attorney Joe Weyant* |
| 7. | 5/22/2015 Court Appearance | *Probate Court of Habersham County Estate of Helen Poston Scott Estate No. 5875-150* | *Clarkesville, GA* | *Judge M. Steven Campbell* *Pro Se-Deborah Flugstadt\** *Attorney Keith York* |
| 8. | 7/9/2015 Court Appearance | *Circuit Court of Blount County Waldrep vs. Waldrep No. DV2013-022* | *Oneonta, AL* | *Judge Steven King* *Attorney Brandon Neal\** *Attorney Gregory Reid* |
| 9. | 10/7/2015 Court Appearance | *Superior Court of Fayetteville County Lopez vs. Garner No.2013B0087* | *Fayetteville, GA* | *Judge Robert M. Crawford* *Attorney Tom Tierney\** *Attorney Sam Beck* |

370 South Lowe Ave. Suite A #225, Cookeville, TN 38501
1.888.763.8881,
diannefdi@gmail.com
www.forensicdocumentinvestigations.com



*Forensic*
*Document*
*Investigations*

| 10. | 10/30/2015 Court Appearance | **Superior Court of Catoosa County** **Alma Ferguson VS. James Rhodes** **No. 2013-SU-CV-484** | *Ringgold, GA* | *Judge Brian House* **Attorney: Kevin Silvey\*** **Pro Se: Alma Jean Ferguson** |
| --- | --- | --- | --- | --- |
| 11. | 9/12/2016 Court Appearance | **Superior Court of DeKalb County** **Wilson vs. Wilson** **No.15CV7393-2** | *Decatur, GA* | *Senior Judge Matthew Robins* **Attorney Jephonne Roy\*** **Attorney Richard A Campbell** |
| 12. | 12/2/2016 Court Appearance | **Circuit Court of Shelby County** **Division** **Yarbrough vs. Yarbrough** **No. 107677-6RD Division VI** | *Memphis, TN* | *Judge Jerry Stokes* **Attorney Ralph Gibson & Neal Perryman\*** **Attorney Jean Markowitz** |
| 13. | 4/13/2017 Court Appearance | **Circuit Court of Etowah County** **Debbie Elrod, Beverly Burns, Michael Ashley vs. James Ashley & Joe Keith Ashley** **No.CV2015-900664-WHR** | *Gadsden, AL* | *Judge William Rhea* **Attorney Rodney Ward\*** **Attorney Luther Able** |
| 14. | 4/26/2017 Court Appearance | **Probate Court of Clayton County** **The Estate of Brandon Sims-Decedent** **Dr. Tracy Sims-Petitioner** **Estate Case No.2016-850** | *Jonesborough, GA* | *Judge Pam Ferguson* **Attorney LaShay Callaway\*** |
| | 5/5/2017 <mark>Deposition</mark> | **MONICA JOHNSON v. TIFFANY PETE, TYESHA PEETE,** **BANK OF AMERICA HOME LOANS,** **BAC HOME LOANS SERVICING, LP, AND** **DEUTSCHE BANK NATIONAL TRUST COMPANY,** **AS TRUSTEE FOR THE IMPAC SECURED** **ASSETS CORP., MORTGAGE PASS-THROUGH CERTIFICATES** **SERIES 2006-4.** **Circuit Court of Shelby County** **Case No.  CH-16-1000** | *Nashville, TN* | **Attorney Curtis Johnson\*** **Attorney Heath Wright & Brian Epling** |

370 South Lowe Ave. Suite A #225, Cookeville, TN 38501
1.888.763.8881,
diannefdi@gmail.com
www.forensicdocumentinvestigations.com

2



**Forensic Document Investigations**

|  | 9/15/2017 Deposition | Elliot McKinney, Vachenzia McGraw McKinney v. Shellpoint Mortgage Servicing et al. Case. No. 15-cv-1377 Chancery Court of Desoto County | Cookeville, TN | Attorney Curtis Johnson* Attorney Matthew Mitchell |
|---|---|---|---|---|
| 15. | 5/23/2018 Court Appearance | Case No.2017-72 Estate of Burton McDonald Probate Court of Ben Hill County | Fitzgerald, GA | Judge David Hobby Attorney Amy Pierson* Attorney Kyle Cook |
| 16. | 7/26/2018 JAMS Arbitration | Ekongkaar, Inc. v. Shri Brahama, LLC, dba Good Food Mart and Nayaben Patel Case Reference No. 144005713 | Atlanta, GA | Arbitrator Richard Sinkfield Attorney Peter Steckel* Attorney Rory Starkey |
|  | 7/27/2018 Deposition | Estate of Iva Butler Blount County Circuit Court No. L19143 | Cookeville, TN | Attorney John Cleveland* Attorney Cathy Morton |
| 17. | 4/29/2019 Court Appearance | Phillip J. Greenwell, III v. Francie Leigh Greenwell Commonwealth of Kentucky McCracken Family Court Case No. 18-CI-00676 | Paducah, KY | Judge Deanna Henschel Attorney Jeff Alford* Attorney Tracy Poindexter |
|  | 07/15/2020 Deposition via ZOOM | John T. Maxwell v. Nella H. Maxwell Superior Court of Chatham County Case No. SPDR18-00134-J3 | Savannah, GA | Attorney: Patricia Stone* Attorney: H. Paul Johnson & Elizabeth Berenguer |
|  | 9/17/2020 Deposition | The Estate of John Walker Willard No. 2018-PR-141 | Nashville, TN | Attorney: Adam Barber* Attorney: Ben Regen |
|  | 03/04/2021 Deposition via Zoom | John Mark Wilhite v. No. 57216, Div. B Patti Sue Drewett Wilhite File No. 90.00485 | Monroe, LA | Attorney: Scott Sartin* Attorney: Alan Breithaupt |
| 18. | 08/17/2021 Court Appearance via ZOOM | Justin Deadwyler v. Roleria M. West Deadwyler Civil Action File No. 2019-SU-CV-1400-HV | McDonough, GA | Judge Arch McGarity Attorney: Silvia Delamar* Attorney: Ashley McCartney |

370 South Lowe Ave. Suite A #225, Cookeville, TN 38501
1.888.763.8881,
diannefdi@gmail.com
www.forensicdocumentinvestigations.com

3



Forensic
Document
Investigations

| | | Superior Court of Henry County | | |
|---|---|---|---|---|
| 19. | 11/18/2021 Arbitration via ZOOM | Lucky Fortune, LLC. v. Austell Food Mart, Floyd Road Shoppette, LLC, Sebo, LLC., Quick Serve and Valliani, LLC., Petro Mart 5 Star Food Mart (58339) Arbitration Case No. 21-1030 | Finch Mediation on behalf of the Georgia Lottery Corporation | Judge Robert Alexander Attorney: Erik Kennedy* Attorney: San Wallack |
| 20. | 02/01/2022 & 2/4/2022 Court Appearance via ZOOM | Julia Cecile Elise Negrevergne vs. James Joseph Lin and John Joseph Lin, and Trois J. LLC and JPE Productions, LLC Circuit Court 11th Judicial Circuit CASE NO. 2020-007598-FC-33 | Miami-Dade County, Florida | Judge Christina Marie Di Raimondo Attorney: Neal Sandburg Attorney: Emily J. Phillips* |
| | 04/01/2022 Deposition | Mary E. Thoma vs. James W. Thoma, Jr., et al. Common Pleas Second Judicial Circuit Court Case No.2019-CP-02-02945 Aiken, South Carolina | Cookeville, TN | Attorney: Tom Rowland Attorney: Brad Brodie* |
| 21. | 08/22/2022 Court Appearance via Zoom Opinion Report entered without objection. | TRENT MCINTOSH AND ELOISE CARTWRIGHT (Executors of the Estate of Alphonso Haywood McIntosh) Plaintiffs AND LEAINER GARDINER MCINTOSH (Administrator of the Estate of Maxwell Leon McIntosh) COMMONWEALTH OF THE BAHAMAS 2018/CLE/gen/00469 IN THE SUPREME COURT Common Law &amp; Equity Division | BAHAMAS | Lordship Chief Justice: Ian Winder Attorney: Donovan Gibson Attorney: Cathleen Hassan* |

370 South Lowe Ave. Suite A #225, Cookeville, TN 38501
1.888.763.8881,
diannefdi@gmail.com
www.forensicdocumentinvestigations.com

4



Forensic
Document
Investigations

| 22. | 11/09/2022 & 11/17/2022 Court Appearance via ZOOM | *John Maxwell vs. Nella Maxwell* *Chatham County Superior Court* *Civil Action No. SPDR18-00134-J3* *Motion In Limine Hearing* | *Savannah, GA* | *Judge: Lisa Goldwire Colbert* *Attorneys: Elizabeth Berenguer, Paul Johnson Kraeuter* *Attorneys: Patricia Stone*, Megan Lane* |
|---|---|---|---|---|
| 23. | 02/14/2023 Court Appearance via ZOOM | *Tendolinda Milla vs. Irma I Brizuela* *Circuit Court* *Case No. 019-041240-CA-01* *Miami Dade County, Florida* | *Miami, Fl* | *Judge: Migna Sanchez-Llorens* *Attorney: David Hammer** *Attorney: Julisse Jimenez and Kevin Silverstein* |
| 24. | 04/04/2023- in person Court Appearance and on 4/11/2023 via ZOOM | *Timothy William Beauchamp and Timothy Corde Beauchamp, vs. James L. Beauchamp, as Personal Representative of the Estate of John Lewis Beauchamp, Jr. Adversary Proceeding* *Estate of John Lewis Beauchamp, Jr.* *Probate Division File No.2021-195-PR* *Circuit Court-Jackson County, Florida* | *Marianna, Fl* | *Judge: Wade Mercer* *Attorney: Keith McCarter** *Attorney: A. Clay Milton, Esq.* |
| 25. | 04/17/2023 Court Room Appearance via ZOOM | *ESTATE of RONALD M. Whitaker Petition for Letters of Administration* *Estate No. Whitaker v. Whitaker 2018-66* *Probate Court, Wilcox County, GA* | *Mount Vernon, GA* | *Judge: Shawn Rhodes* *Attorney: La Quaria Wilson-Barton* *Attorney: Edmund J. Novotny* |
| | 06/28/2023 Deposition via ZOOM | *Joseph Patrick Wilson vs. Raymond Lewis Sams* *Case No. 22-A-08062-10* | *Atlanta, GA* | *Attorney: Dan Davis* *Attorney: Shannan Collier Stavely* |
| 26. | 10/17/2023 Court Appearance via ZOOM | *Leianne Messina v. Scott Kyle* *Civil Action File No. 2023CV375933* *Fulton County Superior Court State of Georgia, Family Court Division* | *Atlanta, GA* | *Judge Shermela J. Williams* *Attorney: Kathy Adams-Carter* *Pro Se: Leianne Messina* |

370 South Lowe Ave. Suite A #225, Cookeville, TN 38501
1.888.763.8881,
diannefdi@gmail.com
www.forensicdocumentinvestigations.com



Forensic
Document
Investigations

| 27. | 01/18/2024 Court Room Appearance <mark>via ZOOM</mark> | *Napoleon Tascon vs. Hilaria Garcia and Andreina Ramos et al.* *Circuit Court of Broward County, FL* *CACE-21-000345* | *Miami, FL* | *Judge: Jeffrey Levenson* *Attorney: Elias Hilal\** *Attorney: Larry Karns* |
|---|---|---|---|---|
| | 01/19/2024 <mark>Deposition</mark> <mark>via ZOOM</mark> | *Line O. Sumpter v. James H. Sumpter* *Circuit Court of Walton County, FL* *Family Division* *Case No. 2019 DR 576* | *DeFuniak Springs, FL* | *Attorney: Tonya Holman\** *Attorney: Andrew Wheeler* |
| 28. | 04/30/2024 Court Room Appearance | *Estate of Charles E. Schmoyer* *Probate Division, Hillsborough County, FL* *Case No. 21-CP-4600* | *Tampa, FL* | *Judge: Catherine M. Caityln* *Attorney: Brian Buchert\** *Attorney: Leonardo Perez* |
| | 05/02/2024 Election Committee In-Person | *Davidson County, Nashville, TN* *Petitioner Signature Challenge between- Jennifer Frensley Webb and Representative Bo Mitchell* | *Nashville, TN* | *Attorney: Jamie Hollin\** *Davidson County Election Committee* |
| 29. | 05/13/2024 Court Room Appearance | *Edmund Ruiz v. Nicole Ruiz* *Gwinnett County Superior Court, Lawrenceville, GA* *Case No. 23-A-07466-6* | *Lawrenceville, GA* | *Judge: Jon W. Setzer* *Attorney: Anne Thompson de Magna* *Attorney: Samantha Ashley Miller* |
| | 07/01/2024 <mark>Deposition</mark> In-Person Attorneys via ZOOM | *Monica Garcia vs. Anthony Garcia, Alexis Garcia, and Michael Garcia* *Court: Circuit Miami Dade County, FL* *Case No. 2024-718-CP-02* | *Cookeville, TN* | *Attorney: Paul Cowan, Kelly Nettleton, Mark Tornincasa* *Attorney: Anthony Garcia* |
| 30. | 07/11/2024 Court Appearance <mark>via ZOOM</mark> | *Estate of Edmund A. Knowles Jehan Wallace vs. Marquette K. Knowles Brooks* *Commonwealth of The Bahamas* *Supreme Court* | *BAHAMAS* | *Madam Justice: C.V. Hope Strachan* *Attorney: Arlean P. Horton-Strachan* *Attorney: Joseph J. Moxey* |
| 31. | 07/18/2024 Court Room Appearance | *Gail Bench Ledizan vs. David M. Bench* *Circuit Court Washington County, TN* | *Jonesborough, TN* | *Judge: J. Eddie Lauderback* *Attorneys: Russell Adkins and Mark McFall* |

370 South Lowe Ave. Suite A #225, Cookeville, TN 38501
1.888.763.8881,
diannefdi@gmail.com
www.forensicdocumentinvestigations.com



| | | Case No. 90CC1-2021-CV-40911 | | *Attorneys: Ben Hodges and Ethel Rhodes* |
|---|---|---|---|---|
| 32. | 07/26/2024 De Bene Esse Deposition | *Estate of Gentry Ogle Probate Sevier County, TN Case No. 15-08-6052* | *Sevierville, TN* | *Chancellor Telford Forgety Attorney: Alex Johnson Attorney: Dan Scott* |
| 33. | 09/18-19/2024 Court Appearance | *Mountaineer Investments, LLC. vs. Susan Leigh Jones, M.D. LLC. and Susan Leigh Jones Superior Court of Putnam County, GA Case No. 2023-SU-CV-0135* | *Eatonton, GA* | *Judge: Stephen A. Bradley Attorney: Tyler Henderson Attorney: Marty Fierman and Ben Fierman* |
| | | | | |

*Indicates the counsel that retained my Forensic Document Services

Yellow Highlight- Appearance via ZOOM

Green Highlight- Deposition, De Bene Esse Deposition

Blue Highlight- Arbitrations

Courtrooms by State:

 **GA**- Superior, Probate, Municipal

 **FL**- Probate, Circuit

**AL**- Circuit

**KY**--Family

**TN**- Probate, General Session, Chancery,

Criminal, and Circuit.

**BAHAMAS**-Supreme

Last Updated 09/19/2024

370 South Lowe Ave. Suite A #225, Cookeville, TN 38501
1.888.763.8881,
diannefdi@gmail.com
www.forensicdocumentinvestigations.com