## UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

JEREMY B. HALES,                        )
         Plaintiff,                )     Case No. 1:24-cv-45AW-ZCB
                           )
vs.                                     )
                           )
LYNETTE MICHELLE LACEY                   )
ALEXIS PRESTON                          )
                           )
and                                     )
                           )
JOHN COOK,                              )
         Defendants.               )
_____/

## AFFIDAVIT OF STEPHEN GRANGER

Before me, the undersigned Notary Public, personally appeared Stephen Granger, who, being personally known to me or having provided proper identification and being duly sworn, stated as follows:

1.     My name is Stephen Granger. I am over the age of 21 years.

2.     I have personal knowledge of the following facts and, if called upon as a witness, could testify competently thereto.

3.     On a Sunday morning, May 14, 2023, around 7:15 AM, I was driving to work from my home in Otter Creek Florida to the US post office located in Chiefland, Florida.

4.    My wife and I were travelling north on SW 3rd Street at the intersection of State Road 24. That corner intersection is a campground property and there is a "Shady Oaks Campground" sign at that intersection. I saw two (and stopped my car to pick up) handwritten road signs at that intersection of State Road 24 (and SW 3rd Street) that were staked on the grass for all traffic to see. One sign said "JEREMY HALES OHIO RAPIST" and the other sign said "JEREMY HALES NEEDS TO GO! NO OHIO RAPISTS IN LEVY CO!"  My wife and I took pictures of us loading these two signs into the back of our jeep, these are attached hereto.

5.    We then proceeded on State Road 24 - across from the schoolhouse property owned by Jeremy Hales - when I saw (and also stopped my car to pick up) several other handwritten road signs on State Road 24 that were staked on the grass for all traffic to see.

6.    All of these handwritten signs had derogatory comments about Jeremy Hales.

7.    We then proceeded to make a left turn to US Highway 19 when I saw Mr. Zim Padgett on a golf cart also collecting other handwritten signs that were staked in the grass – and all of these signs had derogatory comments about Jeremy Hales.

8.    I stopped my car and spoke personally with Mr. Zim Padgett, I gave him the signs that we had collected and asked him to deliver them all to Mr. Hales at his schoolhouse property, along with the signs that Mr. Padgett was collecting. He agreed

and I then proceeded to go to work at the United States Post Office in Chiefland, Florida that day.

9.    All of the signs were derogatory about Jeremy Hales, accusing him of being an "Jeremy Hales Ohio rapist," "Stop Jeremy Hales No Ohio Rapists in Levy Co!" ""Stop Jeremy Hales! No Ohio Rapists in Levy Co!" "Jeremy Hales Needs To Go! No Child Rapists In Levy Co!"

10.    The attached pictures truly correctly and accurately depict the images of these very same road signs that I saw that same day in May 2023 in Otter Creek, Florida on both State Road 24 and US Highway 19.

**AFFIANT SAYETH FURTHER NAUGHT**.

Stephen Granger
Stephen Granger

STATE OF _Tennessee_
COUNTY OF _Coffee_

The foregoing instrument was acknowledged before me this _23_ day of _September_, 2024 by Stephen Granger, who is personally known to me or who has produced _TNDL_ as identification.

(Notary seal)

Printed name: Jessica Lawton

My Commission expires: _March 15, 2025_

My Commission No.: _116035020N_

JESSICA LAWTON
STATE OF TENNESSEE
NOTARY PUBLIC
COFFEE COUNTY

1
SIDE A

NO OHIO
Rapists in Levy
County - Stop Jeremy
Hales



2
SIDE A

Jeremy Hales
Has to Go!
What the Hales?!

2
SIDE B

NO CHILD
Molesters in Levy
County.
Stop Jeremy Hales

3
SIDE B

Jeremy Hales

OHIO
RAPIST

4
SIDE B

NO OHIO
Rapists — NO
Jeremy Hales



7
SIDE A

# Stop Jeremy Hales!

## No Rapists In Levy Co!



Stop Jeremy Hales

No Rapists in Levy Co!









Jeremy Hales
Needs to Go!

No Child Rapists In
Levy Co!

9
SIDE A

# Jeremy Hales

# OHIO Rapist



9
SIDE B

Jeremy Hales

OHIO Rapist