## UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

| | |
|---|---|
| **JEREMY B. HALES,** | ) |
| | ) |
| Plaintiff, | )    Case No. 1:24-cv-45AW-ZCB |
| | ) |
| vs. | ) |
| | ) |
| **LYNETTE MICHELLE LACEY** | ) |
| **ALEXIS PRESTON** | ) |
| | ) |
| and | ) |
| | )                          . |
| **JOHN COOK,** | ) |
| | ) |
| Defendants. | ) |
| _____ | / |

## AFFIDAVIT OF ZIM PADGETT

Before me, the undersigned Notary Public, personally appeared Zim Padgett, who, being personally known to me or having provided proper identification and being duly sworn, stated as follows:

1.    My name is Zim Padgett. I am over the age of 21 years.

2.    I have personal knowledge of the following facts and, if called upon as a witness, could testify competently thereto.

3.    On May 14, 2023, on a Sunday morning, I was riding my golf cart on the side of the road on US Highway 19, near its intersection with State Road 24, collecting several handwritten road signs on US Highway 19 that had been staked on the grass for all traffic to see.

4.     All of these handwritten signs had derogatory comments about Jeremy Hales, and had writing on both sides of each sign.

5.     As I was doing this, I saw Mr. Stephen ("Brett") Granger and his wife Therese Granger in their vehicle, who then stopped and told me they were also collecting handwritten signs that were staked in the grass on State Road 24 in Otter Creek, Florida – and all of these signs had derogatory comments about Jeremy Hales.

6.     Therese Granger and Stephen Granger gave me the signs that they had collected and asked me to deliver them all to Mr. Hales at his schoolhouse property, along with the signs that I was collecting. I agreed and Therese Granger and Stephen Granger then drove away.

7.     All of the signs were derogatory about Jeremy Hales, accusing him of being an "Jeremy Hales Ohio rapist," "Stop Jeremy Hales No Ohio Rapists in Levy Co!" ""Stop Jeremy Hales! No Ohio Rapists in Levy Co!" "Jeremy Hales Needs To Go! No Child Rapists In Levy Co!"

8.     The attached pictures truly correctly and accurately depict the very same road signs that I saw that same day on May 14, 2023 in Otter Creek, Florida on both State Road 24 and US Highway 19.

9.     I delivered all of these signs to an agent of Mr. Jeremy Hales at his schoolhouse property on State Road 24 in Otter Creek, Florida.

**AFFIANT SAYETH FURTHER NAUGHT**.

_Zim R. P_____

Zim Padgett

STATE OF _____FLORIDA_____

COUNTY OF _____LEVY_____

    The foregoing instrument was acknowledged before me this _23rd_ day of _SEPTEMBER_ , 2024 by Zim Padgett, who is personally known to me or who has produced _____ as identification.

(Notary seal)

Printed name: _BELINDA STANDRIDGE_

My Commission expires: _10/23/2024_

My Commission No.: _HH051565_

BELINDA C. STANDRIDGE
Commission # HH 051565
Expires October 23, 2024
Bonded Thru Budget Notary Services

Page 3 of 3

1
SIDE A

NO OHIO
Rapists in Levy
County - Stop Jeremy
Hales



2
SIDE A

Jeremy Hales Has to Go! What the Hales?!

2
SIDE B

NO CHILD
Molesters in Levy
County.
Stop    Jeremy Hales

5
SIDE B

NO OHIO
Rapists in Levy
County.
Stop Jeremy Hales



7
SIDE A

Stop Jeremy
Hales!
No Rapists In Levy Co!



7
SIDE B

Stop Jeremy Hales

No Rapists in Levy Co!









Jeremy Hales
Needs to Go!

No Child Rapists In
Levy Co!

8
SIDE B

Jeremy Hales
Needs to Go!
No Child Rapists in
Levy Co!

9
SIDE A

Jeremy Hales

OHIO Rapist



Jeremy Hales

OHIO Rapist