# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

| | |
|---|---|
| **JEREMY B. HALES**, | ) |
| Plaintiff, | ) Case No. 1:24-cv-45AW-ZCB |
| vs. | ) |
| **LYNETTE MICHELLE LACEY ALEXIS PRESTON** | ) |
| and | ) |
| **JOHN COOK**, | ) |
| Defendants. | ) |

## **AFFIDAVIT OF JEREMY B. HALES**

Before me, the undersigned Notary Public, personally appeared Jeremy B. Hales, who, being personally known to me or having provided proper identification and being duly sworn, stated as follows:

1. My name is Jeremy B. Hales. I am over the age of 21 years.

2. I have personal knowledge of the following facts and, if called upon as a witness, could testify competently thereto.

3. I am a resident of Summit County, Ohio.

4. I have built my business career around my passions through social media, including, without limitation, Facebook, YouTube, TikTok, Instagram, and other

platforms, with a current YouTube subscription fan base of over 700,000 people across the world for my YouTube channel "What The Hale$.

5. People who subscribe with my business's social media platforms often pay monthly fees to What The Hale$ for premium access to my professional social media platform - which is an "open video diary" of my life and the life of "George" (hereinafter, "Ms. Rizk") who is my co-host on What The Hale$ and my long term girlfriend.

6. My professional social media platforms are where people are EDUCATED, EQUIPPED and ENCOURAGED (with a dash of humor on the Side).

7. I have expended and continue to expend substantial time, money, and resources into acquiring subscribers for What The Hale$ and all of my professional social media platforms providing ongoing programs and maintaining relationships and goodwill with them.

8. I rely on my virtues as my reputation will determine the amount of subscribers for What The Hale$ and all of my professional social media platforms.

9. Any damage done to my reputation would harm my ability to earn an income, both in my personal life and through for What The Hale$ and all of my professional social media platforms.

10. As founder and co-host of What The Hale$ and all of my professional social media platforms, my reputation and businesses would be harmed by any false statements that I had committed a criminal offense amounting to a felony, or conduct,

characteristics, or a condition incompatible with the proper exercise of my lawful business, trade, profession, or office.

11. Between December 2021 and February 2023 I saw that both Ms. PRESTON and Mr. COOK created multiple local Levy County Facebook pages, asking for donations to Ms. PRESTON's 501(c)(3) "It's a Shell Thing" – a purported "tortoise rescue" - not open to the public.

12. Ms. PRESTON and Mr. COOK used these multiple local Levy County Facebook pages to do injury to my reputation with intent thereby to extort a pecuniary advantage for themselves.

13. After I left Florida to go back to Ohio in May 2023, Ms. PRESTON wrote many of the double sided road signs that were placed around the roads surrounding my property in Levy County, Florida; these signs falsely stated:

- ***Jeremy Hales Raped my Daughter!***

- ***Jeremy Hales Has to Go! What the Hales?***

- ***Jeremy Hales OHIO Rapist***

- ***NO OHIO Rapists in Levy County – Stop Jeremy Hales***

- ***Jeremy Hales Needs to Go! No Child rapists in Levy Co!***

- ***Stop Jeremy Hales No Rapists in Levy Co!***

14. Accordingly, on or about May 23, 2023, I hired an attorney who sent a "cease and desist" letter to Ms. PRESTON and Mr. COOK, which stated, *inter alia*,

> [Y]our unlawful defamatory statements directed to Jeremy Hales on social media platforms constitutes libel under Florida Law. CEASE AND DESIST PUBLISHING ALL DEFAMATORY STATEMENTS… It has come to our attention that you posted defamatory statements regarding Jeremy Hales on various web pages including, but not limited to, Otter Creek friends and neighbors, Otter Creek politics, The Heart of Otter Creek, It's a Shell Thing Inc., as well as other social media platforms…We demand that you immediately (A) cease and desist your unlawful defamation of Mr. Jeremy Hales, Martha, George, What the Hales, and all other variations (including all misspellings and euphemisms such as the youtubers, neighbors, etc.), (B) immediately remove and delete all postings relating to Mr. Hales and his interests, and (C) that you provide us with written assurance within ten (10) days that you will cease and desist from further libel directed to our clients.

15. I reported all of the above events while in Ohio, and in September 2023 an Ohio court issued a two-year renewable Restraining Order/Injunction against Ms. PRESTON and against Mr. COOK for stalking me and Ms. Rizk.

16. As a result of the acts of Ms. PRESTON and Mr. COOK, I suffered injury and harm to my reputation and I have incurred costs associated with my extensive efforts to mitigate against such injury and harm.

17. Ms. PRESTON and Mr. COOK - orally and in writing - published false statements about me to third parties.

18. The false statements by Ms. PRESTON and Mr. COOK were calculated to defame or diminish my reputation in my immediate community and within my capacity.

19. The false statements by Ms. PRESTON and Mr. COOK were made with knowledge or their falsity or with reckless disregard as to their veracity.

20. The false statements by Ms. PRESTON and Mr. COOK impute to me behavior or characteristics that are incompatible with the proper conduct of my business, profession, and office.

21. The false statements by Ms. PRESTON and Mr. COOK also impute to me the commission of a crime against a child.

22. The false statements by Ms. PRESTON and Mr. COOK caused me severe emotional distress. I have had problems sleeping and concentrating during work, which affect me to this day.

23. The false statements by Ms. PRESTON and Mr. COOK have also caused harm to my reputation in this district, throughout Ohio, Florida, the United States, and globally.

AFFIANT SAYETH FURTHER NAUGHT

_____
Jeremy B. Hales

STATE OF __Ohio__
COUNTY OF __Summit__

The foregoing instrument was acknowledged before me this __27th__ day of __September__, 2024 by Jeremy B. Hales, who is personally known to me or who has produced __drivers license__ as identification.

(Notary seal)   _Pamela A. Schneider_
Printed name: __Pamela A. Schneider__

Page 5 of 6

My Commission expires: __8-1-2026__

My Commission No.: _____