## UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

| | | |
|---|---|---|
| **JEREMY B. HALES**, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:24-cv-45AW-ZCB |
| | ) | |
| vs. | ) | |
| | ) | |
| **LYNETTE MICHELLE LACEY** | ) | |
| **ALEXIS PRESTON** | ) | |
| | ) | |
| and | ) | |
| | ) | |
| **JOHN COOK**, | ) | |
| | ) | |
| Defendants. | ) | |

_____/

## AFFIDAVIT OF CUSTODIAN OF RECORDS

Before me, the undersigned Notary Public, personally appeared Jeremy B. Hales, who, being personally known to me or having provided proper identification and being duly sworn, stated as follows:

1.     My name is Jeremy B. Hales. I am over the age of 21 years.

2.     I have personal knowledge of the following facts and, if called upon as a witness, could testify competently thereto.

3.     I am the duly authorized Custodian of Records or other qualified witness for What The Hale$ and all of my professional social media platforms providing ongoing programs and maintaining relationships and goodwill with them and I have the authority to certify the records attached to this Affidavit (hereinafter, the RECORDS") as follows.

4.    The above-named RECORDS were made at or near the lime of the event by, or from information transmitted by, a person with knowledge.

5.    The above-named RECORDS are kept in the course of a regularly conducted business activity.

6.    It is the regular practice of What The Hale$ and all of my professional social media platforms to make such a record.

7.    All of the RECORDS are in my custody and have been released for documentation and accountability.

**AFFIANT SAYETH FURTHER NAUGHT**.

Jeremy B. Hales

STATE OF _Ohio_

COUNTY OF _Summit_

The foregoing instrument was acknowledged before me this _27th_ day of _September_ , 2024 by Jeremy B. Hales, who is personally known to me or who has produced _drivers license_ as identification.

(Notary seal)    _Pamela A. Schneider_

Printed name: _Pamela A. Schneider_

My Commission expires: _8-1-2026_

My Commission No.: _____

   

**Otter Creek...**



**John Cook**

2h · 🌐   7/13/23

Jeremy hales slides Down in his chair like a scolded dog. At the board meeting, after Gail the board member stands up and says where all the garbage is coming from. And it proves The coward is a liar He could not put on one of his rants on It because  it would make him look like shit. But his stupid fuc king fans will keep believe in it because most of them are fat, old, ugly women with no life.






**John Cook**

Jeremy would you like me to post the picture of my c⊗ck in georges  mouth You can't take this one down



👍 Like          💬 Comment          ↗ Share

< 👤 (352) 284-6971    📹  📞  ⋮



**John Cook**
Jeremy would you like me to post the picture of my cock in martha's mouth You can't take this one down


**John Cook**
Liezzy Failey Jeremy i'm still going to post a picture of my c in martha's mouth

15h    Like    Reply

**John Cook**
Jeremy i'm still going to Post a picture of my c in martha's mouth

15h    Like    Reply

**Liezzy Failey**
John Cook



16m    Like    Reply

**John Cook**
Liezzy Failey Is this all you can ⬇ up with is repeats? I have a re of my c*** in Martha's mouth. Can I post it?

⊕  🖼  Text message    😊  🎤

||| ◯ ‹



3:51

< 👤 (352) 284-6971  📹 📞 ⋮

**Liezzy Failey**
John Cook

16m    Like    Reply

**John Cook**
Liezzy Failey Is this all you can come up with is repeats? I have a picture of my c*** in Martha's mouth. Can I post it?

12m    Like    Reply

😆💙😡 76 >                    👍

**John Cook**
Not a threat, she was very Angry with jeremy for sleeping with jamie Johnson she simply did me a favor and I happen to have my phone camera on. And the vice mayor rapes children.

2h    Like    Reply

I'm sorry but this should all be taken into consideration.

Thank you

3:50 PM

⊕  🖼️  Text message  😊  🎤

|||    ◯    ‹

# Otter Creek Jeremy Hales the coward of Levy county ›

 Public group · **1 member**

**Join group**

Photos | Events | Files | Reels

Write something...

 Photo |  Live

## Most Relevant

 **John Cook** updated the description.
1d · 

This page is for Ex fans of what the hales.



jeremy hales

# Otter Creek Jeremy Hales the coward of Le...

Private group · 27 members

Join

## About

This page is for Ex fans of what the hales.

## Members



John is an admin.

## Group activity

💬 **1 new post today**
3 new posts in the last month

👤 **27 total members**
+ 1 in the last week

👥 **Created about 2 weeks ago**

Join group

 Otter Creek...

 **John Cook**   7/13/23
17m · 🌐

We need to all say prayers and put our feelings aside because the coward of Levy county's girlfriend or Wife rectal cancer, has come back And they're having to go in and cut out a lot of it.

👍 Like          💬 Comment          ↪ Share

 **John Cook**
27m · 🌐

Jill I just wrote your grandson Zac and told him how your helping a utuber to destroy a disabled woman's and disabled child life.more letters going to more family members. welcome to the page have some fun.

👍 Like          💬 Comment          ↪ Share

 **John Cook**
2h · 🌐

Is anybody else sick of the coward of Levy county talking about his 2 inch pipe? Shouldn't that be private between him and Martha? And it nothing to  be proud of martha must be despite. Or it's better since she does have rectal cancer.



**John Cook**

Angela Gleason He makes his followers do his dirty work that's why we call him the coward of levy county.



**John Cook**

I believe I've heard From a very reliable source that the reason they went to Egypt was to recruit some of George/ Martha's family. To bring them into otter creek because they want to make the arc into a radical muslim mosque making martha happy to have her family here. So they can always scream racist people are bothering them.

4h     Like     Reply                    1 😆



**John Cook**

https://youtube.com/shorts/OU0EN0r2yH8?feature=share. Bottom line is he hates the lgbtq community.



YOUTUBE.COM

Jeremy Hales of WhattheHale$ goes o...

1w        Like        Reply                1 



😄 3 ›

👍



**Shara Michelle**
🌎🌎🌎🌎🌎Wow Jeremy is with a mayor at police department in Ohio because of a friendly email? I was just given a copy of said friendly email. Wow that mayor just called Michell a "crazy lady". Today's date is AUGUST 23, 2023

2h    Like    Reply



**John Cook**
Shara Michelle Jeremy Hard at work, wasting taxpayers dollars.
I wonder if he had to pay out of his own pocket. He would do this stuff, but all the money he has. He gets from mooching off his sheep.

1h    Like    Reply                    1 😄



**Charles Green**
Shara Michelle that call and email is legally harassment and proof of lible and slander.

1h    Like    Reply                    1 👍



**Shara Michelle**
John Cook  wow right. Jeremy is doing his show with the new handsome Mayor on otter creek at the office during. Work hours !

1h    Like    Reply

Write a comment…

# David's Post





Haha   Reply   1d



**John Cook**
**Allen Sacra** You will in about 7 days when they go back up He'll be putting him back up, I'll be posting Them on a couple of my pages. We're gonna get david some more viewers. And any other youtuber Who helps us clear up the lies jeremy is spreading about us and the town

Haha   Reply   1d



**Allen Sacra**
**John Cook** don't get me wrong I was a fan when it was storage units and stuff, but all the new stuff is all concerning otter creek and is super repetitive. I can't wait to learn more about the Hale$

Haha   Reply   1d



**John Cook**
**Allen Sacra** Well one thing for sure the The other youtube Are saying that jeremy is on drugs, which is which is very possible Because because he's best bud up north in Ohio It is getting divorced because of his drug habit. And when he hurt his foot.
They're saying he got addicted to opiates and Mixes them with alcohol.

Haha   Reply   1d



**John Cook**

**Shara Michelle** They turned him down after receiving hundreds of videos of Him going Is homophobic. The lgbtq are very pissed off at him And there's millions of them wait till they go after jeremy and his sheep and trolls.

**14h**    **Like**    **Reply**    3 



## John Cook

Assign conversation ▼



Create appointment

Sun 7:50 PM



The coward of Levy county is being served A no contact order or harassmand order against him. But hes hiding on his property behind. Lock gates and a camera to  not get served. Jeremy hales is a f****** p**** He brags about serving people and doing everything to them. But when hes starting to get nailed, he is a Coward and hinds



←    **Fwd: Test**

From: **Lynette Preston**
<lynettepreston656@gmail.com>
Date: Tue, Aug 22, 2023 at 12:23 PM
Subject: Re: Test
To: Nancy Holdsworth
<admin@villageofpeninsula-oh.gov>

This man has bullied our town clerk into a stroke. He has bullied and belittled and humiliated me, destroyed my tortoise rescue with total lies, called CPS WITH FALSE ALLEGATIONS 7 TIMES , all because I ran for a seat and he thought I might get it over Therese Granger who at the time was I thought my friend and I had been I'm speaking terms with Jeremy. I have no clue other than that what happened or why this took such a turn but you need to see the real Jeremy Hales not the one he shows you and everything that he has said about the people in Otter Creek is a lie madam mayor had a reason for getting to be mayor they were not following the laws in Florida for the the EPA they are not following the rules under the zoning and permitting and so now they've given themselves the permits that they need they've gave the vice mayor a permit that he needed that he was not getting from the county and from the administration because he wasn't following rules and literally stealing a plot of land from someone else and now Mrs Granger is under investigation in our town for not following Sunshine Law and for doing bad things. All in my opinion of course but once you see the video you will understand





**Charles Green**

Shara Michelle why did you block her for saying a truth? The world is laughing that Lynette Michelle Preston called an Ohio Township to speak to the Township mayor and bitch about actives in Otter Creek Florida.

4m    Like    Reply



**Lynette Michelle Preston**

Charles Green that's not what happened I sent him a clip of the video of Jeremy calling John the filthy gay names that he did so that that mayor was aware of who he was bringing in his life and office.

2m    Like    Reply

**Charles Green**

Lynette Michelle Preston, and WTF did that have to do with a mayor in Ohio? You just literally admited to slander in writing. That was stupid on a colossal scale. It's legally harassment. You could be arrested for it.

 **Kelly Mary-Elizabeth**
Has anyone sent her the most recent video of
him?

21m    Like    Reply

 **Lynette Michelle Preston**
Kelly Mary-Elizabeth yes I did and his
response was I guess that he would say the
same thing if somebody was mean to him
but John didn't attack Jeremy Jeremy
attacked John Jeremy was screaming at
John you can see that from the beginning of
the video. It just shows that that mayor is
just as corrupt and just as bad as Jeremy
that's sad that breaks my heart to know that
another human being is just I… See more

20m    Like    Reply                          1 



**Otter Creek friends and neighbors**
Lynette Michelle Preston

I feel it's only fair since he is broadcasted my married names out there to the world and where I live and what he thinks are the truths about me that are nowhere near the truth I figured the least I can do is you know ==let y'all know where he lives and what Martha's real name is I mean why keep lying about it Jeremy.==



Hi, most people that are going to read this are going to know exactly who I am, I am Lynette Preston. I go by Michelle as that's what I've been called my entire life by my mother and my family. As you all know, **I am being stalked**. It's been going on for over 2 and a half years. It has taken its toll on Harley Grace and myself as well as John who doesn't deserve to be where he is and we will prove it. We all are hurting inside and now my grandson's life is also being destroyed and all for views on YouTube so this stalker monster can get rich off of hurting people that he feels are beneath him in every way. I need to get John an attorney to fight this set up and show the world the truth. The three of us all need prayers and help.

This has cost me so much, not only in legal fees but in so many other ways. Making sure we don't get donations of food for our Tortoise rescue and making sure they keep us in court for made up staged unreal garbage, filing so much garbage slowing down the case so that they make more money off of us. Well here I am. **My camper inverter is blown and it will cost $300.00+ to fix or replace it**. I have 3 more mouths to feed because I needed help here and my grandson needed to be out of Iowa only to be stalked and lied about here. Our big deep freezer went out it can't be fixed it was $900.00 the jeep needs new tires now as one blew already. I need food pellets for my tortoises and hay. I need to fix or replace the weed eater as the dang thing is old and the string comes out too much so it's not working and I have no lawn mower.

I need to make all my payments on my own and I'm trying so hard. It makes my heart ache what this has done to us. I need to pay the attorneys and my other payments while trying to figure out how to pay the electrician to redo our electric box and do all the work that needs to be done to keep the electricity working right here.

There are so many things we need here now after the storm. My canopy is toast we didn't get it down in time. Now the canopy on camper is torn the list goes on.

I am asking for help from all of you. I am innocent of all allegations made against me. No, the story of Spider monkeys is not true. I answered a rescue post of a finger monkey or Marmoset monkey they are about 4-5 inches tall. They tore at my heart with words like starving itself, depressed, needs love and care. The owner had passed away and the little thing was heartsick they said, so as a rescue I asked family to help me get it for Harley Grace and put down $50.00 deposit and it was a scam. They never showed at address in Archer they gave. I made a sheriff report as per request from my bank and that is that! No criminal acts no stealing of money or trying to buy spider monkeys, so that god, that should be dropped and let go. Any money that I raise in donations will go to the attorney's. It will go to fixing the inverter or replacing the inverter so that I do not have to switch batteries every night. I have to put one new battery up and put the other battery on a charger. And I'm doing that every

**Share**                    **Donate**



 **Lynette**
Active Now



...said she would do in August?

We decided to wait until she could come here and do it in person but right now I'm waiting for the injunction to see if the judge is going to give it to me Jeremy's paid video where you can pay to be a higher subscriber and then you get special videos they're evil he is a cult leader he tells them that God is telling him that it is time to kill and bring death to the evil messenger and that is the Bad Neighbors me you have to hear it it's freaking unbelievable what he is saying it is so freaking scary that it I don't even know what to think so I ran to the courthouse this morning



**Lynette Michelle Preston**



TeamYouTube on X

This is where you can report all of his videos they've already been turned in a couple times and someone I guess just sent this to me and said that they've been talking to these people and that they are looking into shutting him down so the more people that turn in his videos the better off will be these last things that he just did are unconscionable he is now screenshotting no they're using what's it called when they fake pictures and stuff they're doing that copying and pasting things in and out of posts to make it look like we're creating hate speech that we are not there it's not they're not our posts they're fake I am I I've already talked to the to the sheriff this morning I've already talked to the judge Friday we're going to the court on Monday morning to see if we can get our court date turned into a temporary order this is got to stop now they're trying to Baker Act John and I and they say that's how they're going to get our kid away from us this is gone too far

Aa

# Otter Creek Jeremy Hales the coward of Levy county ›

 Public group · **1 member**

**Join group**

Photos    Events    Files    Reels

Write something...

 Photo    |     Live

## Most Relevant

 **John Cook** updated the description.
1d · 🌐

This page is for Ex fans of what the hales.



← 🔍 jeremy hales ✕

## Otter Creek Jeremy Hales the coward of Le…

Private group · 27 members

**Join**

### About

This page is for Ex fans of what the hales.

### Members



John is an admin.

### Group activity

💬 **1 new post today**
3 new posts in the last month

👤 **27 total members**
+ 1 in the last week

👥 **Created about 2 weeks ago**

**Join group**



**John Cook**   7/13/23
17m · 🌐

We need to all say prayers and put our feelings aside because the coward of Levy county's girlfriend or Wife rectal cancer, has come back And they're having to go in and cut out a lot of it.



👍 Like          💬 Comment          ↗ Share

**John Cook**
27m · 🌐

Jill I just wrote your grandson Zac and told him how your helping a utuber to destroy a disabled woman's and disabled child life.more letters going to more family members. welcome to the page have some fun.



👍 Like          💬 Comment          ↗ Share

**John Cook**
2h · 🌐

Is anybody else sick of the coward of Levy county talking about his 2 inch pipe? Shouldn't that be private between him and Martha? And it nothing to  be proud of martha must be despite. Or it's better since she does have rectal cancer.



FILED IN OPEN COURT ON 9/4/23

By WED _____

IN THE CIRCUIT COURT OF THE EIGHTH JUDICIAL CIRCUIT,
IN AND FOR LEVY COUNTY, FLORIDA

Case Number:38-2023-DR-000416
Division: _____

**LYNETTE M.L.A PRESTON** ,
Petitioner,

and

**JEREMY B.HALES** ,
Respondent.

## ORDER OF DISMISSAL OF FOURTH TEMPORARY INJUNCTION FOR PROTECTION AGAINST ( ) DOMESTIC VIOLENCE ( ) REPEAT VIOLENCE ( ) DATING VIOLENCE (X) STALKING VIOLENCE

THIS CAUSE came before the Court on *September 4, 2024* , upon Petitioner's action for an injunction for protection against domestic violence, repeat, dating, or sexual violence, and it appearing to the Court as follows:
[Choose **all** that apply]

a. ____   Petitioner failed to appear at the hearing scheduled in this cause.

b. **X**   Petitioner appeared at the hearing but desires to voluntarily dismiss this action.

c. ____   The evidence presented is insufficient under Florida law (section 741.30 or 784.046, Florida Statutes) to allow the Court to issue an injunction for protection against domestic, repeat, dating, or sexual violence.

Accordingly, the case is dismissed without prejudice.

DONE AND ORDERED in Bronson, Florida on September 4, 2024

CIRCUIT JUDGE WILLIAM E. DAVIS