UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

JEREMY B. HALES,

    Plaintiff,

vs.

LYNETTE MICHELLE LACEY
ALEXIS PRESTON

and

JOHN COOK,

    Defendants.

Case No. 1:24-cv-45AW-ZCB

### AFFIDAVIT OF MELISSA LEMMERMAN

Before me, the undersigned Notary Public, personally appeared Melissa Lemmerman, who, being personally known to me or having provided proper identification and being duly sworn, stated as follows:

1. My name is Melissa Lemmerman. I am over the age of 21 years.

2. I have personal knowledge of the following facts and, if called upon as a witness, could testify competently thereto.

3. For several months in 2023, I was a member of many of Ms. PRESTON's private Facebook groups.

4. I took notes and screenshots of many of Ms. PRESTON's posts on her private Facebook groups over many months until Ms. PRESTON removed me as a

member. Ms. PRESTON removed me as a member before she deleted many of her private Facebook groups.

5. On May 2, 2023 Mr. HALES did a Facebook video stating he was back home in Ohio – "checking on Hales headquarters."

6. On May 15, 2203 and on July 2, 2023, Mr. HALES did Facebook videos stating he needed to get back to Otter Creek, Florida from Ohio ASAP, because derogatory signs had popped up around Otter Creek, Florida accusing Mr. HALES of being a child r@pist.

7. On July 22, 2023, Ms. PRESTON wrote in her private Facebook group that **she did not post the derogatory signs about Mr. HALES around Otter Creek, Florida, because Mr. COOK posted the derogatory signs about Mr. HALES around Otter Creek, Florida**; she also stated that Mr. COOK is verbally & emotionally abusive. She also encouraged all of her Facebook members to report all of Mr. HALES's YouTube videos to YouTube.

**AFFIANT SAYETH FURTHER NAUGHT**.

_Melissa Lemmerman_
Melissa Lemmerman

STATE OF New Jersey
COUNTY OF Burlington

The foregoing instrument was acknowledged before me this 27 day of September, 2024 by Melissa Lemmerman, who is personally known to me or who has produced  NJ DL  as identification.

(Notary seal)

Page 2 of 3

Printed name: Tramaine McCarthy

My Commission expires: April 6, 2028

My Commission No.: 50208709



**TRAMAINE A McCARTHY**
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires April 6, 2028