← **Fwd: Test**

From: **Lynette Preston** <lynettepreston656@gmail.com>
Date: Tue, Aug 22, 2023 at 12:23 PM
Subject: Re: Test
To: Nancy Holdsworth <admin@villageofpeninsula-oh.gov>

This man has bullied our town clerk into a stroke. He has bullied and belittled and humiliated me, destroyed my tortoise rescue with total lies, called CPS WITH FALSE ALLEGATIONS 7 TIMES , all because I ran for a seat and he thought I might get it over Therese Granger who at the time was I thought my friend and I had been I'm speaking terms with Jeremy. I have no clue other than that what happened or why this took such a turn but you need to see the real Jeremy Hales not the one he shows you and everything that he has said about the people in Otter Creek is a lie madam mayor had a reason for getting to be mayor they were not following the laws in Florida for the the EPA they are not following the rules under the zoning and permitting and so now they've given themselves the permits that they need they've gave the vice mayor a permit that he needed that he was not getting from the county and from the administration because he wasn't following rules and literally stealing a plot of land from someone else and now Mrs Granger is under investigation in our town for not following Sunshine Law and for doing bad things. All in my opinion of course but once you see the video you will understand