**Charles Green**

Shara Michelle why did you block her for saying a truth? The world is laughing that Lynette Michelle Preston called an Ohio Township to speak to the Township mayor and bitch about actives in Otter Creek Florida.

4m    Like    Reply



**Lynette Michelle Preston**

Charles Green that's not what happened I sent him a clip of the video of Jeremy calling John the filthy gay names that he did so that that mayor was aware of who he was bringing in his life and office.

2m    Like    Reply



**Charles Green**

Lynette Michelle Preston, and WTF did that have to do with a mayor in Ohio? You just literally admitted to slander in writing. That was stupid on a colossal scale. It's legally harassment. You could be arrested for it.