**Kelly Mary-Elizabeth**
Has anyone sent her the most recent video of him?

21m   Like   Reply

 **Lynette Michelle Preston**
Kelly Mary-Elizabeth yes I did and his response was I guess that he would say the same thing if somebody was mean to him but John didn't attack Jeremy Jeremy attacked John Jeremy was screaming at John you can see that from the beginning of the video. It just shows that that mayor is just as corrupt and just as bad as Jeremy that's sad that breaks my heart to know that another human being is just I... See more

20m   Like   Reply                              1