

**Otter Creek friends and neighbors**
Lynette Michelle Preston

I feel it's only fair since he is broadcasted my married names out there to the world and where I live and what he thinks are the truths about me that are nowhere near the truth I figured the least I can do is you know ==let y'all know where he lives and what Martha's real name is I mean why keep lying about it Jeremy.==

