Hi, most people that are going to read this are going to know exactly who I am, I am Lynette Preston. I go by Michelle as that's what I've been called my entire life by my mother and my family. As you all know, **I am being stalked**. It's been going on for over 2 and a half years. It has taken its toll on Harley Grace and myself as well as John who doesn't deserve to be where he is and we will prove it. We all are hurting inside and now my grandson's life is also being destroyed and all for views on YouTube so this stalker monster can get rich off of hurting people that he feels are beneath him in every way. I need to get John an attorney to fight this set up and show the world the truth. The three of us all need prayers and help.

This has cost me so much, not only in legal fees but in so many other ways. Making sure we don't get donations of food for our Tortoise rescue and making sure they keep us in court for made up staged unreal garbage, filing so much garbage slowing down the case so that they make more money off of us. Well here I am. **My camper inverter is blown and it will cost $300.00+ to fix or replace it**. I have 3 more mouths to feed because I needed help here and my grandson needed to be out of Iowa only to be stalked and lied about here. Our big deep freezer went out it can't be fixed it was $900.00 the jeep needs new tires now as one blew already. I need food pellets for my tortoises and hay. I need to fix or replace the weed eater as the dang thing is old and the string comes out too much so it's not working and I have no lawn mower.

I need to make all my payments on my own and I'm trying so hard. It makes my heart ache what this has done to us. I need to pay the attorneys and my other payments while trying to figure out how to pay the electrician to redo our electric box and do all the work that needs to be done to keep the electricity working right here.

There are so many things we need here now after the storm. My canopy is toast we didn't get it down in time. Now the canopy on camper is torn the list goes on.

I am asking for help from all of you. I am innocent of all allegations made against me. No, the story of Spider monkeys is not true. I answered a rescue post of a finger monkey or Marmoset monkey they are about 4-5 inches tall. They tore at my heart with words like starving itself, depressed, needs love and care. The owner had passed away and the little thing was heartsick they said, so as a rescue I asked family to help me get it for Harley Grace and put down $50.00 deposit and it was a scam. They never showed at address in Archer they gave. I made a sheriff report as per request from my bank and that is that! No criminal acts no stealing of money or trying to buy spider monkeys, so that god, that should be dropped and let go. Any money that I raise in donations will go to the attorney's. It will go to fixing the inverter or replacing the inverter so that I do not have to switch batteries every night. I have to put one new battery up and put the other battery on a charger. And I'm doing that every

Share     Donate