IN THE CIRCUIT COURT OF THE EIGHTH JUDICIAL CIRCUIT,
IN AND FOR LEVY COUNTY, FLORIDA

Case Number: 38-2023-DR-000416
Division: _____

**LYNETTE M.L.A PRESTON**,
Petitioner,

and

**JEREMY B. HALES**,
Respondent.

## ORDER OF DISMISSAL OF FOURTH TEMPORARY INJUNCTION FOR PROTECTION AGAINST ( ) DOMESTIC VIOLENCE ( ) REPEAT VIOLENCE ( ) DATING VIOLENCE (X) STALKING VIOLENCE

THIS CAUSE came before the Court on *September 4, 2024*, upon Petitioner's action for an injunction for protection against domestic violence, repeat, dating, or sexual violence, and it appearing to the Court as follows:
[Choose **all** that apply]

a. ___ Petitioner failed to appear at the hearing scheduled in this cause.

b. _X_ Petitioner appeared at the hearing but desires to voluntarily dismiss this action.

c. ___ The evidence presented is insufficient under Florida law (section 741.30 or 784.046, Florida Statutes) to allow the Court to issue an injunction for protection against domestic, repeat, dating, or sexual violence.

Accordingly, the case is dismissed without prejudice.

DONE AND ORDERED in Bronson, Florida on September 4, 2024

_____
CIRCUIT JUDGE WILLIAM E. DAVIS

Florida Supreme Court Approved Family Law Form 12.980(e), Order of Dismissal of Temporary Injunction for Protection Against Domestic Violence, Repeat Violence, Dating Violence, or Sexual Violence (06/12)