**Lynette**
Active Now


> ...said she would do in August?

 We decided to wait until she could come here and do it in person but right now I'm waiting for the injunction to see if the judge is going to give it to me Jeremy's paid video where you can pay to be a higher subscriber and then you get special videos they're evil he is a cult leader he tells them that God is telling him that it is time to kill and bring death to the evil messenger and that is the Bad Neighbors me you have to hear it it's freaking unbelievable what he is saying it is so freaking scary that it I don't even know what to think so I ran to the courthouse this morning