# Otter Creek Jeremy Hales the coward of Levy county >

 Public group · 1 member

**Join group**

Photos    Events    Files    Reels

Write something...

 Photo         Live

**Most Relevant**



**John Cook** updated the description.

1d · 

This page is for Ex fans of what the hales.

Case 1:24-cv-00045-ZCB    Document 24-17    Filed 09/29/24    Page 2 of 3



## Otter Creek Jeremy Hales the coward of Le...

Private group · 27 members

**Join**

---

### About

This page is for Ex fans of what the hales.

### Members



John is an admin.

### Group activity

💬 1 new post today
3 new posts in the last month

👤 27 total members
+ 1 in the last week

 Created about 2 weeks ago

**Join group**

**John Cook** 7/13/23
17m · 🌐

We need to all say prayers and put our feelings aside because the coward of Levy county's girlfriend or Wife rectal cancer, has come back And they're having to go in and cut out a lot of it.

👍 Like        💬 Comment        ↗ Share

**John Cook**
27m · 🌐

Jill I just wrote your grandson Zac and told him how your helping a utuber to destroy a disabled woman's and disabled child life.more letters going to more family members. welcome to the page have some fun.

👍 Like        💬 Comment        ↗ Share

**John Cook**
2h · 🌐

Is anybody else sick of the coward of Levy county talking about his 2 inch pipe? Shouldn't that be private between him and Martha? And it nothing to be proud of martha must be despite. Or it's better since she does have rectal cancer.