



**John Cook**

Jeremy would you like me to post the picture of my c⊛ck in georges mouth You can't take this one down

 



