

**John Cook**

Angela Gleason He makes his followers do his dirty work that's why we call him the coward of levy county.