

**John Cook**

I believe I've heard From a very reliable source that the reason they went to Egypt was to recruit some of George/ Martha's family. To bring them into otter creek because they want to make the arc into a radical muslim mosque making martha happy to have her family here. So they can always scream racist people are bothering them.

4h     Like     Reply                                    1 😆