**John Cook**
https://youtube.com/shorts/OU0EN0r2yH8?feature=share. Bottom line is he hates the lgbtq community.

 YOUTUBE.COM
Jeremy Hales of WhattheHale$ goes o...

1w    **Like**    **Reply**    1