😆 3 >

**Shara Michelle**
🌍🌍🌍🌍🌍Wow Jeremy is with a mayor at police department in Ohio because of a friendly email? I was just given a copy of said friendly email.  Wow that mayor just called Michell a "crazy lady".  Today's date is AUGUST 23, 2023

2h  Like  Reply

**John Cook**
Shara Michelle Jeremy Hard at work, wasting taxpayers dollars.
I wonder if he had to pay out of his own pocket. He would do this stuff, but all the money he has. He gets from mooching off his sheep.

1h  Like  Reply                1 😆

**Charles Green**
Shara Michelle that call and email is legally harassment and proof of lible and slander.

1h  Like  Reply                1 👍

**Shara Michelle**
John Cook  wow right. Jeremy is doing his show with the new handsome Mayor on otter creek at the office during. Work hours !

1h  Like  Reply

Write a comment...