Otter Creek...  

 **John Cook**
2h · 🌐 7/13/23

Jeremy hales slides Down in his chair like a scolded dog. At the board meeting, after Gail the board member stands up and says where all the garbage is coming from. And it proves The coward is a liar He could not put on one of his rants on It because it would make him look like shit. But his stupid fuc king fans will keep believe in it because most of them are fat, old, ugly women with no life.