## David's Post    

 2

Haha   Reply   1d

 **John Cook**
**Allen Sacra** You will in about 7 days when they go back up He'll be putting him back up, I'll be posting Them on a couple of my pages. We're gonna get david some more viewers. And any other youtuber Who helps us clear up the lies jeremy is spreading about us and the town

Haha   Reply   1d

 **Allen Sacra**
**John Cook** don't get me wrong I was a fan when it was storage units and stuff, but all the new stuff is all concerning otter creek and is super repetitive. I can't wait to learn more about the Hale$

Haha   Reply   1d

 **John Cook**
**Allen Sacra** Well one thing for sure the The other youtube Are saying that jeremy is on drugs, which is which is very possible Because because he's best bud up north in Ohio It is getting divorced because of his drug habit. And when he hurt his foot.
They're saying he got addicted to opiates and Mixes them with alcohol.

Haha   Reply   1d