

**John Cook**

**Shara Michelle** They turned him down after receiving hundreds of videos of Him going Is homophobic. The lgbtq are very pissed off at him And there's millions of them wait till they go after jeremy and his sheep and trolls.

14h    Like    Reply    3