

## John Cook

Assign conversation ▼



Create appointment

Sun 7:50 PM



The coward of Levy county is being served A no contact order or harassmand order against him. But hes hiding on his property behind. Lock gates and a camera to not get served. Jeremy hales is a f****** p**** He brags about serving people and doing everything to them. But when hes starting to get nailed, he is a Coward and hinds