IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**JEREMY B. HALES,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　Case No. 1:24-cv-45-AW-ZCB

**LYNETTE MICHELLE LACY ALEXIS
PRESTON and JOHN COOK,**

    **Defendants.**
_____/

## ORDER DENYING MOTION FOR EARLY DEPOSITION

Defendants' motion for leave to depose Plaintiff before the parties' Rule 26(f) conference (ECF No. 21) is DENIED.

The parties should discuss deposition sequencing (and all other appropriate matters) at their conference.

SO ORDERED on October 15, 2024.

                                            s/ *Allen Winsor*
                                            United States District Judge