UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JEREMY B. HALES,
    Plaintiff,

vs.                     Case No.: 1:24cv45/ZCB

LYNETTE MICHELLE LACY
ALEXIS PRESTON, et al.,
    Defendants.
_____/

## ORDER

Currently before the Court is Defendants' motion requesting remote oral argument (Doc. 31) on Defendants' motion to dismiss (Docs. 17, 18). The Court does not hold remote hearings on dispositive motions. If the Court deems oral argument necessary on any of the parties' dispositive motions, then the Court will notify the parties and schedule an in person hearing at the United States Courthouse in Pensacola, Florida. Defendants' motion requesting remote oral argument (Doc. 31) is **DENIED**.

It is so **ORDERED**. This the 31st day of October 2024.

*Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

1