UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JEREMY HALES,
      Plaintiff,

vs.                        Case No.:  1:24cv45/ZCB

LYNETTE MICHELLE LACEY ALEXIS PRESTON,
et al.,
      Defendants.
_____/

## **ORDER**

This matter is before the Court on Defendants' "Motion for Order to Provide Plaintiff's Deposition Audio" (Doc. 39).  Defendants shall file the written transcript of Plaintiff's deposition immediately upon receipt of it from the stenographer.  The Court hereby advises counsel and the parties that it is highly likely that after reviewing the transcript, the Court will schedule an in-person hearing.  Counsel and the parties will be required to attend that hearing in-person.  As the Court previously informed counsel, it will not tolerate misconduct in this litigation.  **The Court will not hesitate to sanction counsel and the parties.**

**SO ORDERED**.  This the 5th day of December 2024.

*s/ Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judg