UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| **JEREMY B. HALES,** | : | Civil Action No.: |
| | : | 1:24-CV-00045-AW-ZCB |
| **Plaintiff,** | : | |
| v. | : | |
| | : | |
| **LYNETTE MICHELLE LACEY ALEXIS PRESTON** | : | |
| and | : | |
| **JOHN COOK,** | : | |
| | : | |
| **Defendants** | : | |

### RESPONSE TO ORDER (DOCKET ENTRY # 41)

In response to the Court's order dated December 5, 2024, filed herewith is the transcript of the deposition of the plaintiff, Jeremy Hales.

Defendants Preston and Cook, by:

*/s/ Bruce Matzkin*
Bruce Matzkin, Esq., *pro hac vice*
51 Pleasant Street, # 72
Malden, MA 02148
857-242-8614
Brucematzkin1@gmail.com

### CERTIFICATION

I hereby certify that on December 6, 2024, a copy of the foregoing was emailed to counsel of record for the plaintiff:

Randall Shochet, Esq
Shochet Law Group
Attorneys for Jeremy B. Hales
409 N. Main Street Trenton, FL 32693
rshochet@shochetlaw.com
attorneys@counsel.insure

*/s/ Bruce Matzkin*