UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JEREMY B. HALES

v.  Case No.: 1:24cv45/ZCB

LYNETTE MICHELLE LACEY
ALEXIS PRESTON, et al.

## REFERRAL AND ORDER

Referred to Magistrate Judge Bolitho on  December 9, 2024
Type of Motion/Pleading: Motion to Strike
Filed by:  Defendants          on 12/9/2024    Doc.        44

JESSICA LYUBLANOVITS, CLERK OF COURT
/s/ *Sylvia D. Williams*
Deputy Clerk: Sylvia D. Williams

## ORDER

It is **ORDERED** this 9th day of December 2024 that:

In their motion to strike, Defendants argue that Plaintiff failed to comply with N.D. Fla. Loc. R. 7.1(B) before moving for leave to amend. No response from Plaintiff is necessary. The motion to strike (Doc. 44) lacks merit and is **DENIED.**

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge