UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JEREMY B. HALES,
    Plaintiff,

v.                                         Case No.: 1:24cv45/ZCB

JOHN M. COOK, et al.,
    Defendants.
_____/

## ORDER

Presently before the Court is Defendants' motion for summary judgment on Plaintiff's defamation claims (Docs. 19, 20). Plaintiff has responded in opposition to the motion. (Doc. 24). For the reasons below, Defendants' motion for summary judgment is denied.

Summary judgment is appropriate "if the movant shows that there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law." Fed. R. Civ. P. 56(a). A dispute is "genuine" if the "evidence is such that a reasonable jury could return a verdict for the nonmoving party." *Anderson v. Liberty Lobby, Inc.,* 477 U.S. 242, 248 (1986). A fact is "material" if it "might affect the outcome of the suit under the governing law." *Id.* at 248.

Here, Defendants' motion is insufficient to meet their burden of showing that there are no genuine issues of material fact regarding

1

Plaintiff's defamation claims. Accordingly, it is **ORDERED** that Defendants' motion for summary judgment (Doc. 19) is **DENIED without prejudice** to Defendants later filing a renewed summary judgment motion at the close of discovery.

At Pensacola, Florida, this 3rd day of February 2025.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge