1    downtown Otter Creek on different -- on different roads.
2              So they were all over Otter Creek and near
3    my properties --
4    BY MR. MATZKIN:
5         Q    Okay.
6         A    -- which Otter Creek is small.  So the
7    aspect of the detailing and describing Otter Creek
8    around Otter Creek or around the properties, I have more
9    property than anybody in Otter Creek.  Otter Creek is
10   very, very small.  Both descriptives are very true.
11        Q    Yes or no, do you have any photographs of
12   the signs as they were found in the ground?
13        A    Yes.
14        Q    How many?
15        A    One.
16        Q    Okay.  Um, in paragraph 19 -- in 19, you
17   write:  Mr. Cook's and Ms. Preston's online post calling
18   me a child predator are constant and ongoing to this
19   day.  Correct?
20        A    Correct.
21        Q    What online post calling you a child
22   predator are you referring to most recently to this
23   day?
24        A    Well, there was an entire live stream last
25   night calling me a pedifile for over five hours that you

1  were a part of and so were your clients.
2          Q    I'm going to put --
3          A    So to this day which went past midnight
4  into this day, which is posted online on YouTube
5  currently right now this day.
6          Q    Are you referring to any Facebook posts?
7          A    You asked me online posts.  So Facebook,
8  YouTube, all of the social media platforms are online
9  postings.
10         Q    Okay.  And you --
11         A    YouTube was last night and this morning to
12 this very day.
13         Q    You identified last night's YouTube stream.
14 Are there more -- most recently before that, what would
15 be an online post calling you a child predator?
16         A    I would have to go back and look.  There's
17 so much information for me to go through.
18         Q    And then --
19         A    If you would have prepped me for this
20 question, I could have been better prepared.
21         Q    And then you state:  Their behavior is
22 escalating and they're harassing me in Ohio and in
23 Florida.  Did I read that correctly?
24         A    Which number are you on, please?
25         Q    It's nineteen or 20 maybe.

1               THE COURT:  You have two minutes.
2          A    Can I have the exact number?
3     BY MR. MATZKIN:
4          Q    No.  I'm going to move on to the next
5     question.
6               MR. MATZKIN:  May I have five extra
7     minutes?  I'm just --
8          A    I just found it on 19.
9               MR. MATZKIN:  Your Honor?
10              THE COURT:  You have until -- we're right
11    at 12:30.  You can go until 12:35 and that's it.
12              MR. MATZKIN:  I appreciate it.
13    BY MR. MATZKIN:
14         Q    It starts with "their behavior is
15    escalating."
16         A    I found it in 19.
17         Q    Yeah.  So they are harassing me in Ohio and
18    in Florida.  Is there something other or more recent in
19    Ohio than that email, Exhibit 78, to the mayor's
20    assistant?
21         A    Well, the aspect of online harassment has
22    no boundaries in regards to states and countries.  So
23    what specifically -- can you rephrase the question?
24         Q    No, I'm moving on to the next question.
25              MR. MATZKIN:  Exhibit 101 -- well, Exhibit