1   102, please.
2            (Defendants' Exhibit 102 was marked for
3   identification.)
4   BY MR. MATZKIN:
5        Q    Exhibit 102, could you read the -- out
6   loud -- the text beginning with "our haters" and
7   skipping the time stamp.
8        A    "Our haters can't stop talking about us
9   even when they have legal documents in their hands."
10  Even when they.
11       Q    Continue.
12       A    Know they're going to be sued even though
13  they know they're going to lose everything in a lawsuit
14  because a lawsuit isn't -- isn't to win a lawsuit.  It's
15  to make you spend all your money on a lawyer and
16  bankrupt you.  That's what -- that's what the win is.  I
17  could care less if I win in court.  If I win in court
18  situation, my goal is to make sure you have no money.
19  That is the goal of the lawsuit and what they do.
20  They -- what do they keep doing talking about us?
21       Q    Okay.  Now, I created this exhibit from
22  May 21st, 2023, What the Hales live stream of which the
23  link appears.  Do you doubt the accuracy of my cutting
24  and pasting of what you said on that date?
25       A    I do doubt it because I speak in complete