1  all over the internet.
2      Q    Whoa, whoa, whoa.  Did my clients put
3  pictures of the signs on the internet or did you put
4  pictures of the signs on the internet?
5      A    That's -- uh, in regards -- are you asking
6  in regards to Lynette and John?
7      Q    Do you have evidence that my clients posted
8  the signs on the internet; yes or no?
9      A    I can't recall currently.
10     Q    Thank you.  Number two -- no, number three.
11 The question was, what did your reasonable inquiry -- my
12 question is, what did your reasonable inquiry and review
13 of readily obtainable or known information consist of?
14          MR. SHOCHET:  Objection as to form.  Lacks
15 foundation.  You can answer.
16     A    Can you restate the question, please?
17 BY MR. MATZKIN:
18     Q    I need to move on from that question.  You
19 admit that Zim Padgett, Stephen Granger and Therese
20 Granger don't believe the statements on the signs,
21 correct?  You admitted that in number four.
22     A    Correct.
23     Q    Nevertheless, you weren't, uh, willing to
24 admit that the Grangers and Zim Padgett know the signs
25 were false, whereas you admitted that Deanna West does