1            MR. SHOCHET:  Objection as to form.
2    Competency.  You can answer.
3         A    I don't understand the question.
4    BY MR. MATZKIN:
5         Q    How are you going to prove that anybody saw
6    the signs while posted in the ground other than those
7    three people?
8            MR. SHOCHET:  Objection as to form.
9    Competency.  Also calls for attorney work product.  You
10   can answer.
11        A    I think number one, common sense.  They're
12   major roads and there have been many studies done on
13   those major roads in regards to whether Otter Creek
14   needs a light or not.  And those studies are all public
15   information.  So the aspect that people were driving on
16   roads, common sense tells you it's a road.  People drive
17   on it, and people saw it.  And not only is it just a
18   road.  It's very heavy traffic in the road.  And so,
19   uh, traffic studies --
20        Q    Traffic studies?
21        A    Can I please finish?
22        Q    I'm limited in time, Mr. Hales, and you
23   said traffic studies, and that answers my question.  So
24   my next question is, can you name anybody by name, an
25   individual?  You can certainly say cars drove by, but

1  can you identify any person other than Zim Padgett,
2  Therese Granger or Stephen Granger that saw the signs as
3  they were posted; yes or no?
4        A     If anybody else comes forward, I will name
5  them.
6        Q     Thank you.  Admission number two, can you
7  read out loud the question and your answer?
8        A     I don't have a question.
9        Q     Oh, it's not listed, is it?
10       A     Which is part of my confusion in your
11 questioning on this.  I don't have it.
12       Q     That's because your counsel didn't write
13 the admissions above the answer.  What other publication
14 do you know of, if any, of the defamatory roadside signs
15 by my clients?
16       A     Can you please restate the question?
17       Q     Other than the signs being stuck in the
18 ground, are you aware of any other publication?
19       A     Yes.  I'm aware that Lynette Preston has
20 posted online on Facebook that she didn't post signs.
21 John did.  I'm also aware that John Cook in his Ohio
22 court hearings, which he was found guilty for stalking,
23 stated that, what's it matter if Lynette posted the
24 signs?  What's that have to do with me?  I also know
25 that the signs are posted and pictures of the signs are