1  Report YouTube.  Report Facebook.  Report everything to
2  the point where YouTube did remove all of my links to my
3  options based on the reports of the anti What the Hales
4  media ecosystem, which is my main marketing towards my
5  options which is supplementing my current loss of income
6  on YouTube and Facebook, which now I'm going to lose
7  income on Whatnot as well due to it.
8  BY MR. MATZKIN:
9        Q    Okay.  So question:  Do you have evidence
10 that John Cook made direct contact with Whatnot of any
11 kind at any time?
12       A    I will contact Whatnot and find out who
13 contacted them.
14       Q    Do you have any evidence that Michelle
15 Preston -- Lynette Preston contacted Whatnot directly at
16 any time?
17       A    I have evidence of your client saying,
18 report everything that I do, which we actually looked at
19 in your exhibits earlier here this morning.
20       Q    Do you have evidence that Lynette Michelle
21 Preston directly contacted Whatnot?
22       A    I will contact Whatnot and find out if she
23 did.  But that's not the issue we're talking about.
24 We're talking about the issue with YouTube.
25       Q    No question.  No question.