UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JEREMY BRYAN HALES,

    Plaintiff,

v.                                            Case No.:1:24-cv-00045-ZCB

LYNETTE MICHELLE
LACY ALEXIS PRESTON
and
JOHN COOK,

    Defendants.
_____/

## MOTION FOR SUMMARY JUDGMENT ON COUNTERCLAIM FILED BY DEFENDANT COOK (Doc. 69)

Pursuant to Fed. R. Civ. P. 56(a), JEREMY BRYAN HALES ("Mr. Hales") - the Plaintiff/Counter-Defendant - moves for summary judgment on Defendant/Counter-Plaintiff Cook's Counterclaims as there is no genuine dispute as to any material fact and Mr. Hales is entitled to judgment as a matter of law. No facts of the case can be reasonably disputed. Defendant Cook cannot produce any evidence that suggests Mr. Hales did anything other than exercise his rights under the First Amendment to the United States Constitution guaranteeing freedom of the press and of speech.

Plaintiff/Counter-Defendant also submits his Memorandum of Law in support of this Motion.

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 11, 2025, I served on this day on all counsel of record, via email to the Service List below.

By: /s/ *Randall Shochet*
Randall Shochet, Esq.

## SERVICE LIST

Bruce Matzkin, Esq., pro hac vice
Attorneys for PRESTON and COOK
51 Pleasant Street, # 72
Malden, MA 02148
Brucematzkin1@gmail.com