

**Otter Creek friends and nei...**

**Lynette Michelle Preston** — 8-20-23
Admin · 1h

#1. I am not a whore Jeremy. I have never slept around that's why I was married so often.

#2. John is his own man I don't know why Jeremy attacks me due to John's behavior when he knows the truth.

#3. Again we do not live in filth ot a garage dump.

#4. I do not and have not ever beat my baby daughter. Shame on you Jeremy.

#5. John is not a sex offender or pedophile BUT I FIND IT FUNNY YOU HANG OUT WITH MEN THAT ARE AND YOU YOURSELF ARE DISGUSTING TOWARDS CHILDEN MAINLY FOCUSING ON LITTLE GIRLS CROTCHES..

#6. I'm my own person.