```
              UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF FLORIDA
                 GAINESVILLE DIVISION

         Case No. 1:25-cv-00045-AW-ZCB

JEREMY BRYAN HALES,

         Plaintiff,

vs.

LYNETTE MICHELLE LACY
ALEXIS PRESTON and
JOHN COOK,

         Defendants.
_____/

               EXCERPTS OF DEPOSITION

                         of

                   AMANDA MARTIN

           Taken on behalf of Plaintiff


      DATE TAKEN:   February 14, 2025
      TIME:         10:20 a.m. - 11:39 a.m.
      PLACE:        Levy County Courthouse
                    Bronson, Florida


    Examination of the witness taken before:


           Cynthia F. Leverett, FPR
         Certified Stenographic Reporter
         Notary Public, State of Florida
           www.NatureCoastReporters.com
             309 Northeast 1st Street
            Gainesville, Florida 32601
                   386-256-1457
```

```
                         APPEARANCES



ON BEHALF OF PLAINTIFF

     RANDALL SHOCHET, Esquire
     rshochet@shochetlaw.com
     Shochet Law Group
     409 North Main Street
     Trenton, Florida 32693
     352-354-4518



ON BEHALF OF DEFENDANT

     BRUCE MATZKIN, Esquire
     51 Pleasant Street, #72
     Malden, Massachusetts 02148
     Brucematzkin1@gmail.com

                              - - -
```

```
 1   WHEREUPON,
 2                        AMANDA MARTIN
 3   acknowledged having been duly sworn to tell the truth
 4   and testified upon his or her oath as follows:
 5                      DIRECT EXAMINATION
 6                           * * *
 7   BY MR. SHOCHET:
 8       Q.   In your office, did you hear about any road
 9   signs around town in Otter Creek?
10       A.   No.
11       Q.   You just heard there was a case?
12       A.   Yes.
13                           * * *
14                      CROSS-EXAMINATION
15   BY MR. MATZKIN:
16       Q.   Do you have any knowledge about road signs,
17   handwritten signs, calling Mr. Hales a child rapist?
18       A.   To be very honest, only through some of the
19   YouTubes that have been sent to me since all this.  I
20   didn't know anything about any of that when this was
21   going on, so just since that.
22       Q.   And since then, what comprises your knowledge
23   about this topic?  Is it just seeing YouTube videos?
24       A.   That is it.
25       Q.   On your own, or you say that people send them
```

```
 1   to you?
 2       A.   Yeah, I do not go and look at that.
 3       Q.   Who do you receive -- who do you receive
 4   YouTube like links from that prompt you to watch
 5   something?
 6       A.   I could not tell you by name.  I just have
 7   some very bored friends in life that -- that's just
 8   what they do.
 9       Q.   They thought you might be interested, so
10   they'll send it along to you, particularly with this
11   whole "What the Hale Bad Neighbor"?
12       A.   I call it a saga, but yes.
13       Q.   What do you call it?
14       A.   I call it a saga.
15       Q.   So you don't have any knowledge other than
16   what you just described, just watching some video
17   clips on YouTube?
18       A.   Yeah, and very minimal of that.  I don't have
19   any knowledge of any signs.
20
21
22
23
24
25
```

```
 1                    CERTIFICATE OF REPORTER

 2
     STATE OF FLORIDA
 3   COUNTY OF ALACHUA

 4            I, Cynthia F. Leverett, Stenographic Reporter
     and Notary Public in and for the State of Florida at
 5   Large, do hereby certify there came before me the
     witness herein, named AMANDA MARTIN, for the purpose
 6   of giving a deposition.
              I further certify that the deposition was
 7   recorded by me stenographically, and that the
     foregoing transcript is an excerpt of my stenographic
 8   record taken at the time and place indicated herein.
              I further certify that I am neither attorney
 9   or counsel for nor related to or employed by any of
     the parties to the action in which this deposition is
10   taken, that I am not a relative or employee of any
     attorney or counsel employed by the parties hereto nor
11   financially interested in the action.
              The foregoing certification of this
12   transcript does not apply to any reproduction of the
     same by any means unless under the direct control
13   and/or direction of me as the certifying stenographic
     reporter.
14

15            DATED this February 18, 2025.

16

17

18

19
                              _____
20                            Cynthia F. Leverett, FPR
                              Certified Stenographic Reporter
21

22

23

24

25
```