**Subject:** Re: Whatnot Contracts
**Date:** Monday, February 17, 2025 at 9:25:51 AM Eastern Standard Time
**From:** Bruce Matzkin

Mr. Shochet,

I do not know what machinations you are orchestrating by copying me on this communication. I have no obligation to provide a proposed order of confidentiality, although I did specifically provide a stipulation to maintain confidentiality, in writing, but you ignored that because your purpose has been to exploit the issue of the production of this contract for as long as possible in order to waste time and create issues for court motions, to generate YouTube content.

Mr. Kam should know that you are dragging him and his company into your client's scam of contrived litigation to create YouTube content for your client's storylines.

Mr. Kam may be interested to learn that as part of your and your client's litigation scam that you're now trying to involve Whatnot in, he committed perjury to trick the federal court into exercising jurisdiction by filing a false affidavit stating my clients made and were making "online posts calling him a child predator constantly and ongoing to this day," and that as counsel you did nothing to confirm whether there were any such online posts before you signed the motion opposition that relied on that perjured statement.

I would think any company would want to know if one of their prominent customers who regularly promotes his business with them, is falsely using them to support fake lawsuits.

*I invite Mr. Kam to reply here stating whether he, or anyone at Whatnot, has any information about either of my clients, John Cook or Michelle Preston, contacting Whatnot, or anyone else contacting Whatnot for the purpose of attempting to interfere with Jeremy Hales/WhatTheHales business with Whatnot. If Mr. Kam or someone on behalf of Whatnot would call me so I may inquire about that single question, I think there would be no need for me to subpoena him or Whatnot for documents or deposition.*

Mr. Kam may reach me at . If he prefers, I invite him to call me along with Whatnot's legal representative or to forward my name and number to the appropriate person to contact me. An informal call should be all that is necessary to avoid further involvement in this nonsense that you are trying to cause with your email.

Best regards,
Bruce Matzkin, Esq.

On Mon, Feb 17, 2025 at 8:19AM ██████████████████████ wrote:

> Hello Mr. Kam, I represent Jeremy Hales. Mr. Hales is a plaintiff in a federal lawsuit in which the Defendants have request requested that the agreements between my client and WhatNot be produced. The contract, as you know, requires the written consent of WhatNot in order to be produced, and also requires it to be produced pursuant to a court order.
>
> We currently don't have a court order, although I have suggested to my opponent (Attorney Matzkin – copied here) that we simply agree to such an order. There has been no proposed agreed order from my opponent.

Attorney Matzkin has requested that our firm draft a confidentiality agreement, and we will be doing so this week.

We anticipate this will be signed, but please advise as to the written consent of WhatNot.

Thank you, and if you have any questions or concerns, please do not hesitate to contact me.

**Sincerely,**

**Randall "Randy" Shochet, Esq.**

**Attorney at Law**



Shochet Law Group





The information contained in this e-mail and any attachments, is confidential and intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this communication is strictly prohibited. If you have received this communication in error, please immediately notify me by e-mail and delete the original message.

--
*Bruce Matzkin, Esq.*

*857 242 8614*