UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JEREMY B. HALES,
    Plaintiff,

vs.                        Case No.:  1:24cv45/ZCB

JOHN M. COOK, et al.,
    Defendants.
_____/

**<u>ORDER</u>**

This matter is before the Court on Defendants' "Amended Motion for Extension of Time to Disclose Rebuttal Expert" (Doc. 61).  Plaintiff has responded in opposition.  (Doc. 65).  In the motion, Defendants sought an extension of time to disclose a rebuttal handwriting expert. Defendants further stated that if the extension were to be denied, then they would assert counterclaims against Plaintiff and designate the expert not as a rebuttal expert but as an affirmative expert to testify in support of their counterclaims.  (Doc. 61 at 4).  Defendants have since filed such counterclaims against Plaintiff.  (Docs. 69 and 70).  In those counterclaims, Defendants deny writing the signs in question and claim Plaintiff created the signs.  (*Id*. at 10).  For all practical purposes, it appears that Defendants' motion has become moot based on the filing of

1

the counterclaims. Any handwriting expert retained (and properly and timely disclosed) by Defendants to support their affirmative counterclaims would be speaking to the same issues as an expert retained to rebut Plaintiff's allegations that Defendants created the signs. Accordingly, Defendants' "Amended Motion for Extension of Time to Disclose Rebuttal Expert" (Doc. 61) is **DENIED as moot**.

**SO ORDERED** this the 26th day of February 2025.

*s/ Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge