UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JEREMY B. HALES

v.                                                         Case No.: 1:24cv45/ZCB

JOHN M. COOK, et al.

## REFERRAL AND ORDER

Referred to Magistrate Judge Bolitho on  March 4, 2025
Type of Motion/Pleading: Motions to Dismiss Counterclaims
Filed by:  Plaintiff          on 2/24/2025    Docs.      85, 86

                                     JESSICA LYUBLANOVITS, CLERK
                                     OF COURT
                                     /s/ *Sylvia D. Williams*
                                     Deputy Clerk: Sylvia D. Williams

## ORDER

Upon consideration of the foregoing, it is **ORDERED** this 5th day of March 2025:

Plaintiff's motions to dismiss counterclaims (Docs. 85, 86) are **DENIED**. As Defendants' response in opposition (Doc. 90) has confirmed (and the Court itself had concluded based on its review of Defendants' answer), no counterclaims have been asserted against Plaintiff's counsel. Thus, there are no counterclaims against Plaintiff's counsel to dismiss.

                                     /s/ *Zachary C. Bolitho*
                                     Zachary C. Bolitho
                                     United States Magistrate Judge