UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | |
|---|---|
| **JEREMY B. HALES**, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 1:24-cv-45AW-ZCB |
| **LYNETTE MICHELLE LACEY ALEXIS PRESTON** | ) |
| and | ) |
| **JOHN COOK**, | ) |
| Defendants. | ) |

## MOTION FOR SANCTIONS INCLUDING JUDICIAL DEFAULT

Plaintiff JEREMY B. HALES ("Mr. Hales"), by and through undersigned counsel, pursuant to this Court's Order (Doc. 43), hereby moves for sanctions, including judicial default, and states:

In an Order dated 12/9/2024, this Court ruled:

> **Name-calling, personal attacks, and obstructionist behavior has no place in a deposition or any other proceeding in this case.** Experienced lawyers like the ones involved in this case should be able to control themselves and their clients. But they apparently cannot, which is why the Court will supervise the partial re-deposition. **Everybody in this case is now on notice**. **If this type of behavior continues, then there will be sanctions. Those sanctions will not be light—they may include stiff monetary penalties, dismissal of this**

> **action, and disciplinary proceedings against the attorneys**. *See generally Lee v. ESA P Portfolio Operating Lessee, LLC*, No. 20-CV-61071, 2021 1342157, at *3-4 (S.D. Fla. Mar. 18 2021) (dismissing action as a sanction for unacceptable deposition conduct); *Thomas v. Tenneco Packaging Co., Inc.*, 293 F.3d 1306, 1321 (11th Cir. 2002) (affirming disciplinary proceedings against counsel for, among other things, making "demeaning remarks about opposing counsel's physical traits and demeanor" and recognizing "that a federal court has the power to control admission to its bar and to discipline attorneys").

(Doc. 43).

Rule Regulating The Florida Bar 4-8.4 (Misconduct) states:

> **A lawyer shall not**: (d) Engage in conduct in connection with the practice of law that is prejudicial to the administration of justice, ***including to knowingly, or through callous indifference, disparage, humiliate, or discriminate against litigants, jurors, witnesses, court personnel, or other lawyers on any basis***, including, but not limited to, on account of race, ethnicity, gender, religion, national origin, disability, marital status, sexual orientation, age, socioeconomic status, employment or physical characteristic.[1]
>
> The Oath of Admission to The Florida Bar requires attorneys to maintain **the respect due to courts of justice and judicial officers**. Further, as provided in the

---

[1] Local Rule 11.1 (g) states: "Professional Conduct. An attorney must comply with the Rules of Professional Conduct that are part of the Rules Regulating The Florida Bar, as amended from time to time, or with any set of rules adopted by The Florida Bar in their place, unless federal law provides otherwise."

> Guidelines for Professional Conduct, **a lawyer always should interact with parties, counsel, witnesses, jurors or prospective jurors, court personnel, and judges with courtesy and civility, and should avoid undignified or discourteous conduct that is degrading to the court or the proceedings**.

*Fla. Bar v. Norkin*, 132 So. 3d 77, 90 (Fla. 2013).

Against this backdrop and in direct contravention of the above authorities, Attorney Matzkin ("Mr. Matzkin") has sent the following insulting and disparaging e-mails to his opposing counsel making derogatory statements regarding Mr. HALES and his opposing counsel:

### I. "Randy, You scumbag" (2-28-2025)

**From:** Bruce Matzkin <████████@gmail.com>
**Date:** Friday, February 28, 2025 at 7:06 PM
**To:** rshochet@shochetlaw.com <██████hochetlaw.com>
**Cc:** Michael Volpe <████████@gmail.com>, Richard Luthmann <████████@protonmail.com>
**Subject:** Doc # 6

**Randy,**

**You scumbag**.

**…
Before you stupidly an intelligence-insultingly respond (or let your imbecile of a client respond using your email)** ²

---

² Exhibit 1. **This is the exact same derogatory remark made by the Respondent in *Fla. Bar v. Norkin*, 132 So. 3d 77 (Fla. 2013)** ("Respondent approached Brooks in the hallway of the county courthouse and, in the presence of "at least four to six [other] attorneys," said very loudly that he had spoken to other

--
*Bruce Matzkin, Esq.*

## II.  "You're endlessly ridiculous" (2-26-2025)

**From:** Bruce Matzkin <▮▮▮▮@gmail.com>
**Date:** Wednesday, February 26, 2025 at 1:44 PM
**To:** rshochet@shochetlaw.com <▮▮▮▮ochetlaw.com>
**Subject:** Re: Responses to Requests 5, 11 & 12

You continue to refuse to explain what you claim is deficient and what "better responses" mean, and now say you'll do that in a formal letter.
**You're endlessly ridiculous**.  You could have explained the first time I asked and no formal letter changes that you've wasted all this time refusing to respond.[3]


## III.  Your conduct is always intended to create issues for motions to generate YouTube content.  POLAMOP. I will ensure your shenanigans result in the appropriate discovery orders. (1-31-2025)

From: Bruce Matzkin <b▮▮▮▮@gmail.com>
Date: Friday, January 31, 2025 at 9:14 AM
To: rshochet@shochetlaw.com <▮▮▮▮.com>
Subject: Rule 7.1(B) -- confer re Whatnot contract

Counsel,

Please produce a copy of the Whatnot contract.  You ignored my offers to maintain confidentiality and then insisted on a "joint" motion.  No motion is needed, just

---

attorneys and confirmed that Brooks was "underhanded and a **scumbag**. The referee found that Norkin's letters, e-mails, and public insults disparaged and humiliated Brooks.") *Fla. Bar v. Norkin*, 132 So. 3d at 86.

[3] Exhibit 3

you proposing terms of confidentiality that I can decide to agree to.  It's your obligation to seek such a protective order, I have no obligation to participate in a joint motion.

You can simply send me the terms of whatever confidentiality order you would seek, so I can decide if to agree without the necessity of you filing a motion.

If you neither move for an order of protection/confidentiality nor respond here to provide the terms you need me to agree to for maintaining confidentiality, I will move to preclude introduction of the Whatnot contract as evidence. **I realize your conduct is always intended to create issues for motions to generate YouTube content.  POLAMOP.**

**I will ensure your shenanigans result in the appropriate discovery orders.**

Best regards,
--
*Bruce Matzkin, Esq.* [4]

---

[4] Exhibit 4. This was responded to by the undersigned, "Counsel, what we need is an agreed order of confidentiality. This is what we discussed with the magistrate. Thank you for finally clearing up that you wish us to provide the confidentiality agreement. We will do so – allow a few more days. **Also, you really should stop disparaging opposing parties, attorney's, witnesses, etc. In fact, I urge you to do it. Please stop it.**

    **Sincerely,**
    **Randall "Randy" Shochet, Esq.**
    **Attorney at Law**
    

    Shochet Law Group

Also,

## IV.  POLAMOP! (2-5-2025)

**From:** Bruce Matzkin <brucematzkin1@gmail.com>
**Date:** Wednesday, February 5, 2025 at 10:25 AM
**To:** rshochet@shochetlaw.com <rshochet@shochetlaw.com>
**Subject:** Re: Stipulation to leave out 540.08 claim and you drop state court motion; Offer of settlement for Forman

**POLAMOP!** [5]

## V.  Adopting The 🍆 Emoji (penis) (2-8-2025)[6]

**From:** Bruce Matzkin <brucematzkin1@gmail.com>

**From:** rshochet@shochetlaw.com <rshochet@shochetlaw.com>
**Date:** Thursday, February 6, 2025 at 10:19 AM
**To:** Bruce Matzkin <brucematzkin1@gmail.com>
**Subject:** Re: Stipulation to leave out 540.08 claim and you drop state court motion; Offer of settlement for Forman

Counsel, I strongly, **once again**, urge you to cease from making derogatory remarks towards opposing counsel, witnesses and parties.

**Sincerely,
Randall "Randy" Shochet, Esq.**

---

[5] Exhibit 5.

[6] The "aubergine" or "eggplant" emoji is commonly used to represent a penis in sexting conversations. This usage has been noted to be common, particularly in the United States as well as in Canada. See https://en.wikipedia.org/wiki/Eggplant_emoji#cite_note-12

Sent: Saturday, February 8, 2025 8:42:28 AM
To: Richard Luthmann <richard.luthmann@protonmail.com>
Cc: **rshochet**@shochetlaw.com <**rshochet**@shochetlaw.com>; Michael Volpe <mvolpe998@gmail.com>; Rabbi Jacob Bellinsky <jbellinsky@gmail.com>
Subject: Re: Press Inquiry on Hales v. Preston and Cook

Dear Mr. Luthmann,

**May I suggest another question** for you **to include for Attorney Shochet to respond to**:
"What due diligence did you perform before submitting your **client's perjured affidavit** alleging the defendants made online statements calling him a child predator in order to influence exercise of federal jurisdiction?"

**The attached affidavit, para. 19, contains the perjury.** The judge explicitly cited it in denying a 12(b)(1) motion to dismiss, exercising federal jurisdiction based on the minimum amount in controversy in reliance on the perjury.

Best regards,
Bruce Matzkin

On Sat, Feb 8, 2025 at 8:30 AM Richard Luthmann <richard.luthmann@protonmail.com> wrote:
Attorney Shochet,

I have a couple of press questions about you and your client Jeremy Hales and his ongoing federal court litigation:

1. Have you discussed the harmful Anti-Semitic statements Mr. Hales continues to make including "Deuce Foreskin," slights about Attorney Matzkin's nose, and brazen suggestions that Matzkin should "Find Jesus"?

2. Have you tried to counsel Mr. Hales against hate? Rabbi Bellinsky is copied hereto in case you need additional resources to combat Anti-Semitism.

3. Is you client accepting the generous settlement offer put forward by Preston and Cook?

4. Explain to me how putting forward a settlement offer to end litigation in federal

court can violate a state protective order in a far away state? **Did you sleep through law school when they taught about communications made for express legal purposes of the supremacy clause**? I'm not trying to be a dick. I'm just trying to get where your client is coming from.

5. Does your client "need" this case to continue because he couldn't produce interesting content otherwise?

6. **How is your client remunerating Megan Fox, TUG, and the rest of his YouTube Echo Chamber? Is it money, traffic, clicks, a combination or something else**? (🍆 Garden vegetables?)

Thanks in advance for your client's responses.

Regards,

Richard Luthmann
Writer, Journalist, and Commentator
Tips or Story Ideas:
Muck Rack Profile
Substack: This is For Real?
Contributor: Frank Report
Editor-In-Chief: FLGulf.news
Contributor: Sun Bay Paper
Follow Me on TRUTH

Sent from Proton Mail Android
--
*Bruce Matzkin, Esq.* [7]

### VI.  Calling his opposing counsel "Clounsel"

**From:** Bruce Matzkin <▇▇▇▇▇▇@gmail.com>
**Date:** Thursday, February 27, 2025 at 12:46 PM

---

[7] Exhibit 6.

**To:** rshochet@shochetlaw.com <​shochetlaw.com>
**Cc:** Doreen Inkeles <​hochetlaw.com>
**Subject:** Your new lawsuit

Dear **Clounsel,**

I assume you have no malpractice carrier in light of your background, but if you do then I recommend you place them on notice and invite them to contact me through their counsel.

Best regards,
--
*Bruce Matzkin, Esq.*

While there are other examples, these suffice for the purposes of this motion. Mr. Matzkin's emails evince bad faith in his conduct towards opposing counsel and the opposing party. They fly in the face of, and were all sent after, this Court's order warning of severe sanctions (Doc. 43).

The emails are saturated with invective directed at opposing counsel. There is a great many other examples of Mr. Matzkin's public broadcasts which are of similar nature, should the Court request those.

While passionate and zealous advocacy may be one thing, Mr. Matzkin's emails cross the line into sanctionable misconduct. *The Emails are evidence of bad faith justifying the revocation of his pro hac vice status*.[8]

---

[8] The undersigned is fully aware and cognizant that this Court has previously characterized a statement he made which may have been taken out of context, because the context was asking attorneys to stipulate to a prior restraint of his client's

**WHEREFORE**, Plaintiff hereby requests this Court issue sanctions against Mr. Matzkin, praying that these sanctions "will not be light," and that they include revocation of his Pro Hac Vice status, monetary penalties, judicial default, dismissal of the counterclaims, and disciplinary proceedings.

Respectfully submitted,

SHOCHET LAW GROUP
Attorneys for Jeremy B. Hales
409 N. Main Street
Trenton, FL 32693
By: /s/ Randall Shochet
Randall Shochet, Esq.
FBN.: 959421
attorneys@counsel.insure

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 13, 2025, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served on this day on all counsel of record, via email to the Service List below.

By: /s/ *Randall Shochet*
Randall Shochet, Esq.

---

rights under the United States Constitution. The suggestion was made multiple times over the email string and by phone. Each time it was correctly and properly rejected out of hand. Attorneys are sworn to uphold the Constitution of the United States of America. This is what was meant by lacking basis in all jurisprudence.

## **SERVICE LIST**

Bruce Matzkin, Esq., pro hac vice
Attorneys for PRESTON and COOK
51 Pleasant Street, # 72
Malden, MA 02148
Brucematzkin1@gmail.com