**Subject:** Doc # 6
**Date:** Friday, February 28, 2025 at 7:06:47 PM Eastern Standard Time
**From:** Bruce Matzkin
**To:** rshochet
**CC:** Michael Volpe, Richard Luthmann

Randy,

You scumbag.

   RULE 4-4.4 RESPECT FOR RIGHTS OF THIRD PERSONS (a) In representing a client, a lawyer may not use means that have no substantial purpose other than to embarrass, delay, or burden a third person or knowingly use methods of obtaining evidence that violate the legal rights of such a person.

You better take steps to remove addresses from the public docket in Doc # 6.

Before you stupidly an intelligence-insultingly respond (or let your imbecile of a client respond using your email) that my threat of a grievance is a violation of Florida Rule of Professional Conduct 4-3.4(g) -- as I have known since the outset how determined you have been to get me to "violate" it -- this threat is not "solely to obtain an advantage in a civil matter."  It gives no advantage. There is no requirement for the summonses to be filed with parties' addresses... you did that on purpose to dox our addresses.  You are the worst of the worst of all the dirtbag lawyers I've ever dealt with.

If anyone's address gets doxed because of someone getting it from these summonses, I will immediately file a grievance against you.

Each of the defendants is Bcc'd on this and they can decide what to do on their own behalf.  You'll face multiple Rule 11 motions and vexatious litigation lawsuits in addition to bar complaints.

The journalists can ask for your comment if they wish.

--
*Bruce Matzkin, Esq.*

