**Subject:** Re: Responses to Requests 5, 11 & 12
**Date:** Wednesday, February 26, 2025 at 1:44:27 PM Eastern Standard Time
**From:** Bruce Matzkin
**To:** rshochet

You continue to refuse to explain what you claim is deficient and what "better responses" mean, and now say you'll do that in a formal letter.  You're endlessly ridiculous.  You could have explained the first time I asked and no formal letter changes that you've wasted all this time refusing to respond.

On Wed, Feb 26, 2025 at 1:37 PM XXXXXXXXXXX <rshoche XXXXXXXXX> wrote:

> Counsel, I assume you have read the order of today denying your motion. Your second response is insufficient, as I have said all along. Your boilerplate objections failed, so please respond **to the other remaining requests**. Your attempts to renew any objections are inadequate and inappropriate at this point - per the order of today.
>
> If you have no responsive documents, other than what you have produced to all remaining requests, I ask that you respond as you did for a requests on 5, 11 and 12. However, if you are saying you don't have your own legal services agreement available, that's going to be a problem.
>
> I suggest you take a reasonable amount of time to do a diligent search with your clients participating.
>
> If something was available, and it's now deleted pursuant to the request instructions, you must say so. We already have proof of her deleting her entire Facebook group, for example. I'm trying to narrow the issues here.
>
> You will be receiving next week *a formal deficiency letter* - if we can't get this resolved. This is to protect everyone and because you have been avoiding phone calls on the subject for almost 10 days now.
>
> I look forward to your response.
>
> **Sincerely,**