**Subject:** Rule 7.1(B) -- confer re Whatnot contract
**Date:** Thursday, March 13, 2025 at 1:33:14 PM Eastern Daylight Time
**From:** rshochet XXXXXXX

---

**From:** Bruce Matzkin <brucematzkin XXXXXXX>
**Date:** Friday, January 31, 2025 at 9:14 AM
**To:** rshochet XXXXXXXXX <rshochet XXXXXXXXX>
**Subject:** Rule 7.1(B) -- confer re Whatnot contract

Counsel,

Please produce a copy of the Whatnot contract. You ignored my offers to maintain confidentiality and then insisted on a "joint" motion. No motion is needed, just you proposing terms of confidentiality that I can decide to agree to. It's your obligation to seek such a protective order, I have no obligation to participate in a joint motion.

You can simply send me the terms of whatever confidentiality order you would seek, so I can decide if to agree without the necessity of you filing a motion.

If you neither move for an order of protection/confidentiality nor respond here to provide the terms you need me to agree to for maintaining confidentiality, I will move to preclude introduction of the Whatnot contract as evidence.

==I realize your conduct is always intended to create issues for motions to generate YouTube content. POLAMOP.==
==I will ensure your shenanigans result in the appropriate discovery orders.==

Best regards,
--
*Bruce Matzkin, Esq.*

*857 242 8614*