**Subject:** Re: Stipulation to leave out ▮▮▮▮▮▮▮▮▮▮▮ for Forman
**Date:** Thursday, February 6, 2025 at 10:19:20 AM Eastern Standard Time
**From:** rshochet
**To:** Bruce Matzkin

Counsel, I strongly, **once again**, urge you to cease from making derogatory remarks towards opposing counsel, witnesses and parties.

**Sincerely,
Randall "Randy" Shochet, Esq.
Attorney at Law**


Shochet Law Group

The information contained in this e-mail and any attachments, is confidential and intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this communication is strictly prohibited. If you have received this communication in error, please immediately notify me by e-mail and delete the original message

**From:** Bruce Matzkin <brucematzkin▮▮▮▮▮▮▮>
**Date:** Wednesday, February 5, 2025 at 10:25 AM
**To:** rshochet ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮>
**Subject:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

==POLAMOP!==

On Wed, Feb 5, 2025 at 10:22 AM rshochet ▮▮▮▮▮▮▮▮▮ <rshochet ▮▮▮▮▮▮▮▮▮> wrote:

> We disagree. Your offer is also rejected.
>
> **Sincerely,
> Randall "Randy" Shochet, Esq.
> Attorney at Law**
> 
>
> Shochet Law Group
>