

**From:** Bruce Matzkin <brucematzkin████████>
**Sent:** Saturday, February 8, 2025 8:42:28 AM
**To:** Richard Luthmann <richard.luthmann████████>
**Cc:** rshochet████████████████████████; Michael Volpe <mvolpe████████>; Rabbi Jacob Bellinsky <jbellinsky████████>
**Subject:** Re: Press Inquiry on Hales v. Preston and Cook

Dear Mr. Luthmann,

May I suggest another question for you to include for Attorney Shochet to respond to:

"What due diligence did you perform before submitting your client's perjured affidavit alleging the defendants made online statements calling him a child predator in order to influence exercise of federal jurisdiction?"

The attached affidavit, para. 19, contains the perjury. The judge explicitly cited it in denying a 12(b)(1) motion to dismiss, exercising federal jurisdiction based on the minimum amount in controversy in reliance on the perjury.

Best regards,
Bruce Matzkin

On Sat, Feb 8, 2025 at 8:30 AM Richard Luthmann <richard.luthmann████████>  wrote:

> Attorney Shochet,
>
> I have a couple of press questions about you and your client Jeremy Hales and his ongoing federal court litigation:
>
> 1. Have you discussed the harmful Anti-Semitic statements Mr. Hales continues to make including "Deuce Foreskin," slights about Attorney Matzkin's nose, and brazen suggestions that Matzkin should "Find Jesus"?
>
> 2. Have you tried to counsel Mr. Hales against hate? Rabbi Bellinsky is copied hereto in case you need additional resources to combat Anti-Semitism.
>
> 3. ████████████████████████████████

4. Explain to me how putting forward a settlement offer to end litigation in federal court can violate a state protective order in a far away state? Did you sleep through law school when they taught about communications made for express legal purposes of the supremacy clause? I'm not trying to be a dick. I'm just trying to get where your client is coming from.

5. Does your client "need" this case to continue because he couldn't produce interesting content otherwise?

6. How is your client remunerating Megan Fox, TUG, and the rest of his YouTube Echo Chamber? Is it money, traffic, clicks, a combination or something else? (🍆 Garden vegetables?)

Thanks in advance for your client's responses.

Regards,

Richard Luthmann
Writer, Journalist, and Commentator
Tips or Story Ideas:



Muck Rack Profile
Substack: This is For Real?
Contributor: Frank Report
Editor-In-Chief: FLGulf.news
Contributor: Sun Bay Paper
Follow Me on TRUTH

Sent from Proton Mail Android


--
*Bruce Matzkin, Esq.*

