UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JEREMY B. HALES

v.  Case No.: 1:24cv45/ZCB

JOHN M. COOK, et al.

## REFERRAL AND ORDER

Referred to Magistrate Judge Bolitho on  March 13, 2025
Type of Motion/Pleading:   Motion for Sanctions
Filed by:   Plaintiff        on 3/13/25     Doc.     96

                                              JESSICA LYUBLANOVITS, CLERK
OF COURT
/s/ *Sylvia D. Williams*
Deputy Clerk: Sylvia D. Williams

## ORDER

Upon consideration of the foregoing, it is **ORDERED** this 13th day of March 2025:

Plaintiff has filed a motion for sanctions. (Doc. 96). The Court will require Defendants to expedite their response in opposition. Accordingly, Defendants must file a response to Plaintiff's motion for sanctions by no later than 5:00 p.m. (central) on March 20, 2025.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

1