UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JEREMY B. HALES,
    Plaintiff,

vs.                                 Case No.:  1:24cv45/ZCB

JOHN M. COOK, et al.,
    Defendants.
_____/

## ORDER TO SHOW CAUSE

Plaintiff has filed a Motion for Sanctions (Doc. 96). The motion alleges that Defendants' counsel has engaged in unprofessional conduct. The Court has ordered Defendants' counsel to respond to the motion by March 20, 2025. (Doc. 97). As part of that response, Defendants' counsel should show cause as to why the Court should not revoke the privilege of *pro hac vice* status that has been granted to him in this case. *See Estate of Rowell v. Walker Baptist Med. Ctr.*, 290 F.R.D. 549, 554 n.19 (N.D. Ala. Jan. 30, 2013) (explaining that "permission to appear *pro hac vice* is a privilege, the granting of which is within the sound discretion of the presiding judge, and which can be revoked if [counsel] continue to violate the professional standards of this District") (cleaned up).

A hearing on this matter will be held **Thursday, April 3, 2025, at 1:00 p.m. (central)** in Courtroom 3 South, U.S. Courthouse, 1 N. Palafox St., Pensacola, Florida.  There is no need for the individual parties to attend the hearing, but counsel for the parties are required to attend.  Any requests to appear remotely will be denied.  Any requests to hold the hearing at a location other than Pensacola will also be denied.[1]

**SO ORDERED** this the 14th day of March 2025.

*s/ Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

---

[1] The Court previously indicated that it would *consider* holding pretrial hearings in Gainesville.  That remains true as a general matter, but the Court will not hold this particular hearing in Gainesville.  There is no need for the individual parties to attend because the hearing will focus solely on the conduct of counsel.  Thus, there is no inconvenience to the individual parties by holding the hearing in Pensacola.  Also, (per Expedia) there is no significant difference in the flight options or costs for Boston to Pensacola and Boston to Gainesville.