UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JEREMY B. HALES

v.                               Case No.: 1:24cv45/ZCB

JOHN M. COOK, et al.

## REFERRAL AND ORDER

Referred to Magistrate Judge Bolitho on  March 17, 2025
Type of Motion/Pleading:   Motion to Strike
Filed by:  Defendants          on 3/16/25     Doc.      100

JESSICA LYUBLANOVITS, CLERK OF COURT
/s/ *Sylvia D. Williams*
Deputy Clerk: Sylvia D. Williams

## ORDER

It is **ORDERED** this 17th day of March 2025:

Defendants' Motion to Strike (Doc. 100) is denied to the extent it sought to strike Plaintiff's Motion for Sanctions (Doc. 96). It is granted to the extent it sought an extension of the response deadline for the Motion for Sanctions. Defendants' response deadline is extended to **5:00 p.m. (central) on March 25, 2025**. Because every motion or filing in this case seems to beget another motion or filing, the Court will go ahead and preemptively state that Plaintiff will not be given permission to file a reply memorandum in support of his motion for sanctions. So, there is no need to file a motion asking. *See* N.D. Fla. Loc. R. 7.1(I) (stating that parties "ordinarily may not file a reply memorandum in support of a motion," unless the Court grants leave).

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge