UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JEREMY B. HALES

v.                              Case No.: 1:24cv45/ZCB

JOHN M. COOK, et al.

**REFERRAL AND ORDER**

Referred to Magistrate Judge Bolitho on  March 24, 2025

Type of Motion/Pleading:    Request for Order Dismissing Counterclaims Two and Three; Request for Leave to Effect Alternative Service of Deposition Subpoena

Filed by:    Defendants      on 3/24/25      Docs.      111, 112

JESSICA LYUBLANOVITS, CLERK OF COURT
/s/ *Sylvia D. Williams*
Deputy Clerk: Sylvia D. Williams

**ORDER**

Upon consideration of the foregoing, it is **ORDERED** this 24th day of March 2025:

Defendants have filed a "Request for Order Under FRCP 41(a)(2) Dismissing Counterclaim Counts Two and Three" (Doc. 111) and a "Request for Leave to Effect Alternative Service of Deposition Subpoena" (Doc. 112). The Court will require Plaintiff to expedite his response to these motions. Accordingly, Plaintiff must file a response to Defendants' motions (Docs. 111, 112) by 12:00 p.m., noon (central), on March 28, 2025.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

1