UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JEREMY B. HALES

v.                                    Case No.: 1:24cv45/ZCB

JOHN M. COOK, et al.

### REFERRAL AND ORDER

Referred to Magistrate Judge Bolitho on  March 28, 2025

Type of Motion/Pleading: Request for Order Under FRCP 41(a)(2) Dismissing Counterclaim Counts Two and Three

Filed by:  Defendants           on 3/23/2025    Doc.      111

JESSICA LYUBLANOVITS, CLERK OF COURT
/s/ *Sylvia D. Williams*
Deputy Clerk: Sylvia D. Williams

### ORDER

Upon consideration of the foregoing, it is **ORDERED** this 28th day of March 2025:

Defendants have moved to voluntarily dismiss Counts Two and Three of their counterclaims. (Doc. 111). Plaintiff does not object to Defendants' motion. (Doc. 119). Accordingly, Defendants' motion (Doc. 111) is **GRANTED** to the extent that Counts Two and Three of Defendants' counterclaims are voluntarily **DISMISSED without prejudice**. *See* Fed. R. Civ. P. 41(a)(2) (allowing the Court to voluntarily dismiss claims upon the claimant's request). Plaintiff's motions to dismiss (Docs. 109, 110) remain pending as to Count One of Defendants' counterclaims.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge