UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| **JEREMY B. HALES,** | : | Civil Action No.: |
| | : | 1:24-CV-00045-AW-ZCB |
| **Plaintiff,** | : | |
| v. | : | |
| | : | |
| LYNETTE MICHELLE LACEY ALEXIS PRESTON | : | |
| and | : | |
| JOHN COOK, | : | |
| | : | |
| **Defendants** | : | |

## WITHDRAWAL OF COUNSEL and REQUEST FOR STAY

The undersigned has been discharged as counsel by defendants Lynette (Michelle) Preston and John Cook.

In accordance with Florida Rule of Professional Conduct 4-1.16(a)(3), the undersigned withdraws his appearance.

To enable defendants Preston and Cook to apply for or hire counsel, and on their behalf, the undersigned respectfully requests a stay in the discretion of the Court.

*/s/ Bruce Matzkin*
51 Pleasant Street, # 72
Malden, MA 02148
Brucematzkin1@gmail.com

## CERTIFICATION

I hereby certify that on April 3, 2025, a copy of the foregoing was emailed to counsel of record for the plaintiff:

Randall Shochet, Esq
Shochet Law Group
Attorneys for Jeremy B. Hales
rshochet@shochetlaw.com

*/s/ Bruce Matzkin*