# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION
#### Civil Hearing Minutes

**Case Style:**           *Hales v. Preston, et al.; 1:24cv45-ZCB*

**Type of Hearing:**      **Show Cause Hearing (ECF 98)**

**Time Commenced:**    **1:01 p.m.**          **Time Concluded:**      **1:49 p.m.**

**Presiding:**            **Zachary C. Bolitho, U.S. Magistrate Judge**

**Court Reporter:**       **Heidi Doogan**

**Courtroom Deputy:**     **Sylvia Williams**

---

**<u>Attorney(s) for Plaintiffs</u>:**
**Randall Shochet, Esquire**
**Jeremy Hales, Pla**

**<u>Attorney(s) for Defendants</u>:**
**Bruce Matzkin, Esquire (failed to appear)**

This hearing included attendance by:

      Videoconferencing/ZOOM:          ___ YES      _X__ NO

      Telephone:                       ___ YES      _X__ NO

**Filed 4/3/2025**
**CRD initials: sdw**