UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JEREMY B. HALES

v.   Case No.: 1:24cv45/ZCB

JOHN M. COOK, et al.

## REFERRAL AND ORDER

Referred to Magistrate Judge Bolitho on   April 10, 2025
Type of Motion/Pleading:   Motion for Attorney Fees Under 28 U.S.C. § 1927
Filed by:   Defendants   on 4/10/25   Docs.   131

JESSICA LYUBLANOVITS, CLERK OF COURT
/s/ *Sylvia D. Williams*
Deputy Clerk: Sylvia D. Williams

## ORDER

Upon consideration of the foregoing, it is **ORDERED** this 10th day of April 2025:

Defendants have filed a Motion for Attorney Fees Under 28 U.S.C. § 1927. (Doc. 131). The Court will require Plaintiff to expedite his response. Accordingly, Plaintiff must file a response to Defendants' motion (Doc. 131) **on or before April 18, 2025**. Other than Plaintiff's filing his response to Doc. 131, no further filings (absent a true emergency) should be submitted in this case until the Court resolves the issue of sanctions against Defendants' counsel and his pending motion to withdraw. The discovery deadline is also **STAYED** until further order of the Court.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

1