UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JEREMY B. HALES,
    Plaintiff,

vs.                                     Case No.: 1:24CV45/ZCB

JOHN M. COOK, et al.,
    Defendants.
_____/

## ORDER

This matter is before the Court on a Motion to Withdraw as Attorney (Doc. 126) that was filed by Defendants' counsel. In the motion, Defendants' counsel states that he seeks to withdraw because his clients have discharged him as their attorney. Upon review of the motion, it is hereby **ORDERED** that:

1. The Motion to Withdraw as Attorney (Doc. 126) is **GRANTED**. Bruce P. Matzkin is relieved of further representation of Defendants in this case.

2. The Court will reserve jurisdiction to decide the issue of sanctions against Mr. Matzkin. Therefore, the Clerk of Court shall ensure that Mr. Matzkin continues to receive docket entry notifications even though he is no longer counsel for Defendants.

3. Mr. Matzkin must provide Defendants with a copy of this Order. He must also provide Defendants with a complete and accurate copy of their entire file within seven days of this Order.

4. Except for the previously ordered response by Plaintiff to Doc. 131, this matter is **STAYED for thirty days** from today's date to allow Defendants time to locate new counsel. If new counsel does not enter an appearance within that thirty-day period, then the case will proceed with Defendants representing themselves.

**SO ORDERED** this the 14th day of April 2025.

                                                                   *s/ Zachary C. Bolitho*
                                                                   Zachary C. Bolitho
                                                                   United States Magistrate Judge