# UNITED STATES DISTRICT COURT
**NORTHERN DISTRICT OF FLORIDA**
**OFFICE OF THE CLERK**

# MEMORANDUM

**DATE:** May 14, 2025

**TO:** Parties

**FROM:** Sylvia Williams, Courtroom Deputy to
U.S. Magistrate Judge Zachary C. Bolitho

**RE:** **Conference Call Instructions**
**1:24cv45-ZCB**
**Hales v. Preston, et al.**

Please refer to the following Webex call-in instructions to connect to the **Status Conference scheduled on Thursday, May 29, 2025 @ 11:00AM CST/ 12:00PM EST** before Judge Zachary C. Bolitho.

**Please dial into the conference call at least 5 minutes prior** to the hearing time shown above. The court will be dialing into the conference call as the host. Remember to **mute your phone immediately on joining the call and when you are not speaking**. Please do not place your phone on hold; otherwise, everyone on the call will hear your office on hold music.

- To connect to the conference call, dial: **1-855-244-8681**
- When prompted for the Access code/Meeting number, enter: **2317 870 7590#**
- The court will connect as the host, please press #
- When prompted for the Attendee ID, press # to continue.

If you have questions in advance of the hearing, feel free to contact me at (850) 470-8141 or sylvia_williams@flnd.uscourts.gov. Should your call become disconnected at any time during the hearing, repeat the instructions above to re-connect. If you encounter further problems connecting to the call during the hearing, please contact the Clerk's Office at (850) 435-8440 and a deputy clerk will relay a message to myself or an IT staff member. Thank you.