UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JEREMY B. HALES

v.                                              Case No.: 1:24cv45/ZCB

JOHN COOK, et al.

## REFERRAL AND ORDER

Referred to Magistrate Judge Bolitho on   May 29, 2025
Type of Motion/Pleading:   N/A
Filed by:   N/A              on N/A         Doc.         N/A

JESSICA LYUBLANOVITS, CLERK OF COURT
/s/ *Sylvia D. Williams*
Deputy Clerk: Sylvia D. Williams

## ORDER

Upon consideration of the foregoing, it is **ORDERED** this 29th day of May 2025:

This case was stayed on April 14, 2025, to allow Defendants time to obtain new counsel. On May 29, 2025, the Court held a telephonic hearing to determine the status of Defendants' representation by counsel. During the hearing, Defendant Preston stated that she was in the process of retaining counsel. She requested a 14-day extension to finalize her representation. Plaintiff did not oppose the extension request. Accordingly, this case remains **STAYED**. The Court will hold a hearing with the parties in approximately 14 days at which time the Court will ascertain the status of Defendants' representation. The stay will remain in effect until further order of the Court. Defendants should not anticipate any additional extensions.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

1