UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**HALES**

**vs**           CASE NO.    1:24cv45-ZCB

**PRESTON, et al.**
_____/

NOTICE OF ZOOM HEARING

**TAKE NOTICE** a proceeding in this case has been scheduled for the place, date and time set forth below:

| | |
|---|---|
| **Place:** | United States District Court<br>One North Palafox Street<br>Pensacola, FL 32502 |
| **Location:** | Courtroom 3 South |
| **Date:** | June 12, 2025 |
| **Time:** | 10:00am CST |
| **Proceeding:** | Zoom Status Conference (Zoom link will be provided) before the Honorable Zachary C. Bolitho, U.S. Magistrate Judge |

**JESSICA J. LYUBLANOVITS,**
**CLERK OF COURT**

May 30, 2025        **/s/** *Sylvia Williams*
DATE:                      Deputy Clerk

Copies furnished to:

Counsel of Record
Pro Se Defendants via USPS