# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION
## Civil Hearing Minutes

| | |
|---|---|
| **Case Style:** | *Hales v. Preston, et al.; 1:24cv45-ZCB* |
| **Type of Hearing:** | Zoom Status Conference |
| **Time Commenced:** | 10:01 a.m.         **Time Concluded:** 10:49 a.m. |
| **Presiding:** | Zachary C. Bolitho, U.S. Magistrate Judge |
| **Court Reporter:** | Heidi Doogan |
| **Courtroom Deputy:** | Sylvia Williams |

**Attorney(s) for Plaintiffs:**
Randall Shochet, Esquire
Jeremy Hales, Pla

**Attorney(s) for Defendants:**
Lynette Preston, Def
John Cook, Def

This hearing included attendance by:

       Videoconferencing/ZOOM:     _X_ YES    ___ NO

       Telephone:     ___ YES    ___ NO

**Filed 6/12/2025**
**CRD initials: sdw**