UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JEREMY B. HALES,
     Plaintiff,

v.                                Case No. 1:24cv45/ZCB

JOHN M. COOK, et al.,
     Defendants.
_____/

## AMENDED FINAL SCHEDULING ORDER

This case has been stayed to allow Defendants to obtain new counsel after their prior counsel withdrew. (Docs. 133, 140, 144). On June 12, 2025, the Court held a hearing to determine the status of Defendants' representation by counsel. (Doc. 146).

During the hearing, Defendant Preston stated that she was finalizing the hiring of counsel and Defendant Cook stated that he intends to proceed *pro se*. The Court, therefore, advised the parties that it would lift the stay in this case and set new deadlines. Consistent with the discussion at the hearing,[1] the Court **ORDERS** the following:

---

[1] There was a discussion at the hearing about ordering the case to mediation. Based on that discussion, the Court does not believe it would be productive to order the case to mediation at this time. But the Court reserves the right to order the case to mediation at a later date.

1.      With respect to any matters not addressed herein, the Final Scheduling Order (Doc. 37) remains in effect.

2.      The Court's previous stay of this case (Docs. 133, 140, 144) is **LIFTED**.

3.      Defendants have **fourteen days** from the date of this order to respond to Plaintiff's motions to dismiss counterclaims.  (Docs. 109, 110).

4.      Plaintiff has **fourteen days** from the date of this order to respond to Defendants' motion to dismiss under Fed. R. Civ. P. 41(b) (Doc. 117).

5.      The deadline for filing motions to compel discovery is **June 17, 2025**.  The deadline for the completion of all discovery is **June 17, 2025**.

6.      Dispositive motions (including motions for summary judgment) and *Daubert* motions shall be filed no later than **July 8, 2025.**  Each party may file only one summary judgment motion.

**DONE AND ORDERED** this 12th day of June 2025.

/s/ *Zachary C. Bolitho*

Zachary C. Bolitho
United States Magistrate Judge