## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **JEREMY B. HALES,** : | Civil Action No.: |
| : | 1:24-CV-00045-AW-ZCB |
| **Plaintiff,** : | |
| v. : | |
| : | |
| **LYNETTE MICHELLE LACEY ALEXIS PRESTON** : | |
| and : | |
| **JOHN COOK,** : | |
| : | |
| **Defendants** : | |

## DEFENDANT MICHELLE PRESTON'S RESPONSES TO REQUEST #s 5, 11 & 12

5. RFP No. 5: All phone records sufficient to show all phone numbers and providers You used during the Relevant Time Period and all Documents, including mobile phone billing records, showing the calls You made or received during the Relevant Time Period relating to the allegations in the Complaint or in Plaintiff's Responses in Opposition to Your Motion For Summary Judgment (including all Exhibits attached thereto).

**There are no responsive documents in the defendant's possession, custody or control.**

11. RFP No. 11: Documents sufficient to show the number of online views and/or impressions of any posts on any of Your Social Media accounts, including but not limited to YouTube Accounts, Rumble Accounts, Twitter Accounts, and Facebook accounts during the Relevant Time Period.

**There are no responsive documents in the defendant's possession, custody or control.**

12. RFP No. 12: Mobile phone records sufficient to show all phone number and providers You used between January 1, 2021 to date, and all Documents, including mobile phone billing records, showing the calls You made or received between January 1, 2021 to date relating to the Plaintiff, by name or otherwise.

**There are no responsive documents in the defendant's possession, custody or control.**

Defendant Michelle Preston,

by:

*/s/ Bruce Matzkin*
Bruce Matzkin, Esq.
51 Pleasant Street, # 72
Malden, MA 02148
857-242-8614
Brucematzkin1@gmail.com

**CERTIFICATION**

    I hereby certify that on February 26, 2025, a copy of the foregoing was emailed to counsel of record for the plaintiff:

Randall Shochet, Esq
Shochet Law Group
Attorneys for Jeremy B. Hales
409 N. Main Street Trenton, FL 32693
rshochet@shochetlaw.com

*/s/ Bruce Matzkin*