UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JEREMY B. HALES,
    Plaintiff,

v.                                        Case No.: 1:24cv45/ZCB

JOHN COOK, et al.,
    Defendants.
_____/

## ORDER

On June 12, 2025, Plaintiff filed a motion to compel discovery responses from Defendants. (Doc. 148). In the motion, Plaintiff's counsel certifies that he "conferred with Defendant Preston . . . via written correspondence via email in a good faith effort to resolve the issues raised by the Motion; and . . . the Parties were unable to agree on the resolution of the issues . . . ." (*Id.* at 16). There is no indication, however, that Plaintiff's counsel conferred with Defendant Cook before filing the motion. Thus, the motion fails to comply with Local Rule 7.1(B) and (C). Accordingly, the motion (Doc. 148) is **DENIED without prejudice** to refiling after fully complying with Local Rule 7.1(B) and indicating such compliance in a certificate of conferral as required by Local Rule 7.1(C).

**SO ORDERED** this 13th day of June 2025.

/s/ *Zachary C. Bolitho*

Zachary C. Bolitho
United States Magistrate Judge

2