# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **JEREMY B. HALES,** | Civil Action No.: |
| Plaintiff, | 1:24-CV-00045-AW-ZCB |
| v. | |
| **LYNETTE MICHELLE LACEY ALEXIS PRESTON** and **JOHN COOK,** | |
| Defendants | |

### Defendant John Cook's Request for Order Under FRCP 41(a)(2) Dismissing Counterclaim Count One

Pursuant to FRCP 41(a)(2), defendant John Cook requests an order dismissing counterclaim Count One (see Doc # 69) without prejudice.

### Memorandum In Support

FRCP 41(a)(2) provides: "Except as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper. ... Unless the order states otherwise, a dismissal under this paragraph (2) is without prejudice."

I am not accused of making any roadside signs and thus the counterclaim accusing the plaintiff of framing Preston is not worth pursuing by me. Also, I have no money to pay for the expert witness at this time. If I am able to do so later, I wish to pursue this claim in a separate action in my forum of choice, along

with other claims against the plaintiff unrelated to this case. Dismissal will also render moot the motions to dismiss (Doc #s 109 & 110.[1]

*[signature]*
June 13 2025
John Cook, *pro se*
PO Box 27
Otter Creek, FL 32683

## CERTIFICATION OF SERVICE

I hereby certify that on June 12, 2025, a copy of this was emailed to counsel of record for the plaintiff:

Randall Shochet, Esq
Shochet Law Group
Attorneys for Jeremy B. Hales
409 N. Main Street Trenton, FL 32693
rshochet@shochetlaw.com

*John Cook*

---

[1] Those motions are not wasted because they can be used by the plaintiff in response to the same claims when brought in a different action.