# SHOCHET LAW GROUP

Randall M. Shochet, Esq.
Doreen Inkeles, Esq.

March 27, 2025

**VIA EMAIL**
Bruce Matzkin, Esq.
51 Pleasant Street, # 72
Malden, MA 02148

Re:     **Hales v. Preston, 1:24-cv-00045-ZCB**

**CONFIDENTIAL COMMUNICATION**

Dear Mr. Matzkin:

I write regarding the overdue discovery responses from Plaintiff's Second Request For Production served on February 24, 2025 (the "Second Set of RFPs").

This is disappointing. In addition to the previous deficiency letter, we now demand complete responses to both the First Set of RFPs and the Second Set of RFPs *by this afternoon.*

Given that you disagree to any extensions of the discovery cut off and the amount of professional courtesy we extended to you already, your recent deficiency has now made this matter time sensitive.

We look forward to your professional and timely response.

Respectfully Submitted,


*/s/ Randall M. Shochet,* Esq.

RMS/ed

---

SHOCHET LAW GROUP
409 N. Main Street
Trenton, FL 32693
(352) 356-4713

Bruce Matzkin, Esq.
Deficiency Letter March 20, 2025
Page 2 of 2