UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JEREMY B. HALES

v.                                        Case No.: 1:24cv45/ZCB

JOHN M. COOK, et al.

## REFERRAL AND ORDER

Referred to Magistrate Judge Bolitho on  June 16, 2025
Type of Motion/Pleading: Motion to Compel
Filed by: Plaintiff        on 6/13/2025   Doc.        152

JESSICA LYUBLANOVITS, CLERK OF COURT
/s/ *Sylvia D. Williams*
Deputy Clerk: Sylvia D. Williams

---

## ORDER

Upon consideration of the foregoing, it is **ORDERED** this 17th day of June 2025:

Plaintiff has moved to compel discovery responses from Defendants. (Doc. 152). Defendants will have an opportunity to respond to the motion. Accordingly, Defendants must respond to Plaintiff's motion to compel (Doc. 152) **on or before June 26, 2025**.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

1