UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JEREMY B. HALES

v.  Case No.: 1:24cv45/ZCB

JOHN M. COOK, et al.

## REFERRAL AND ORDER

Referred to Magistrate Judge Bolitho on  June 16, 2025
Type of Motion/Pleading:   Request for Order Dismissing Counterclaim Count One
Filed by:   Defendants   on 6/13/25   Docs.   150, 151

JESSICA LYUBLANOVITS, CLERK OF COURT
/s/ *Sylvia D. Williams*
Deputy Clerk: Sylvia D. Williams

## ORDER

Upon consideration of the foregoing, it is **ORDERED** this 17th day of June 2025:

Defendants have each filed a "Request for Order Under FRCP 41(a)(2) Dismissing Counterclaim Count One." (Docs. 150, 151). The Court will require Plaintiff to expedite his response to these motions. Accordingly, Plaintiff must file a response to Defendants' motions (Docs. 150, 151) **on or before June 19, 2025**.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge