UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | |
|---|---|
| **JEREMY B. HALES**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Case No. 1:24-cv-45AW-ZCB |
| vs. | ) |
| | ) |
| **LYNETTE MICHELLE LACEY** | ) |
| **ALEXIS PRESTON** | ) |
| | ) |
| and | ) |
| | ) |
| **JOHN COOK**, | ) |
| | ) |
| Defendants. | ) |
| _____ | / |

### MOTION REQUESTING LEAVE TO FILE SECOND MOTION TO COMPEL DISCOVERY 9 PAGES IN EXCESS OF 7 PAGES ALLOTED

Plaintiff Jeremy B. Hales, by and through undersigned counsel, respectfully requests leave to file an over-length Motion to Compel Discovery and Memorandum of Law in Support for the reasons set forth herein. The length of the proposed filing will not exceed sixteen (16) pages, excluding caption and signatures.

### MEMORANDUM OF LAW

The Final Scheduling Order states a motion to compel discovery (or response to any such motion) *may not exceed seven pages* without leave of court. The Plaintiff presently has exceeded the amount of pages allowed by nine (9) pages. (Doc. 152). He makes this Motion for additional pages in order to fully present all of the relevant

facts and legal arguments relating to the necessity for the Court to consider the Second Motion To Compel Discovery, which was first brought out to this court's attention at the April 3, 2025 hearing in Pensacola Florida. This case was stayed between April 3, 2025 and up until just a few days ago.

It will benefit this Court in its decision-making authority to be fully apprised of complete and thorough arguments in this matter so that justice may be served. The discovery issue is one of the major issues to be decided prior to trial, and the decision made by the Court will direct a large portion of the litigation strategy and trial preparation going forward. The above supports Plaintiff's request for excessive pages in the Second Motion to Compel and accompanying Memorandum of Law, which shall not exceed sixteen (16) pages long, along with accompanying Exhibits.

Plaintiff has attempted diligently to stay within the page limit but the complexity of the issue, and the importance of the facts presented in the memorandum of law (in conjunction with the two Deficiency letters attached to the Second Motion to Compel) necessitates an explanation in excess of the allotted 7 pages.

Should the Defendants seek additional pages in any response, Plaintiff will not object to their request for an over-length response.

**WHEREFORE**, for all of the reasons set forth above, Plaintiff respectfully requests that this Court grant its motion for leave to file an over-length motion to compel discovery with memorandum in support.

## GOOD FAITH CERTIFICATION

Pursuant to Local Rule 7.1(b): (1) Counsel for Plaintiff conferred with Defendant Preston Pro Se via written correspondence via email and with Defendant Cook via written correspondence via email in a good faith effort to resolve the issues raised by the Motion; and (2) the Parties were unable to agree on the resolution of the issues raised by the Motion.

Respectfully submitted,

SHOCHET LAW GROUP
Attorneys for Jeremy B. Hales
409 N. Main Street
Trenton, FL 32693
By: /s/ Randall Shochet
Randall ("Randy") Shochet, Esq.
FBN.: 959421
attorneys@counsel.insure

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 17, 2025, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served on this day on all counsel of record, via email to the Service List below.

By: /s/ *Randall Shochet*
Randall Shochet, Esq.

## **SERVICE LIST**

LYNETTE MICHELLE LACEY
ALEXIS PRESTON, pro se

JOHN COOK, pro se