UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JEREMY B. HALES,
    Plaintiff,

v.                                      Case No.: 1:24cv45/ZCB

JOHN COOK, et al.,
    Defendants.
_____/

# ORDER

Plaintiff has filed a "Motion Requesting Leave to File Second Motion to Compel Discovery 9 Pages in Excess of 7 Pages Alloted." (Doc. 155). Plaintiff states that he needs to exceed the 7-page limit set by the Court's scheduling orders[1] "to fully present all of the relevant facts and legal arguments relating to the necessity for the Court to consider the Second Motion to Compel Discovery[.]" (*Id.* at 1-2).

For good cause shown, the Court will accept Plaintiff's second motion to compel (Doc. 152) despite it exceeding the page limit.

---

[1] The 7-page limit on motions to compel (and responses in opposition) was established by Judge Winsor's initial scheduling order. (Doc. 27 at 3). This page limit was left undisturbed the Court's subsequent scheduling orders. ((*See* Doc. 37 at 1; Doc. 147 at 1) (stating that unaddressed matters from prior scheduling orders remain in effect)).

Additionally, each Defendant will be permitted to file a response in opposition that does not exceed sixteen pages.

Accordingly, it is **ORDERED** that:

1. Plaintiff's "Motion Requesting Leave to File Second Motion to Compel Discovery 9 Pages in Excess of 7 Pages Allotted" (Doc. 155) is **GRANTED** to the extent that the Court will accept Plaintiff's second motion to compel (Doc. 152) despite it exceeding the 7-page limit.

2. Each Defendant may file a response in opposition to the second motion to compel (Doc. 152) that does not exceed sixteen pages. Defendants' responses remain due **on or before June 26, 2025**.

**SO ORDERED** this 18th day of June 2025.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge