IN THE EIGHTH JUDICIAL CIRCUIT IN AND FOR LEVY COUNTY, FLORIDA

MICHELLE PRESTON,  Case :
    Plaintiff,
vs
JEREMY HALES,
MARTHA GEORGE RIZK,
LARRY FORMAN, ESQ.,
TARANT GREAVES,
    Defendants.
_____/

## COMPLAINT FOR INJUNCTION AND DAMAGES
## UNDER FLORIDA STATUTE 540.08

**COMES NOW** the Plaintiff Michelle Preston, by and through her undersigned Attorney, and files this her **Complaint For Injunction And Damages Under Florida Statute 540.08** and would state as follows:

1. Plaintiff Michelle Preston is a resident of Levy County, Florida.
2. Defendant Jeremy Hales is a resident of the state of Ohio.
3. Defendant Martha George Rizk is a resident of the state of Florida.
4. Defendant Larry Forman is a resident of the state of Kentucky.
5. Defendant Tarant Greaves is a resident of the state of Ohio.
6. All Defendants are private individuals .

### Count One: Violation of 540.08 vs. Jeremy Hales

7. Beginning in 2023, Defendants Hales and Rizk fabricated a reality drama for content on their YouTube channel, "WhatTheHales," centering on Plaintiff, Ms. Preston, and her ex-husband with whom she resides, John Cook.
8. The theme of the What The Hales reality drama was "bad neighbors" and it was originated based on the false premise that Ms. Preston and Mr. Cook

"stalked us to Otter Creek" by purchasing property located across a road from where Hales and Rizk owned property in Otter Creek, Florida.

9. Hales and Rizk have stolen Ms. Preston's and Mr. Cook's lives for content for their YouTube channel, "What The Hales," subjecting them to harassment, bullying, defamation, invasion of privacy and thousands of menacing and vulgar comments by What The Hales fans.

10. To promote the videos in the WhatTheHales YouTube "bad neighbors" storyline, Hales and Rizk have published and displayed Ms. Preston's image in the channel's video thumbnails for approximately 125 public videos as of the date of filing this complaint, all without her consent.

11. Videos on WhatTheHales with thumbnails not containing the image of Ms. Preston typically have 30-40,000 fewer views than those with her image, which typically get more than 100,000 views.

12. Hales and Rizk have also published Ms. Preston's name and image in many of the same videos where they used her image in the thumbnail.

13. Hales' and Rizk's publication and use of Ms. Preston's image and name has been for commercial and/or advertising purposes of promoting monetized videos in the fabricated "bad neighbors" storyline on the WhatTheHales YouTube channel.

14. Florida Statute 540.08 provides that when a person's likeness is used without their consent, they may bring an action to enjoin their unauthorized use and to recover for loss or injury sustained by the publication including reasonable royalties and damages.

15. Hales has violated Florida Statute 540.08(1) by publishing Ms. Preston's picture on video thumbnails without her consent and by publishing and using her name and image in videos without her consent.

16. As a result of Hales' publication and the use of Ms. Preston's picture and name without her consent, Ms. Preston has sustained loss and injury.

### Count Two: Violation of 540.08 vs. Martha George Rizk

17. Paragraphs 7-14 of Count One are incorporated herein.

18. Rizk has violated Florida Statute 540.08(1) by publishing Ms. Preston's picture on video thumbnails without her consent and by publishing and using her name and image in videos without her consent

19. As a result of Rizk's publication and use of Ms. Preston's picture and name without her consent, Ms. Preston has sustained injury and loss.

### Count Three: Violation of 540.08 vs. Larry Forman

20. Paragraphs 7-14 of Count One are incorporated herein.

21. Forman, in the guise of "covering" the WhatTheHales story for his own YouTube channel, "DUIGuy+," and to capitalize on the story's following in the form of views and subscribers to his channel, published and displayed Ms. Preston's image in his channel's video thumbnails for nine public videos, all without obtaining her consent.

22. Forman's publication and use of Ms. Preston's image and name has been for commercial and/or advertising purposes of promoting monetized videos.

23. Forman has violated Florida Statute 540.08(1) by publishing Ms. Preston's picture on video thumbnails without her consent and by publishing and using her name and image in videos without her consent.

24. As a result of Forman's publication and use of Ms. Preston's image and name without her consent, Ms. Preston has sustained loss and injury.

### Count Four: Violation of 540.08 vs. Tarant Greaves

25. Paragraphs 7-14 of Count One are incorporated herein.

26. Greaves, to capitalize on the story's following in the form of views and subscribers to his YouTube channel, "DJ Rattis," used Ms. Preston's name, image, and likeness, including her voice, in more than 50 thumbnails and in videos, often incorporating them into parody songs mocking Ms. Preston and her troubles.

27. Greaves' publication and use of Ms. Preston's image, name, likeness, and voice has been for commercial and/or advertising purposes of promoting monetized videos.

28. Greaves has violated Florida Statute 540.08(1) by publishing Ms. Preston's picture on video thumbnails without her consent and by publishing and using her name, image, likeness, and voice in videos without her consent.

29. As a result of Greaves' publication and use of Ms. Preston's name, image, likeness and voice without her consent, Ms. Preston has sustained loss and injury.

## Count Five : Injunction vs. all defendants

30. All prior paragraphs are incorporated herein.

31. Florida Statute 540.08 explicitly provides for injunctive relief.

32. The Plaintiff will suffer irreparable harm if she is not granted a permanent injunction preventing the continued actions of the Defendants spelled out in the previous paragraphs.

33. The Plaintiff is likely to succeed in the merits of the case.

34. The granting of an injunction to the Plaintiff is not against the public interest.

**WHEREFORE** the Plaintiff asks for the following relief under Florida Statute 540.08: An injunction enjoining Defendants from further publishing Plaintiff's name/image/likeness in their thumbnails, economic damages, reasonable royalties, exemplary damages, punitive damages, costs, and attorney fees, plus any relief this Honorable Court deems just and proper.

## CERTIFICATE OF SERVICE

This instrument was served by a registered process server to:

1. JEREMY HALES 2436 WEST STREETBORO RD , PENNINSULA OHIO 44264.

2. Martha George Rizk, 351 SW STATE ROAD 24, BRONSON, FL 32621.

3. Tarant Greaves, 1649 SOUTH SHENLEY AVENUE YOUNGSTOWN, OHIO 44511.

4. Larry Forman, Esq.,The Forman Building1139 South Fourth St. Louisville, KY 40203.



_____
Scott R. Stark,  Attorney at Law, FBN 771945

24862 U.S. 19 NORTH #2005

CLEARWATER, FLORIDA 33763

727 475-8836 landlines

727 403-1716 CELL 727 412-3171 CELL

sstarklaw@yahoo.com

IN THE EIGHTH JUDICAL DISTRICT IN AND FOR LEVY COUNTY, FLORIDA

**MICHELLE PRESTON,**
        Plaintiff                                 CASE: 2024000153CAAXMX

VS
**Jeremy Hales,**
**Martha George Rizk,**
**Tarant Greaves,**
**Larry Forman,**
**Defendants**

_____/

## AMENDED NOTICE OF VOLUNTARY DISMISSAL

The Plaintiff hereby gives notice of voluntary dismissal of this action without prejudice, pursuant to Florida Rule of Civil Procedure 1.420(a)(1).

## CERTIFICATE OF SERVICE

This instrument was served on Randall Shochet at rshochet@shochetlaw.com. His address is Shochet Law Group 409 N Main St Trenton, FL 32693-3443Office: **352-354-4518** Fax: 352-356-4713.

   e/   **Scott Reed Stark**_____

**SCOTT REED STARK , FBN 0771945**

**24862 US 19 N #2005**

**CLEARWATER, FL 33763**

**727 475-8863 LANDLINE**

Sstarklaw@yahoo.com