United States District court Northern District of Florida
Gainesville division

Case: 1:24cv45/ZCB

JEREMY B HALES

V.

John m cook, et al

### REQUEST FOR STATUS MOTION

DOC: 123

When can we look forward to hearing an answer on this motion
as it's been sitting for approximately 3 months now.

Thank you

John cook

June 24 2025

*(signature)* John Cook

PO 27 OTTER CREEK
FI 32683

FILED USDC FLND GV
JUN 30 '25 PM4:20

G. Preston
Po Box 27
Otter Creek FL. 32683

United States District
Court for The Northern District
of Florida
Gainesville division
401 SE First ave
Gainesville, FL. 32601

CHECKED JUN 30 2025

FIRST-CLASS

US POSTAGE AND PITNEY BOWES

$ 001.77°
ZIP 32683
02 7H
0001316787

JUN 25 2025

