UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JEREMY B. HALES,
    Plaintiff,

v.                                Case No.: 1:24cv45/ZCB

JOHN COOK, et al.,
    Defendants.
_____/

## ORDER

Two motions are currently before the Court. The first is Plaintiff's "Motion for Sanctions Including Judicial Default." (Doc. 96). Defendants have opposed this motion. (Doc. 115). The second is Defendants' "Motion to Dismiss Under FRCP 41(b) and for Sanctions." (Doc. 117). Plaintiff has opposed this motion. (Doc. 160).

Both motions show different sides of the same ugly coin of unprofessionalism by counsel that has plagued this case. It is clear that the attorneys in this case disregarded the Court's prior order to behave in a professional manner (Doc. 43), but the Court does not believe the drastic remedy of dismissal or the entry of a default judgment is warranted. The Court has recently imposed sanctions against Plaintiff's counsel (Doc. 128) for misconduct in this case. And the Court will be

1

separately addressing the issue of sanctions as to Defendants' former counsel for misconduct in this case. (*See* Docs. 127, 128).

Accordingly, for the reasons stated above, it is **ORDERED** that the motions (Docs. 96, 117) are **DENIED**.

**SO ORDERED** this 1st day of July 2025.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge