United States District court Northern District of Florida Gainesville division

Case: 1:24cv45/ZCB

FILED USDC FLND GV
JUN 30 '25 PM4:04
KM

JEREMY B HALES

V.

John m cook, et al

This is my answer to docket 152 I have already given everything that I had to Mr. Shochet and he is well aware of this fact. This is a blatant misuse of justice and of the court system for him to do this. The only reason they want all of these phone messages, emails, information from all of the names on the list, which some of them no one has spoken to in 30 years and they have nothing to do with this case is that This is a fishing expedition of a stalker to get more information, more telephone numbers, more ways to stalk my family and me. We have no conspiracy. There is no scheme to ruin Mr. Hales. It is a figment of his imagination because he's doing that to us.

A lot of people on that list are people that were in Michelle's family or whatever and he has already contacted many in her family that he could find and bribed them or got them to give him text messages etc. non of which are apart of this case.

This has already gone way too far your honor and should've been dismissed on the basis that it is a frivolous lawsuit by Mr. Hales to simply create content on Facebook. He's making money from this and from our misery. We have a special needs child to raise we don't have time for all of this. This is ridiculous and it won't stop because as long as he's making money from it and as long as the court allows it to continue he will do it, and he'll find new things every day to use.. I have nothing to give him, nothing. I cannot make up things and pretend things exist that don't thank you your honor.

John m cook · *[signature]*
June 25 2025
Po Box 27 Otter creek Fl, 32683
cook987@gmail.com

J.C.
Po Box 27
Otter Creek, Fl. 32683

JACKSONVILLE RPDC 320
26 JUN 2025 AM 1 L

Clerk of court
401 SE first ave
Gainesville, Fl. 32601

United States District Court
Northern division

CHECKED JUN 3 0 2025