UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JEREMY BRYAN HALES,

    Plaintiff,

v.                                            Case No.:1:24-cv-00045-ZCB

LYNETTE MICHELLE
LACY ALEXIS PRESTON
and
JOHN COOK,

    Defendants.
_____/

## MOTION FOR SUMMARY JUDGMENT ON COUNTERCLAIM FILED BY DEFENDANT COOK (Doc. 69)

Pursuant to Fed. R. Civ. P. 56(a), JEREMY BRYAN HALES ("Mr. Hales") - the Plaintiff/Counter-Defendant - moves for summary judgment on Defendant/Counter-Plaintiff Cook's Counterclaims as there is no genuine dispute as to any material fact and Mr. Hales is entitled to judgment as a matter of law. No facts of the case can be reasonably disputed. Defendant Cook cannot produce any evidence that suggests Mr. Hales did anything other than exercise his rights under the First Amendment to the United States Constitution guaranteeing freedom of the press and of speech.

Plaintiff/Counter-Defendant also submits his Memorandum of Law in support of this Motion, attached hereto as **Exhibit "1."**

1

Dated: July 8, 2025.

Respectfully submitted,
SHOCHET LAW GROUP
SHOCHET APPELLATE, LLC
Attorneys for Plaintiff
409 N. Main Street
Trenton, FL 32693

By: /s/ *Randall Shochet*
Randall ("Randy") Shochet, Esq.
FBN.: 959421
attorneys@counsel.insure

## CERTIFICATE OF COMPLIANCE

I HEREBY CERTIFY that this document complies with the applicable word count limit requirements of Local Rule 7.1. The word count is less than 8000 words. It has been calculated by the word-processing system and excludes the content authorized to be excluded under the rule.

By: /s/ *Randall Shochet*
Randall Shochet, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 8, 2025, I served on this day on all counsel of record, via email to the Service List below.

By: /s/ *Randall Shochet*
Randall Shochet, Esq.

**SERVICE LIST**

LYNETTE MICHELLE
LACY ALEXIS PRESTON
Pro Se

JOHN COOK. Pro Se