UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JEREMY BRYAN HALES,

    Plaintiff,
v.                                        Case No.:1:24-cv-00045-ZCB

LYNETTE MICHELLE
LACY ALEXIS PRESTON
and
JOHN COOK,

    Defendants.
_____/

## NOTICE OF SIMILAR CASE

Pursuant to Local Rule 5.6, JEREMY BRYAN HALES ("Mr. Hales") - the Plaintiff/Counter-Defendant, by and through the undersigned counsel, wishes to inform the Court of a pending bankruptcy case that involves issues of fact, or law in common with the issues in this case, and states:

1. A bankruptcy case was filed in the United States Bankruptcy Court for the Northern District of Florida, Case No. 25-10173-KKS, a copy being attached.

2. The bankruptcy case was filed on July 3, 2025, by Lynette Michelle Lacey Alexis Preston, who is a defendant/counterclaimant in the present civil action.

3. The bankruptcy case was filed under Chapter 7 of the Bankruptcy Code.

**WHEREFORE**, the undersigned respectfully requests that the Court take notice of the bankruptcy proceeding and take such action as it deems appropriate.

1

Dated: July 8, 2025.

Respectfully submitted,
SHOCHET LAW GROUP
SHOCHET APPELLATE, LLC
Attorneys for Plaintiff
409 N. Main Street
Trenton, FL 32693

By: /s/ *Randall Shochet*
Randall ("Randy") Shochet, Esq.
FBN.: 959421
attorneys@counsel.insure

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 8, 2025, I served on this day on all counsel of record, via email to the Service List below.

By: /s/ *Randall Shochet*
Randall Shochet, Esq.

## SERVICE LIST

LYNETTE MICHELLE
LACY ALEXIS PRESTON
Pro Se

JOHN COOK. Pro Se