# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

JEREMY B. HALES,                                :     **Civil Action No.:**
                                          :     **1:24-CV-00045-AW-ZCB**

         **Plaintiff,**                        :

       v.                                          :

                                           :

**LYNETTE MICHELLE LACEY ALEXIS PRESTON**  :
**and**                                            :
**JOHN COOK,**                                     :

         **Defendants**                      :

## NOTICE OF AUTOMATIC STAY

Michelle Preston gives notice that she has filed for bankruptcy relief in the U.S. Bankruptcy Court for the Northern District of Florida, Case # 25-10173, requiring an automatic stay of this action under the Bankruptcy Code.

Michelle Preston:
P.O. Box 27
Otter Creek, FL 32683

## CERTIFICATION

On July 7, 2025, a copy of this notice was emailed to counsel for the plaintiff:

Randall Shochet, Esq
Shochet Law Group
Attorneys for Jeremy B. Hales
409 N. Main Street Trenton, FL 32693
info@shochetlaw.com

Michelle Preston

07/07/2025

FILED USDC FLND GV
JUL 10 '25 PM1:42  HP

M. Preston
PO Box 27
Otter Creek, FL. 32683

RECEIVED IN...

JACKSONVILLE PPDC 320
88 JUL 2025   PM 3 L

USA FOREVER

United States District Court
Northern District of Florida
Gainesville Division

401 SE 1st Ave
Gainesville, FL. 32601

32601-689568



CHECKED JUL 10 2025