UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JEREMY BRYAN HALES,

    Plaintiff,
v.                                                               Case No.: 1:24-cv-00045-ZCB

LYNETTE MICHELLE
LACY ALEXIS PRESTON
and
JOHN COOK,

    Defendants.
_____/

**<u>PLAINTIFF'S RESPONSE TO NOTICE OF SIMILAR CASE (DOC. 168)</u>**

JEREMY BRYAN HALES ("Mr. Hales") - the Plaintiff/CounterDefendant - by and through the undersigned counsel, respectfully accepts the Court's invitation to respond regarding the appropriateness of a bankruptcy stay as to both Defendant Preston and Defendant Cook (pursuant to 11 U.S.C. § 362(a). (Doc. 169). Given the interrelatedness of the claims against the only Defendants in this case, Plaintiff agrees with the Court that a bankruptcy stay would be appropriate in this case as to

Defendant Preston (under the automatic bankruptcy stay provision of 11 U.S.C. § 362(a)) and as to Defendant Cook (under the Court's inherent authority).[1]

Dated: July 14, 2025.

Respectfully submitted,
SHOCHET LAW GROUP
SHOCHET APPELLATE, LLC
Attorneys for Plaintiff
409 N. Main Street
Trenton, FL 32693

By: /s/ *Randall Shochet*
Randall ("Randy") Shochet, Esq.
FBN.: 959421
attorneys@counsel.insure

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 14, 2025, I served on this day on all counsel of record, via email to the Service List below.

By: /s/ *Randall Shochet*
Randall Shochet, Esq.

## SERVICE LIST

LYNETTE MICHELLE LACY ALEXIS PRESTON
Pro Se

JOHN COOK. Pro Se

---

[1] Plaintiff notes that Defendant Preston had twice previously represented to the court that she needed additional extensions time to retain counsel ***in this case***, which was granted. To date, no counsel has appeared in this case.