UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JEREMY B. HALES,
    Plaintiff,

vs.                                                    Case No.:  1:24cv45/ZCB

JOHN COOK, et al.,
    Defendants.

_____/

## **ORDER**

On July 15, 2025, this case was stayed due to Defendant Preston's pending bankruptcy proceedings.  (Doc. 172).  Plaintiff was ordered to file a status report regarding the progress of the bankruptcy proceedings every ninety days from the date of that order.  (*Id.* at 3).  Although two status reports have been filed (Docs. 173, 177), a third has not.

Plaintiff, therefore, is **ORDERED** to file a status report regarding Defendant Preston's bankruptcy proceedings **on or before April 21, 2026**.  Unless otherwise ordered, subsequent status reports should be filed in accordance with the Court's July 15, 2025, order.  (Doc. 172).

**DONE AND ORDERED** this 17th day of April 2026.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

1